# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT, TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT<br>As biological parents and next friends of minor Plaintiff L.T., <br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY,<br><br>    Defendant. | No.: 2:25-cv-00033<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Mikel Towe of the law firm of Lewis Thomason, P.C. as counsel for Defendant, Providence Academy, in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Mikel Towe.

Respectfully submitted:

LEWIS THOMASON, P.C.

By: /s/ Mikel Towe
    Mikel A. Towe, BPR #32404
    900 South Gay Street, Suite 300
    P.O. Box 2425
    Knoxville, TN 37901
    mtowe@lewisthomason.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of April 2025, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
Law Office of Arthur Knight, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com



                                                               /s/ Mikel Towe