# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT, TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT<br>As biological parents and next friends of<br>minor Plaintiff L.T.,<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY,<br><br>    Defendant. | No.: 2:25-cv-00033<br><br>**JURY DEMANDED** |

## DISCLOSURE STATEMENT

I, the undersigned counsel of record for Defendant Providence Academy, certify to the best of my knowledge and belief that my client is a religious public benefit corporation formed under the laws of the State of Tennessee, which has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1. My client has no parent corporation(s) and no publicly held corporation(s) own 10% or more of my client's stock.

Respectfully submitted:

LEWIS THOMASON, P.C.

*s/ Peter Robison*_____
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
Law Office of Arthur Knight, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*s/ Peter C. Robison*
Peter C. Robison