# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT, TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>As biological parents and next friends of )<br>minor Plaintiff L.T., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>PROVIDENCE ACADEMY, )<br>)<br>    Defendant. ) | Case No.: 2:25-cv-00033<br><br>**JURY DEMANDED** |

## DEFENDANT PROVIDENCE ACADEMY'S MOTION TO DISMISS

Defendant Providence Academy ("Defendant"), pursuant to Tennessee Rule of Civil Procedure 12(b)(6), moves this Court to enter an order dismissing all claims by Plaintiffs Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs").

Plaintiff filed this suit asserting claims under Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX"), as well as various Tennessee state law claims, including "negligence, breach of contract, malicious prosecution, and [*sic*] false imprisonment and outrageous conduct." Complaint ¶ 8. As argued more fully in the Memorandum of Law filed contemporaneously herewith, each of Plaintiffs' claims consist of mere conclusory allegations without facts to support them, or the claims are refuted by the factual allegations contained in the Complaint. Accordingly, Defendant respectfully requests that the Court enter an order dismissing all of Plaintiffs claims with prejudice. A certification of the Defendant's compliance with the Order Governing Motions to Dismiss (Docket Entry No. 5) is included herewith.

Respectfully submitted:
LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATION OF COMPLIANCE WITH ORDER GOVERNING MOTIONS TO DISMISS

The undersigned counsel hereby certifies that Defendant has conferred with counsel for Plaintiffs verbally and in writing to determine whether the motion to dismiss can be avoided, and that the parties have been unable to reach an agreement.

*Peter C. Robison*
Peter C. Robison

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison