UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT, as Biological parents and next of friends of minor Plaintiff L.T., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:25-CV-00033-DCLC-CRW |
| PROVIDENCE ACADEMY, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on a sua sponte review of the record. On March 28, 2025, the Court ordered the parties to meet and confer and then file a report under Federal Rule of Civil Procedure 26(f). [Order, Doc. 12, at 1–2]. The parties, however, have not complied with the Court's order. The parties **SHALL** file their Rule 26(f) report by **May 30, 2025**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge