## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTIRCT OF TENNESSEE
## AT GREENVILLE

**LANCE AND CHRISTIANA TORBETT**
**as biological parents and next friends of**
**minor Plaintiff L.T.,**

       **Plaintiffs,**

**v.**                          **No. 2:25-cv-00033-DCLC-CRW**
                                     **JURY DEMANDED**

**PROVIDENCE ACADEMY,**

       **Defendant.**

### UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
### TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Come the Plaintiffs, by and through counsel, and respectfully moves the Court pursuant to Federal Rules of Civil Procedure 6 for the entry of an Order granting Plaintiffs up until and including June 17, 2025, to file a response to the Defendant's Motion to Dismiss. Counsel for Defendant has no opposition to the requested relief contained in this Motion.

WHEREFORE, it is respectfully submitted that Plaintiff's Motion be granted.

Respectfully submitted this 5th day of June, 2025.

ARTHUR F. KNIGHT, III


*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
art@arknightlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a copy of the foregoing Unopposed Motion for Second Extension of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III