IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT, )<br>As biological parents and next of friends of )<br>minor Plaintiff L.T., )<br>        )<br>    Plaintiffs, )<br>        )<br>v. )<br>        )<br>PROVIDENCE ACADEMY, )<br>        )<br>    Defendant. | No. 2:25-cv-33 |

**ORDER**

Plaintiffs have filed an Unopposed Motion for Second Extension of Time to File a Response to Defendant's Motion to Dismiss [Doc. 23], in which they seek a second brief extension of time to file a response to Defendant's Motion to Dismiss [Doc. 15] that was filed on April 28, 2025. Plaintiffs' counsel consulted with Defendant's counsel who advised that Plaintiffs do not oppose the requested extension.

The Court finds the Motion [Doc. 23] to be well-taken and it is **GRANTED**.[1] Plaintiffs shall have up to and including **June 17, 2025**, within which to respond to Defendant's motion to dismiss.

SO ORDERED:

                                                /s/Cynthia Richardson Wyrick
                                                United States Magistrate Judge

---

[1] While the Court is granting the relief requested in this instance because the extension requested is brief and unopposed, in the future even unopposed extension requests should provide grounds for the request.