# Providence Academy



# 2023-2024

# STUDENT/PARENT HANDBOOK

EXHIBIT A

(Revised June 13, 2023)

**Purposes and Use of the Parent/Student Handbook**

The purpose of the Parent/Student Handbook is to provide to all parents, students, members of the faculty and staff, and those inquiring about Providence Academy a concise presentation of the mission, philosophy, policies, and practices of Providence Academy. The Handbook provides students and their parents a set of guidelines for citizenship and behavior in and around Providence Academy. We recognize that the handbook is imperfect and silent on some issues which may arise. In cases of disagreement about a particular interpretation, the Administration and the Board of Directors of Providence Academy will render decisions that they deem fair to both the students and the school.

NOTE: The Administration and Board of Directors of Providence Academy reserve the right to establish new policies and to modify existing policies contained herein upon written notice to all parents and students by the Administration.

## SCHOOL CONTACT INFORMATION

MAILING ADDRESS: 2788 Carroll Creek Road | Johnson City, Tennessee. 37615

MAIN OFFICE: 423.854.9819 | FAX: 423.854.8958

WEB ADDRESS: www.providenceacademy.com | EMAIL: paknights@providenceacademy.com

### - ADMINISTRATIVE STAFF -

HEAD OF SCHOOL | Mr. Ben Holland | bholland@providenceacademy.com

ELEMENTARY PRINCIPAL | Dr. Dustin Williams | dwilliams@providenceacademy.com

MIDDLE SCHOOL PRINCIPAL | Mrs. Sherry Chambers | schambers@providenceacademy.com

HIGH SCHOOL PRINCIPAL & DIRECTOR OF ACADEMICS | Mr. Paul Davidhizar |

pdavidhizar@providenceacademy.com

DIRECTOR OF OPERATIONS | Mrs. Shona Hoover | shoover@providenceacademy.com

DIRECTOR OF STUDENT SERVICES | Mrs. Lindsey Mitchell | lmitchell@providenceacademy.com

DIRECTOR OF STUDENT LIFE | Mr. Bryce Ballard | bballard@providenceacademy.com

DEAN OF BOYS | Mr. Michael Burns | mburns@providenceacademy.com

DEAN OF GIRLS | Mrs. Sarah Trujillo | strujillo@providenceacademy.com

ELEMENTARY ADMIN. ASSISTANT | Mrs. Lindsey Roberson | lroberson@providenceacademy.com

SECONDARY ADMIN. ASSISTANT | Mrs. Anna Williams | awilliams@providenceacademy.com

CURRICULUM COORDINATOR | Mrs. Katherine Anderson | kanderson@providenceacademy.com

ADMISSIONS | Mrs. Joni Davis | jdavis@providenceacademy.com

FINE ARTS DIRECTOR | Mrs. Marilyn Burns | meburns@providenceacademy.com

ATHLETIC DIRECTOR | Mr. George Pitts | gpitts@providenceacademy.com

ATHLETIC ADMIN. ASSISTANT | Miss Erica Roller | eroller@providenceacademy.com

ATHLETIC ADMIN. ASSISTANT | Mrs. Kristin Stegner| kstegner@providenceacademy.com

COLLEGE AND CAREER ADVISOR | Mrs. Larissa Ferguson | lferguson@providenceacademy.com

SCHOOL GUIDANCE AND SUPPORT | Mrs. Katie McCain | kmccain@providenceacademy.com

SCHOOL GUIDANCE AND SUPPORT | Mrs. Ann Treece | atreece@providenceacademy.com

SECONDARY EDUCATIONAL SUPPORT SERVICES | Mrs. Brianna Loran | bloran@providenceacademy.com

ELEMENTARY EDUCATIONAL SUPPORT SERVICES | Mrs. Jessie Ransom |

jransom@providenceacademy.com

DEVELOPMENT DIRECTOR | Mr. Mark Koscak | mkoscak@providenceacademy.com

FINANCE DIRECTOR | Mrs. Jessie Denton | jdenton@providenceacademy.com

HUMAN RESOURCES | Mrs. Lindsey Roberson| lroberson@providenceacademy.com

## Table of Contents

**Providence Academy Profile**                                                                      **8-21**
    Educational Grace:  A History of Providence Academy's Formation                  8-10
    Profile                                                                            11
    P²                                                                                 12
    Moms in Prayer/Dads in Prayer                                                      12
    Accountability and Accreditation                                                   12
    School Schedules                                                                   12
    Student to Teacher Ratios                                                          13
    Statement of Faith                                                                 13
    Final Authority for Matters of Belief and Conduct                                  14
    Mission Statement                                                                  14
    Educational Objectives                                                             14
    Educational Philosophy and Goals                                                   14-15
    Expected Student Outcomes                                                          16-17
    Core Values                                                                        17
    Statement on Marriage, Gender, and Sexuality                                       18
    In Loco Parentis "In the Place of Parents"                                         19-22

**A Christ-centered and Classical Education:**                                                      **22-25**
    A Christ-centered Approach                                                         22
    Primary Doctrine                                                                   22
        Affiliation with the Association of Christian Schools, International (ASCI)    22
        Affiliation with the Association of Classical Christian Schools (ACCS)        22-23
        Bible Translation                                                          23
        Chapel and Discipleship Groups                                             23
        Reverence                                                                  23-24
    Classical Methodology                                                              24-25
        Latin Instruction                                                          24
        Trivium Chart                                                              25
    Parent and Grandparent Involvement                                                 26

**Operational Policies and Practices:**                                                             **26-31**
    Organizational Structure of Providence Academy                                     26-27
        Development Department                                                      27
        Non-discrimination Policy                                                  27
    Child Abuse Reporting                                                              28
    Grievance Policy                                                                   28-30
    Visitors                                                                           30

**Admission and Financial Information:**                                                            **30-36**
    Application and Admissions Process                                                 30-31
        Application Procedures                                                      32
        Admission Requirements for the Parents                                      32
        Students with Special Needs                                                 32-33
        Learning Disability Policy                                                 33
    Enrollment                                                                         34
        Grade Placement                                                            34
        Mid-year Enrollment                                                        34
        Transfer Student's Transcripts                                             34
        international Student Policy                                                34
        Adoption of Secondary Age Foreign Students                                 34-35
    Class Rosters                                                                      35
    Student Withdrawal                                                                 35
    Student Records                                                                    35
    Student Confidentiality                                                            35
        Right of Access to Records                                                 35-36
        Rights of Non-Custodial Parents                                            36

**Tuition and Fees**                                                                                **36-38**
    Tuition Payment and Collection                                                     36
    Accounts in Arrears                                                                36

| | |
|---|---|
| Miscellaneous Billing Guidelines | 37 |
| Student Fees | 37 |
| Refund Policy | 37 |
| Withdrawal and Financial Obligations | 37 |
| Reenrollment of Students | 38 |
| Tuition Assistance | 38 |
| Annual Scholarship Fund | 38 |
| **Major Education Decisions** | **38-39** |
| **Communication with Parents** | **39-41** |
| FACTS (Renweb) and Canvas | 39 |
| Directory Information | 40 |
| Student/Parent Orientations | 40 |
| Prayer Walk/Movie Night | 40 |
| Associational Meeting | 40 |
| Communication Folders | 40 |
| Parent/Teacher Conferences | 40 |
| Midterm Progress Reports | 40 |
| Report Cards | 40 |
| Telephone Communication | 40 |
| School Website | 41 |
| **Student Support Services** | **41-42** |
| Confidentiality Statement | 41 |
| Student Support Services Policy | 41 |
| Academic Support | 41-42 |
| Student & Family Responsibility | 42 |
| **Campus Life:** | **43-49** |
| School Schedule | 43 |
| Parking | 43 |
| Arrival Procedures | 43 |
| Dismissal Procedures | 43-44 |
| Pre-K – 5 | 43-44 |
| Sibling Pickup | 44 |
| Middle School and High School | 44 |
| Early Checkout/Release | 44 |
| After-School Program | 44 |
| Inclement Weather | 44-45 |
| Snow Route Procedures | 45 |
| School Cancellations & Openings | 45 |
| Announcement Times | 45 |
| Early Dismissal | 45 |
| Attendance Policies | 45 |
| Yearly Attendance Requirements | 45 |
| Definition of Absences | 46 |
| Athletic and School-Sponsored Competition Absences | 46 |
| Long-term Absences | 46 |
| Voluntary Absences | 46 |
| Absences from School-Sponsored Field Trips | 46 |
| Reporting an Absence and Requesting Assignments | 47 |
| Snow Days Absences | 47 |
| College Visit Absences | 47 |
| Tardiness | 47-48 |
| Homebound Students | 48-49 |
| In School Suspension Policy | 49 |
| **High School Course Pre-Requisites & Co-Requisites** | **50-52** |
| Honors/AP Numeric & Quality Points | 51-52 |
| **Latin (Grades 3-12)** | **52** |
| **Secondary Math Placement Guidelines (Grades 8-12)** | **52-53** |

**Grading:**                                                                         **53-63**
    Elementary Grading and Honors Guidelines                      53-56
        Midterm Notices                       53
        Progress Reports                      53
        Report Cards                          53-54
        Elementary Grade Scale                54
        Honors and Accomplishments            54
        Academic Probation Grades 3-5         55
        Student Promotion                     55
        Transfer Students Grades 2-5          55-56
        Subjects and Grade Scales Used        56
    Middle School & High School Grading, GPA and Honors Guidelines  57-63
        Midterm Notices                       57
        Progress Reports                      57
        Report Cards                          57-58
        High School Semester Exam Exemption Policy   58-59
        GPAs and Class Rank                   59
        Valedictorian & Salutatorian          59
        Advanced Placement Courses            59-60
        Dual Enrollment                       60
        Honors and Awards                     60-61
        Academic Probation Policy             61-62
        Student Promotion                     62
        Students Who Fail a Course            63
        Final Transcripts                     63

**High School Transfer Student Course Placement**                                    63

**High School Graduation Requirements:**                                             **64-65**
    Senior Thesis                                                 65

**Testing Program:**                                                                 **65**
    Standardized Testing                                          65
    PSAT                                                          65
    PreACT                                                        65
    ACT & SAT                                                     65

**Homework Guidelines:**                                                             **66-67**
    Philosophy                                                    66-67
    Estimated Time Guidelines                                     67
    Makeup Work                                                   67
**Miscellaneous Middle School and High School Information:**                         **67-71**
    House System (High School)                                    67
    National Honor Society                                        68
    Junior-Senior Prom                                            68
    Student Personal Possession and Lockers                       68-69
    Searches                                                      69
    Textbooks                                                     79
    Senior Privileges                                            69-70
    Automobile Policy                                             70
    Students Leaving Campus                                       70-71
    Driver's Permit                                               71

**Athletics:**                                                                       **71-73**
    Philosophy                                                    71
    Elementary Program                                            71
    Middle School & High School Program                           72
    Scholarship Signings                                          73

**Library and Media Center:**                                                        **74**

**Conduct and Discipline:**                                                          **74-81**
    Discipline Policy                                             75
    Basic School Rules                                            75-76

Public Display of Affection and Student Dating ............................ 76
Cell phone Policy ............................ 76-77
Office Visits for Conduct ............................ 77
Bullying ............................ 77-78
Detention ............................ 78
Suspension ............................ 78
Expulsion ............................ 78-79
Demerit System ............................ 79-80
Re-Admittance ............................ 80
Drug Testing Policy ............................ 80-81

**Campus Wear** ............................ **81-84**

**First Aid:** ............................ **84-88**
Fever Policy ............................ 84-85
Student Health Requirements ............................ 85
Medication Policies and Procedures ............................ 85-87
Insurance ............................ 88
Emergency Guidelines-Accidents ............................ 88

**Crisis Management** ............................ **87-88**

**Miscellaneous School Information:** ............................ **88-92**
Lunch Program ............................ 88
Field Trips ............................ 88-89
Absences from School-Sponsored Field Trips ............................ 89
Class Parties - Grades K-5 ............................ 89
Elementary Student Dismissal ............................ 90-91
Telephone Usage ............................ 91
Lost and Found ............................ 91
Solicitations ............................ 91
Facility Usage ............................ 91
Technology ............................ 91-92
Social Networking ............................ 92

**Animals on Campus** ............................ **92-93**

## OUR HISTORY

### A History of Providence Academy's Formation

♦     ♦     ♦     ♦     ♦     ♦

In early March of 1994, five couples from various walks of life, with ten grade school-aged children among them and from three different local churches, were brought together with a sense of calling that our community needed another Christian school. Those five couples that formed the original steering committee were Billy and Penny Kilgore, Earle and Cara Chute, Wayne and Vicki Carroll, Keith and Nina Gilchrist, and Paul and Debbie Gorman. After a few months, the five men instituted the original school board. Our children had been in schools ranging from home-based, to Christian, to public. Penny Kilgore had taught in another local Christian school and provided a wealth of many years of classroom experience that kept us focused on what a new school would need in place when the doors opened.

The initial inspiration was multifaceted and far beyond a general call to reactively start up another alternative to government school in Johnson City. We all did recognize, though, that restoring the ruins of modern education and embracing a biblical world and life view with which to educate was not going to come from politicians and bureaucrats-much less with more of our tax dollars. The naming of the school took the better part of one early meeting-but it was only by divine providence that we were being used by God to implement His plan; and as a proposed school of excellence, the title of academy was propitious. Thus was born *Providence Academy*...at least on paper and on our 501(c) 3 application.

The educational "high ground" was inspired by the Spirit's conviction that parents' Christ-centered lives also include the God-given stewardship responsibility not just to teach school-age children, but also to provide for them an orderly, nurturing, and challenging environment in which they would learn to think and be life-long learners. For reasons known only to God, doing so in a Classical and Christian school was the motivation behind our labor. A choice does not need to be made between genuine learning and a love of Christ. The myth of moral/spiritual neutrality in all aspects of life, but especially in education, was also appreciated, and we desired a school that would be ostensibly Christian, knowing that education is a major battleground in the spiritual warfare that the Lord tells us that we and our children will encounter (Eph.6:4).

The call became more refined through prayer and in the evening and weekend meetings that took place at *Heritage Baptist Church* and our homes. The Protestant Classical method of instruction became the academic foundation upon which we would build the curriculum and staff. Douglas Wilson's book, *Recovering the Lost Tools of Learning*, the *Logos School* resources, Dorothy Sayers' original 1947 essay on Classical Education, *A.C.S.I.* manuals, classical educational cassette tapes, notepads, briefcases, and empty bottles of *Tylenol* shared much table space with Scripture in our individual homes and meetings. It is fair to say that this effort became a second job for all of us, as much delegated work was also done individually amidst already busy schedules. The school became a charter member of the *Association of Classical and Christian Schools*, which at that time had less than a dozen member schools across the country and none in Tennessee or this several state area. In the last three years, however, dozens more have been started by the grace of God...the Classical/Christian education is still swimming upstream in the cultural river, but Christ's momentum is proving more than able to continue. Readers are encouraged to learn in more detail elsewhere the particulars of Classical education and why, for centuries, it was so successful in producing truly educated young adults and why *Providence Academy* steadfastly embraces this educational method.

Page | 8

A Classical and Christian school is evangelical and discipling in its ministry; however, the founders of the school were burdened for a non-denominational school (therefore, not parochial) that would minister to the children of believing parents (discipleship model). This is in contradistinction to a Christian school whose students may come from families that do not have believing parents (evangelical model). The type of Christian school one forms, then, is defined largely by what types of parents will be accepted and/or by the specific parochial (denominational) doctrine the school will espouse. But the discipleship school remains evangelical, *in effect*, because not all children of believers will enter the spectrum of offered grades with a saving knowledge of Christ. Thus, the importance was recognized early to recruit good biblical role models for teachers and administrative staff and to form a sound statement of faith that embraced the essential primary doctrinal tenets of the Christian faith. Secondary doctrinal issues, such as mode and age of baptism, would not be endorsed by the school; but where questions did arise on such secondary theological issues, the student would be referred to the authority of his parents and pastor.

We planned to start grades K-6 in August 1994 if a meeting place could be secured before July 1. This was a daunting task as most church educational wings are not in compliance with city school building codes, and some eligible churches were not seeking a para-church ministry of this magnitude at the time. Some open meetings were held at *Heritage Baptist Church* to inform Christian parents further of our mission. The publicity was by word-of-mouth and church bulletin announcements. Startup money was provided generously by the steering committee families and enabled plans to progress for five months without tuition. The idea of faith promise giving on a larger scale, similarly supported by the school's patrons, was thus born.

As a conduit of His unlimited funds, this benevolent giving program helped to bridge the difference between tuition and the real cost of education and served to strengthen parents' commitment to the school. We wanted Christian families of many different income strata to be more likely to afford private tuition, thus intentionally avoiding elitist prep school tuition rates. The first year's tuition was $1500.00 largely due to the stewardship vision of our host, **Mountain View Baptist Church,** which was to impact the community for Christ by making its facility open for use by a para-church ministry during the week, the time that churches are most under-utilized. By not only offering their church, but doing so rent-free, the tuition even now remains well below that of most private schools.

After much prayer and many discouraging weeks of looking at churches and several visits to a vacant elementary school, we were almost resolved by late May to defer opening the school for another year. Then we were given the name of Mr. Jim Cambron, a bi-vocational pastor at **Mountain View Baptist**, and information that the church, built just two years earlier, might have the potential educational space we needed to get started and grow into. Mr. Cambron and Deacon Ray Long were instrumental in helping us convey our mission to their membership. The rest is unvarnished providential timing and provision as the congregation of the church voted in favor of hosting us at their June 29 meeting! God provided so abundantly...a church with a warm heart and hospitality, a building already built to city codes, second floor unfinished space in which to add a grade with each subsequent year, and a rent-free user's agreement by which we paid only for our share of the utilities and janitorial service. We have, though, in partnership with the church supplied many dads and moms that have helped financially and with "elbow grease" to build new classrooms, erect an outdoor play structure, and pave the parking lot. It has, by the grace of God, been a wonderful partnership with our co-laborers for Christ at *M.V.B.C.*

During the summer of 1994, prior to school opening in the fall, only the steering committee's children were enrolled "for sure." Once the facility was procured, the charter classes began to fill for grades K-6, with combined Third/Fourth and Fifth/Sixth grades. Teacher and Administrator interviews consumed much time in June, July, and early August. P.E., Art, and Music were taught by the K-6 grade classroom teachers and parental volunteers, and a part-time teacher's aide was hired. Interest in this nascent school was very encouraging, and through additionally donated funds and equipment, we were able to stay out of long-term debt (another objective of the founders) and hire an Administrator, Mrs. Margaret Hartzler. She served us well during that first year before returning with her husband to the mission field with Wycliffe Bible Translators in Indonesia. Faculty members were hired by August 1, and their orientation began on August 15. The school's dedication service was held on August 17, and 63 students began their charter year at *Providence Academy* on August 22, 1994. Within a few weeks, the student body had increased to 69, and growth in the subsequent two years allowed for additional teachers to be hired for the individual grades and for the 7th and 8th grades to be created. An elementary principal, office secretary, and teacher's aide were soon added on a full-time basis, in addition to part-time Art, P.E., Music, and Logic teachers.

*Providence Academy* is a servant school to you, the parents, and is but one of many tools that God has given you to biblically raise up your children to trust eternally in Jesus Christ alone for the remission of sin, impact the world for Christ, cherish and defend Truth, lead others to the Lord, and appreciate that which is truly righteous and beautiful in the Creator's world. Eventually our children will themselves be child-raisers, wage earners, church and community leaders...how are we doing as a culture or even as the Body of Christ? We can all do better educating and nurturing our children in a spiritually hostile world, and I believe God expects it. But this, nor any other school, will do all the preparatory work for parents. Parents alone, particularly fathers, must understand, implement, and oversee the rearing of their children, and delegate where and when conscience allows. *Semper fidelis.*

- *"Religion is the only solid basis of good morals; therefore, education should teach the precepts of religion, and the duties of man towards God."* - **Governor Morris, an American colonial statesman**

- *"Fathers, do not exasperate your children; instead, bring them up in the training and instruction of the Lord."* - **Ephesians 6:4**

*Sola Deo Gloria*
Paul Gorman, M.D.,
August 16th, 1997

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 10 of 93
PageID #: 100

## PROVIDENCE ACADEMY PROFILE

**School Legacy Crest:** 

"Coram Deo" - Latin Phrase meaning "In the Presence of God"

**School Logo:** 

**School Colors:**     Burgundy and Gold

**School Mascot:**     Providence Academy Knights

**School Song:**     *"In Your Hands, O Lord"*
*4-17-95*
*Text - Margaret Hart & Arrangement--Penny Kilgore*

Chorus     In your hands, O Lord,
We give ourselves to you.
In your providence and love,
We trust for all we do.
In your hands, O Lord,
We know we can be safe;
And as we give our hearts more fully,
We will know your love more truly,
As your Spirit makes us holy
In your hands.

Verse  1     We come into your presence;
We listen for your word.
Our hearts are open to your touch of grace.
We long to feel your mercy,
We want to know your way,
Our greatest joy to come before your face.

Chorus

Verse 2     We know that you direct us;
We trust you for our way.
Our ears are listening for your guiding voice.
For we know in all that happens
You mean it for our good.
You love to see your seeking child rejoice.

Chorus

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 11 of 93
PageID #: 101

## SCHOOL ORGANIZED VOLUNTEER GROUP

Membership in *P²*, *Providence Parents*, consists of all parents of students at Providence Academy. The purpose of $P^2$ is to enhance the educational experience at school for students, teachers, and parents by assisting in communication efforts, providing volunteers, and offering opportunities to fellowship within the school community.

## SCHOOL PRAYER GROUP

*Moms in Prayer and Dads in Prayer* is comprised of parents, relatives, and friends of students at Providence Academy. *Moms in Prayer and Dads in Prayer* generally meet weekly to intercede in prayer on behalf of the school community.

## ACCOUNTABILITY AND ACCREDITATION

Providence Academy is accredited by the Association of Christian Schools International (ACSI). All faculty of Providence Academy are required to hold a bachelor's degree and either hold or be in the process of attaining ACSI certification. Our classrooms are open to visits by parents, potential students and their parents, educators, and members of the community. Nationally normed standardized tests are administered every year to students in grades K-8. Grades 9-11 will take practice ACT and SAT tests.

## SCHOOL SCHEDULES

**Office Hours**:
7:30 a.m. – 3:30 p.m. (During school months)

**Pre-K and Elementary Classroom Schedules:**
| | |
|---|---|
| Pre-K | 7:45 a.m. - 2:45 p.m. |
| Grades K - 5 | 7:45 a.m. - 2:45 p.m. |
| Grades 6 - 12 | 8:10 a.m. - 3:10 p.m. |

**Middle School and High School Bell Schedules**
Bell schedules can be found on the Providence Academy website.

**After School Program:**
2:45 p.m. - 5:30 p.m. on regularly scheduled school days

**Maintenance Shifts (Monday – Friday):**
Day: 7:00 a.m. - 3:00 p.m.
Evening: 3:00 p.m. - 11:00 p.m.

## STUDENT TO TEACHER RATIOS

| | |
|---|---|
| Pre-Kindergarten | 15:1 |
| Grades K - 4 | 20:1 |
| Grades 5 - 6 | 22:1 |
| Grades 7 - 12 | 25:1 |

Providence Academy administration may consider over seating a class by no more than 2 students for children of faculty and staff or if the students' siblings are already seated in the school.

## STATEMENT OF FAITH

The following is the foundation of beliefs on which **Providence Academy** is based. They are also the key elements of Christianity that will be unapologetically taught in various ways through all grade levels. The substance of these statements is that which will be considered *primary doctrine* in **Providence Academy**.

1. We believe the Bible to be the inspired, the only infallible, authoritative Word of God; and as such, it is the final authority in faith, life, and standards of education (2 Timothy 3:16, 2 Peter 1:21).

2. We believe that there is one God, eternally existent in three Persons: Father, Son and Holy Spirit (Genesis 1:1, Matthew 28:19, John 10:30).

3. We believe in the deity of our Lord Jesus Christ (John 10:30), in His virgin birth (Isaiah 7:14, Matthew 1:23, Luke 1:26), in His sinless life (Hebrews 4:15, 7:26), in His miracles (John 2:11), in His vicarious and atoning death (1 Corinthians 15:3, Ephesians 1:7, Hebrews 2:9) through His shed blood, in His bodily resurrection (John 11:25, 1 Corinthians 15:4), in His ascension to the right hand of the Father (Mark 16:19), and in His personal return in power and glory (Acts 1:11, Revelation 19:11).

4. We believe that, for the salvation of lost and sinful men, regeneration by the Holy Spirit is absolutely necessary (Titus 3:5).

5. We believe that salvation is by grace through faith alone (Ephesians 2:8).

6. We believe that faith without works is dead (James 2:17).

7. We believe that the Christian is enabled to live a Godly life by the Holy Spirit who dwells within him (Romans 8:13-14, 1 Corinthians 3:16, 6:19-20, Ephesians 4:30, 5:18).

8. We believe in the resurrection of both the saved and the lost, they that are saved to the resurrection of life and they that are lost to the resurrection of damnation (John 5:28-29).

9. We believe in the spiritual unity of all believers in our Lord Jesus Christ (Romans 8:9, 1 Corinthians 12:12-13, Galatians 3:26-28).

10. We believe that the chief end of man is to glorify God and enjoy Him forever (1 Corinthians 10:31, John 17:22-24, 2 Thessalonians 1:12, 1 Peter 4:11).

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 13 of 93
PageID #: 103

## FINAL AUTHORITY ON MATTERS OF BELIEF AND CONDUCT

The Statement of Faith does not exhaust the extent of our beliefs. The Bible itself, as the inspired and only inerrant word of God that speaks with final authority concerning truth, morality, and the proper conduct of mankind, is the sole and final source of all that we believe. For purposes of Statement of Faith, doctrine, practice, policy, and discipline, our Board of Directors is Providence Academy's final interpretive authority on the Bible's meaning and application.

## MISSION STATEMENT

*Providence Academy partners with parents to equip students to develop spiritual maturity and achieve academic excellence through a biblically-based, Christ-centered, classical education, so they will think and live in a manner which brings glory to God.*

## EDUCATIONAL OBJECTIVES

Education at Providence Academy is defined as inherently different from public education in philosophy and content. Providence Academy attempts to operate as an extension of the family and to foster spiritual development and a biblical worldview in the lives of its students. This includes leading students to develop a biblical understanding of morality and to pursue a life that is governed by the biblical moral code. The school works in partnership with families to achieve these desired outcomes, which necessitates that both the school and home come under the authority of God for the benefit of the student. At all its levels, programs and teachings, Providence Academy seeks to:

A. Teach all subjects as parts of an integrated whole with the Scripture at the center. (2 Timothy 3:16-17)

B. Provide a clear model of biblical Christian life through its staff and board. (Matthew 22:37-40)

C. Encourage every child to begin and develop his relationship with God the Father through Jesus Christ. (Matthew 28:18-20)

D. Emphasize grammar, logic and rhetoric in all subjects.

E. Encourage every student to develop a love for learning and to achieve his academic potential.

F. Provide an orderly atmosphere conducive to attaining these goals.

G. Encourage all children to pursue a life that is governed by the biblical moral code.

## EDUCATIONAL PHILOSOPHY AND GOALS

The purpose of Providence Academy is to partner with parents in the instruction of their child by providing a Christ-centered, classical education.

1. We affirm that God's Word gives final and ultimate authority to parents in the task of raising and educating their children. Parents have the liberty to delegate authority in this endeavor. Providence

Academy functions in the capacity of a servant to parents in the day-to-day instruction of their children. At Providence Academy, parents are encouraged to be active participants in the education process. Parents are ultimately responsible for the academic and behavioral performance of their children.

2.  We seek to teach and discipline in a manner consistent with the Bible and a Godly home environment. We believe the Bible to be the only infallible Word of God, wholly true, applicable to all of life; and its commandments and principles are foundational in all moral and ethical judgment. As such, all of **Providence Academy's policies, procedures, curriculum, and interactions with one another are** scrutinized through the lens of Holy Scripture. It is through this lens that all human behaviors, relationships, and intellectual activities are evaluated and deemed either wise or foolish.

3.  **We believe that God's character is revealed not only in His Word but also in every facet of the creation.** For man to exercise his God-given dominion over the world appropriately, he must understand the world in which he lives – its science, language, and logic. Providence Academy strives to provide an environment where this development is fostered. We teach that all knowledge is interrelated and instructs us about God himself.

4.  God wants us to love Him with our minds, as well as with our hearts, souls, and strength (Matthew 22:37). Therefore, we seek to encourage quality academic work and maintain high standards of conduct. The moral principles of the Bible are considered by Providence Academy as indisputable and wholly practical. We believe God has written His law upon the hearts of His children; and we teach this reality to our students. **Furthermore, we expect an effort to adhere to God's law by everyone involved with Providence** Academy – students, parents, faculty/staff, and Board.

5.  Providence Academy seeks to enrich its students' understanding of culture, both past and present, by instilling a knowledge and appreciation of history, literature, languages, the arts, mathematics, and the sciences. We believe culture can be properly understood only within the context of a Christian worldview.

6.  The Bible teaches that one-way true Christian discipleship is displayed through Christ-like love of others. In other words, **one's beliefs are displayed in social interaction.** Providence Academy offers students service opportunities in hopes of fostering in them a biblical attitude that seeks to serve others.

7.  Providence Academy recognizes the importance of the whole person, including the physical body. We emphasize the value of rest, nutrition, physical activity, and personal hygiene. Organized sports, exercise, and recreation are part of the regular school day. Students are encouraged to respect and take care of the body which God has graciously given them.

8.  Providence Academy desires to provide an environment where students will learn about God through the study of His Word and His creation. Our desire is that each student will come to believe in Jesus Christ as Lord and Savior and express his/her saving faith in such a way as to reflect His in-dwelling to others. We encourage servant leadership among our students and hope that they will live lives which bring honor and glory to God.

9.  Where fundamental to the curriculum, the six (24 hour) day account of creation will be taught as truth. All efforts will be made to resist the modern tendency to accommodate the creation account to modern scientific theories. True knowledge in every area of **human thought is to be found in submitting to God's revelation in Scripture. We understand the truth of creation "by faith"** (Hebrews 11:3).

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 15 of 93
PageID #: 105

## EXPECTED STUDENT OUTCOMES

*Providence Academy partners with parents to equip students to develop spiritual maturity and achieve academic excellence through a biblically-based, Christ-centered, classical education, so they will think and live in a manner which brings glory to God.*

Students are equipped to develop spiritual maturity by:
- Growing in their personal relationship with Jesus Christ
- **Knowing, understanding, and applying God's Word in their daily lives**
- Personally responding to and carrying out the Great Commission locally and around the world in a culturally sensitive manner
- Participating in a church community, serving God and others
- Pursuing a life of faith, goodness, knowledge, self-control, perseverance, godliness, brotherly kindness, and love, in reliance on the Holy Spirit
- Possessing apologetic skills to defend their faith
- Articulating and defending a Christian worldview while having a basic understanding of opposing worldviews (Phil. 4:8, Phil. 2:5-8; I Pet. 2:13-15; Prov. 20:11)
- Exhibiting biblical discernment and discretion in decision making

Students are equipped to achieve academic excellence by:
- Possessing skills in reading, writing, speaking, listening, and thinking appropriate for college and/or the professional workplace
- Displaying proficiency in mathematics and science appropriate for college and/or the professional workplace
- Possessing knowledge and understanding of people, events, movements in history and the cultures of other peoples and places
- Valuing intellectual inquiry and an open, honest exchange of ideas
- Exhibiting questioning, analysis, and problem-solving skills, which enables them to make logical and wise decisions
- Developing rhetoric skills, including writing and defending an arguable thesis
- Knowing how to utilize resources—including technology—to find, analyze, and evaluate information
- **Appreciating the natural environment and practice responsible stewardship of God's creation**
- Appreciating literature and the arts and understand how creative works express and shape beliefs and values (Ps. 139:13-16; Neh. 8:8; I Thess. 5:21; Rom. 13:1, 2, 4; Ps. 24:1)
- Articulating distinctions among competing worldviews and evaluate them in terms of a biblical perspective

Students will think and live in a manner that bring glory to God by:
- Appreciating the worth of every human being as created in the image of God
- Respecting and relating appropriately and with integrity to the people with whom they work, play, and live
- Appreciating the languages and cultures of other peoples
- Exhibiting stewardship of their finances, time (including discretionary time), and other personal resources

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 16 of 93
PageID #: 106

- Displaying essential values in life: integrity, work ethic, respect for authority, self- control, maturity, and care for the less fortunate
- Demonstrating an understanding of the body as "the temple of the Holy Spirit" through applying concepts of lifetime fitness, stress management, and healthy nutrition

## CORE VALUES

### Core Value #1:  Discipleship Model

As a "Discipleship Model" Christian school, Providence Academy is committed to the education of children from Christian families.  For our curricular objectives to be accomplished, it is important that the home, the church, and the school be communicating the same message to the children regarding who God is, the purposes for which He has created us, how we should treat others, and what things are honoring and dishonoring to God.  This continuity of message, which hopes to ensure less confusion on the part of the child, enables the school to go about its business of providing a quality Christian education to its students.

### Core Value #2: A Christ Centered Education

In providing a Christ centered education, Providence Academy

- Teaches all subjects as part of an integrated whole with the Scriptures at the center.
- Provides a clear model of the biblical, Christian life through our staff and board.
- Encourages every student to begin and develop a personal relationship with God the Father through Jesus Christ.
- Declares that knowledge is made complete only when seen and understood in relation to the eternal glory and purposes of the triune God.
- Emphasizes that each aspect of our educational endeavor is founded upon and informed by a thoroughly biblical worldview.

### Core Value #3:  Classical Methodology

In providing a classical education, Providence Academy

- Emphasizes the methodology of the Trivium - Grammar, Logic, and Rhetoric-in all subjects (*Grammar*-the fundamental rules of each subject; *Logic*-the ordered relationship of particulars in each subject; *Rhetoric*-how the grammar and logic of each subject may be clearly expressed).
- Promotes the term "classical education" in the context of the classical search for wisdom and virtue through the pursuit of truth, goodness and beauty.
- Emphasizes and seeks to preserve and pass to successive generations the richness of our Western cultural heritage.
- Encourages all students to develop a love for learning and to live up to their academic potential.
- Provides an orderly atmosphere conducive to the attainment of the above goals.

### Core Value #4:  In Loco Parentis

Providence Academy recognizes that God has established spheres of earthly authority, including the family. He has entrusted specifically to parents the responsibility to educate their children (Deuteronomy 6:4-9, Ephesians 6:4).  Therefore, Providence Academy is established to operate as an extension of the family to cooperatively assist parents to carry out their God-given educational duty (In Loco Parentis – in the place of the parent) by providing the particular type of Christian education outlined in the school's by-laws and mission statement.

## STATEMENT ON MARRIAGE, GENDER, SEXUALITY, & THE SANCTITY OF HUMAN LIFE

1. We believe that God wonderfully and immutably creates each person as male or female. These two distinct, complementary genders together reflect the image and nature of God (Gen 1:26-27). Rejection of one's biological sex is a rejection of part of God's image within that person.

2. We believe that the term "marriage" has only one meaning: the uniting of one man and one woman in a single, exclusive union, as delineated in Scripture (Gen 2:18-25). We believe that God intends sexual intimacy to occur only between a man and a woman who are married to each other (1 Cor. 6:18; 7:2-5; Heb. 13:4). We believe that God has commanded no intimate sexual activity be engaged in outside of a marriage between a man and a woman.

3. We believe in the sanctity of life and that all are made in the image of God. We believe that life begins at conception and ends when God decides to take it.

4. We believe that any form of sexual immorality (including adultery, fornication, homosexual behavior, bisexual conduct, bestiality, incest, and use of pornography) is sinful and offensive to God (Matt 15:18-20; 1 Cor. 6:9-10).

5. We believe that in order to preserve the function and integrity of Providence Academy (PA) as the local Body of Christ, and to provide a biblical role model to the PA association and community, it is imperative that all persons employed by PA in any capacity, or who serve as volunteers, agree to abide by this Statement on Marriage, Gender, and Sexuality (Matt 5:16; Phil 2:14-16; 1 Thess. 5:22).

6. We believe that God offers redemption and restoration to all who confess and forsake their sin, seeking His mercy and forgiveness through Jesus Christ (Acts 3:19-21; Rom 10:9-10; 1 Cor. 6:9-11).

7. We believe that every person must be afforded compassion, love, kindness, respect, and dignity (Mark 12:28-31; Luke 6:31). Hateful and harassing behavior or attitudes directed toward any individual are to be repudiated and are not in accord with Scripture nor the doctrines of PA.

## IN LOCO PARENTIS ("In the Place of Parents")

*Practical Guidelines for Teachers and Parents Regarding Their Roles in the Education of Children*

*A Presentation by Mark Hecht, Providence Academy Board Chairman,*
8-26-04

- *Hear, O Israel: The Lord our God, the Lord is one. Love the Lord your God with all your heart and with all your soul and with all your might. And these words that I command you today shall be on your heart. You shall teach them diligently to your children, and shall talk of them when you sit in your house, and when you walk by the way, and when you lie down, and when you rise. You shall bind them as a sign on your hand, and they shall be as frontlets between your eyes. You shall write them on the doorposts of your house and on your gates. (Deuteronomy 6:4-9)*

- *Fathers, do not provoke your children to anger, but bring them up in the discipline and instruction of the Lord. (Ephesians 6:4)*

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 18 of 93
PageID #: 108

- *Fathers, do not provoke your children, lest they become discouraged.* (Colossians 3:21)

**Key Points:**
- Parents are the ones given the charge by God to educate, train, and instruct their children.
- The school has no ordained authority directly from God, but only as that authority flows from parents.
- The **Christian school is a "3-walled institution that cannot stand alone, it shares as its fourth wall the living room of the Christian home."** (Jay Adams)
- This accountability cannot be handed over to an institution, and no institution should try to take it. PA has no more business usurping the authority of parents than does the state.
- The parental authority, but not accountability, to educate, train, and instruct can be delegated.
- Providence Academy exists because parents have asked the school to exist.
- Teachers who have been delegated this authority by parent stand "in the place of parents" and carry the responsibility and authority for those children who are in their care exactly as the parents would if they were present.

## In Loco Parentis – Roles

| Teachers | Parents |
|---|---|
| • You face 20–25 different children each day, but you serve 20-25 different set of parents.<br>• As situations arise, seek to relate to a particular child as their parents would in that situation. | • Take the responsibility for educating your child as commanded by God very seriously.<br>• Don't just "pray and pay."<br>• Don't just "praise and pay" – that the school has your child all day and you don't!<br>• As you interact with the teachers, remember that they are seeking to serve 20-25 different sets of parents with different views, all held with equal sincerity, some with great passion, and some being mutually exclusive! |
| • Do not view parental input as an invasion upon your domain in the classroom.<br>• You should expect authority to be given from parents.<br>• Earn the trust of the parents. Otherwise parents will see you as a third party between them and their child and will typically take the child's side in every situation and not delegate the authority you need to do your job properly | • Stay involved yet learn to delegate. Your child's classroom is not simply an extension of your private home school. You have a right and a duty to make sure a proper education is taking place for your child, yet you cannot maintain hands-on authority over every detail of what happens during the day.<br>• View PA as a supplement to your own teaching, enabling you to be even more effective in your time you spend with your children.<br>• Give teachers your trust and the authority they need to do their job. |

Page | 19

| | |
|---|---|
| • Communicate, Communicate, Communicate! Always promote clear and constant communication with parents. <br>• Always defend the authority of the family, especially the authority of the father. <br>• Don't put a child in the position of facing a conflict between what is expected of them in the classroom and what is expected of them at home. Know and appreciate the sensitivities of the parents to avoid offense whenever possible. <br>• Be careful not to pass judgment on the approaches taken by a parent in raising their child. The parent must give an account to the Lord, not you. <br>• Never view the home as an extension of your classroom or the school as a whole. | • Communicate, Communicate, Communicate! Always promote clear and constant communication with teachers. If you have a concern about the classroom, go to the teacher first (Matthew 18). <br>• Fathers, stay involved. God holds fathers ultimately accountable for the education of their children. <br>• Don't view your child's teacher as simply an extension of your home. They are not expected to be available for your child 24/7. |
| • As teachers, it is easy to expect the agenda of the classroom to dominate the evening activities by the homework assigned and the assistance expected from parents. Keep watch on the **homework load so you don't begin to dominate the family "space."** <br>• This same principle applies to other activities within the school which can consume a lot of time (sports, student government, etc.). | • Most teachers are parents as well and need to give time to their families. While a call at home may certainly be necessary at times, take advantage of the PA phone system to leave voice mails or call directly to the teacher's room. Discuss with your child's teacher the time which would be best for you to call the classroom. <br>• Guard your family time with passion. |
| • You, your classroom, and PA are just pieces of the larger puzzle that parents are trying to put together in the lives of their children as they grow and develop. <br>• Respect parental choices when they say "NO" to PA and some of the school activities that are available. <br>• All PA programs exist to assist the family in the development of their children, not replace the family. | • Recognize that the choices you make for and with your child have consequences. If you choose to develop your child in areas outside the school which are time consuming and impact the child's ability to meet the expectations of the classroom, then you should be willing to accept the possible impact – lower homework grades, lower overall grades, etc. <br>• Take the responsibility to help your child balance their areas of involvement within the school. Life does exist outside of PA. |

**Thoughts for teachers and fathers:** Ephesians 6:4 and Colossians 3:21 speak directly to fathers to make the authority channel clear and to warn fathers - "do not provoke your children," "do not provoke your children to anger." Fathers have to continually be on guard not to stir their children up to anger. Since teachers stand in the place of the father's authority, the same warnings apply.

**Applications for teachers:**

• Don't overprotect the child – a proper balance of risk taking is necessary for a child's physical, moral, and spiritual development. In the classroom, don't fence the children in from every direction.

• Flee the temptation to show favoritism – all of us have experienced the sad results of partiality.

• The importance of encouragement – "break the will, not the spirit." Be especially watchful of how your words discourage. It is often the tongue that gets us in trouble. Take notice of the positive and communicate the positive to the parents. Don't let parents just hear from you when "Johnny or Sally has been bad." You can actually help parents see positive attributes about their children that they may be overlooking. In fact, our goal should be that we recognize the positive at a far greater frequency than we do the negative. However, our busy lives normally drive us to only have time to get involved and contact parents when things go bad. Resist this tendency and emphasize the good attributes and the good things that your students do. In doing so, you will remind parents of the importance of recognizing the positive as well.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 20 of 93 PageID #: 110

- Balance tenderness and mercy with firmness and discipline. **Cherish the child, but don't protect them with so much mercy and grace that you shield them from the necessary unpleasantness and pain that will later bring great fruit.** Remember that Eli lost his sons because he would not rebuke them (I Samuel 3:13).

**Conclusion:**
*I Peter 4:10 – "As each has received a gift, use it to serve one another, as good stewards of God's varied grace;"*

- The teachers at PA have gifts that the parents of PA do not have and, likewise, the parents have gifts that the teachers of PA do not have.

- Listening to each other can go a long way in promoting an environment best for our children.

- All our gifts come from God and exist for reasons beyond ourselves. They are given to glorify God and given for the good of others.

- Parents should never underestimate the many ways that God's grace flows through the gifts of teachers into the lives of their children and families.

- PA teachers are a blessing to the families of PA, used by God to strengthen the families in ways they cannot do on their own. The children of PA would be incomplete without them.

"Both parents and teachers should consider themselves as parental teachers, one of whom happens to be at home emphasizing parenting and the other at school emphasizing teaching. And each must recognize the other as such. To teach is to parent, to parent is to teach." (Jay Adams)

## A CHRIST-CENTERED AND CLASSICAL EDUCATION

### I. A Christ-centered Approach

Providence Academy holds that God is the author of all truth and the Creator of all things. We seek to teach all subjects as parts of an integrated whole with the Scriptures at the center (II Timothy 3:16-17). Our intent is to provide a clear model of the biblical Christian life and worldview through our faculty, staff and Board (Matthew 22:37-40). We encourage every student to develop a genuine and meaningful relationship with God the Father through Jesus Christ, His Son (Matthew 28:18 – 10, Matthew 19:13-15).

- **Primary Doctrine**
  There are key elements of Christianity that will be unapologetically taught in various ways through all grade levels. The substance of these statements is truth that is considered to be primary doctrine and is in accordance with the school's Statement of Faith. When issues involving secondary doctrine arise, i.e., mode of baptism, observance of holidays, etc., students will be referred back to their family. Final authority for doctrinal positions of Providence Academy belongs to the PA school board (refer to policy: Final Authority on Matters of Belief and Conduct).

- **Affiliation with the Association of Christian Schools, International (ACSI)**

ACSI is a service organization serving Christian schools across the United States and around the world. Each member school or college retains its individual distinctive and operating independence. Participation in any or all of the services of ACSI is voluntary.

As a member school of ACSI, an internationally recognized accrediting agency, Providence Academy achieved accreditation status by this organization in the spring of 2001 for grades K – 6 and in the spring of 2003 for grades 7 – 12. We renewed our accreditation status in the fall of 2020 receiving the highest status achievable. ACSI member schools must agree with a common statement of faith and must not be affiliated with the World or National Council of Churches. **Providence Academy** is in full agreement with both of these requirements.

Additionally, Providence Academy participates in the following ACSI sponsored programs:
- Certification program for faculty and staff
- Various annual academic competitions, meets and festivals
- Annual standardized testing program (grades K-10)
- Receipt of all regional and national items of interest

- **Affiliation with the Association of Classical and Christian Schools (ACCS)**
  ACCS seeks to set an educational standard for a unified and directed approach to classical and Christian learning. ACCS also seeks to equip schools in teaching subjects through the methodology known as the *Trivium* (grammar, logic, and rhetoric), the educational foundation of our Western culture, and believes that God will bless this approach as He has in the past, as long as it follows the principles set forth in His Word. Providence Academy is a member of ACCS and adheres to the mission statement of this organization as follows:

  *ACCS Mission Statement*
  *The primary mission of this association is to promote, establish, and equip schools committed to a classical approach to education in the light of a Christian worldview grounded in the Old and New Testament Scriptures. The mission of the association is both to promote the classical approach and to provide accountability for member schools to ensure that our cultural heritage is not lost. This mission will be accomplished through the work of the Association of Classical and Christian Schools.*

- **Bible Translation**
  To provide continuity within the classrooms, Providence Academy has chosen to use the ESV (English Standard Version) translation for Bible study and memory verse work. The King James Version is accepted as an optional choice for student use at the request of the student's parents.

- **Chapel**
  Elementary - Chapel is held one to two times each month throughout the school year. Chapel speakers include elementary teachers, local pastors, and PA leadership members.

  Middle School – Chapel will be held approximately twice a month on Wednesdays for 30 minutes.

  High School – Chapel will be held every week on Wednesdays for 30 minutes.

Case 2:25-cv-00033-DCLC-CRW   Document 26-1   Filed 06/17/25   Page 22 of 93
PageID #: 112

- **Discipleship Groups**

  Mission - Discipleship Groups exist to be intentional about discipleship as an institution so that student leaders can have more opportunity to live out their faith and their piers have more opportunity to see Christ working within the student body.

  Leadership Structure - Leadership positions will be offered to upcoming seniors first, then to upcoming juniors. New leaders will be ready to step into their leadership roles in August. Seniors will lead until December and then slowly start to help the upcoming seniors transisiton to leadership starting in January.

  Group Structuring - The kick-off event for our groups will be a 3 day retreat to Doe River Gorge. Groups will participate in team building, Bible study, and community building. Discipleship groups will meet every other Friday for 30-minutes.

- **Reverence**

  These guidelines ensure that God's name, character, and truth are honored and respected at Providence Academy.

  - In all areas of instruction, especially Bible classes and related activities, proper respect and consideration of God's character will be given. Specifically, class songs, skits, stories, and discussion that include references to the name and attributes of the Lord must be consistent with biblical principles.

  - Things to avoid include (but are not limited to the examples listed below):
    - Silly or trite references to Jesus Christ and His work on the cross
    - Implying, directly or indirectly, that all the students are Christians
    - Mockery of angelic powers, whether demonic or heavenly
    - Emphasis on good feelings or works vs. humble obedience and grace

  - For the sake of the student's spiritual training and the work of Providence Academy, joyful encouragement, and instruction in reverential knowledge of the Lord is necessary, honored and respected at Providence Academy.

## II. <u>Classical Methodology</u>

Providence Academy employs the classical method of learning, based upon a system of education, inherited from the Greeks and Romans, referred to as the *Trivium* as described in *The Lost Tools of Learning* by Dorothy Sayers. An early emphasis is placed upon basic learning skills during the *grammar stage*, followed by formal instruction in logic during the *dialectic stage* and finally by the development of clear verbal and written mechanisms of expression in each subject studied during the *rhetoric stage*. The goal is to teach students *how to think* as a basis for mastering specific subject areas as well as to assist each student in developing a *life-long love for learning.*

- **Trivium Definitions:**

  *Grammar*: The fundamental rules of each subject.

  *Logic*: The ordered relationship of particulars in each subject.

  *Rhetoric*: How the grammar and logic of each subject may be clearly expressed.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 23 of 93
PageID #: 113

- **Latin Instruction**

  At Providence Academy, students are introduced to Latin instruction in grades three, four, and five. Our purpose in teaching Latin to elementary students is to provide them, in a fun and inviting way, with the basic Latin grammar, vocabulary, and translation skills that prepare them for the Logic level instruction in grades 6-8. Sixth grade students complete a basic exploratory curriculum. Seventh and eighth grade students continue in their Latin studies, building on elementary instruction. Students in eighth grade may take Latin I which will count as a High School credit. Students in ninth and tenth grades continue Latin instruction by taking Latin I and Latin II; Latin III and AP Latin are offered as electives for students in eleventh and twelfth grades.

By introducing students to Latin at an early age, we take educational advantage of their great capacity for learning vocabulary and their love for the rhythmic chanting of verb conjugations and noun declensions. The exercise of fitting the meaning, tense, number, case, and gender of a Latin word to its English equivalent develops analytical skills in addition to developing vocabulary. Latin instruction also promotes an appreciation for literature and an understanding of our cultural heritage.

## TRIVIUM

| Beginning Grammar (Pre-Polly) | GRAMMAR (Poll-Parrot) | LOGIC (Pert) | RHETORIC (Poetic) |
|---|---|---|---|
| Grades K – 3 | Grades 3 – 6 | Grades 7 – 9 | Grades 10 – 12 |
| Approx. ages 4 – 8 | Approx. ages 9 – 11 | Approx. ages 12 - 14 | Approx. ages 15 – 18 |
| **Student Characteristics:** | **Student Characteristics:** | **Student Characteristics:** | **Student Characteristics:** |
| 1. Obviously excited about learning<br><br>2. Enjoys games, stories, songs, projects<br><br>3. Short attention span<br><br>4. Wants to touch, taste, feel, smell, see<br><br>5. Imaginative, creative | 1. Excited about new, interesting facts<br><br>2. Likes to explain, figure out, talk<br><br>3. Wants to relate own experiences to topic, or just to tell a story<br><br>4. Likes collections, organizing items<br><br>5. Likes chants, clever, repetitious word sounds (e.g., Dr. Seuss)<br><br>6. Easily memorizes<br><br>7. Can assimilate another language well | 1. Still excitable, but needs challenges<br><br>2. Judges, critiques, debates, critical<br><br>3. Likes to organize items, others<br><br>4. Shows off knowledge<br><br>5. **Wants to know "behind the scenes"** facts<br><br>6. Curious about **Why?** for most things<br><br>7. Thinks, acts as though more knowledgeable than adults | 1. Concerned with present events, especially in own life<br><br>2. Interested in justice, fairness<br><br>3. Moving toward special interests, topics<br><br>4. Can take on responsibility, independent work<br><br>5. Can do synthesis<br><br>6. Desires to express feelings, own ideas<br><br>7. Generally idealistic |
| **Teaching Methods:** | **Teaching Methods:** | **Teaching Methods:** | **Teaching Methods:** |
| 1. Guide discovering<br><br>2. Explore, find things<br><br>3. Use lots of tactile items to illustrate point<br><br>4. Sing, play games, chant, recite, color, draw, paint, build<br><br>5. Use body movements<br><br>6. Short, creative projects<br><br>7. Show and Tell, drama, hear/read/tell stories<br><br>8. Field trips | 1. Lots of hands-on work, projects<br><br>2. Field trips, drama<br><br>3. Make collections, displays, models<br><br>4. Integrate subjects through above means<br><br>5. Teach and assign research projects<br><br>6. Recitations, memorization<br><br>7. Drills, games<br><br>8. Oral/written presentations | 1. Timelines, charts, maps (visual materials)<br><br>2. Debates, persuasive reports<br><br>3. Drama, reenactments, role-playing<br><br>4. Evaluate, critique (with guidelines)<br><br>5. Formal logic<br><br>6. Research projects<br><br>7. Oral/written presentations<br><br>8. Guest speakers, trips | 1. Drama, oral presentations<br><br>2. Guide research in major areas with goal of synthesis of ideas<br><br>3. Many papers, speeches, debates<br><br>4. Give responsibilities, e.g., working with younger students, organize activities<br><br>5. In-depth field trips, even overnight<br><br>6. World view discussion/ written papers |

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 25 of 93
PageID #: 115

## PARENT AND GRANDPARENT INVOLVEMENT

God, through His Word, indicates that the family is the most important human institution designed, comparing it to the relationship believers have with Christ. As an extension of and support for the family unit and because the responsibility for the education of children rests with the parents (Deut. 4:9 and 6:6-9), Providence Academy continually seeks to actively involve the parents and all other family members of students in the functions of the school. (There are instances when siblings are not permitted to participate, such as classroom field trips and classroom activities because of the need of parents to act in a supervisory capacity.) Parents and grandparents are encouraged to participate within the life of the school. Parents and grandparents are welcome to attend all assemblies, to volunteer in classrooms, and to join their child for lunch. Providence Academy reserves classroom participation and student interaction to parents and grandparents within the school. Classrooms are not open to third party volunteers.

Note: Helpers (anyone assisting with a student) must have a background check, but visitors are not required to have one.

*P², Providence Parents*, is the organized body of volunteers comprised of all parents of students within the school and offers support for special services and programs and is a constant source of encouragement to the students, parents, faculty, staff, and Board.

A few examples of opportunities for parent and grandparent involvement include:
- Praying regularly for the faculty and staff at Providence Academy
- Visiting the school/class (Please call ahead to schedule visits)
- Assisting in the classroom regularly or on an as-needed basis
- Serving as a chaperone on field trips, etc.
- Offering special talents, hobbies and/or skills
- Sharing a vocation with the class or inviting the class to places of business
- Sharing experiences, travels, etc. as they may relate to an area of study in a class
- Volunteering to help in the many tasks related to school functions
- Helping host class parties
- Staying informed about academic progress through communication with faculty and staff
- Enhancing the development of the Providence Academy family through positive, supportive relationships built with faculty, staff and families in the school

## OPERATIONAL POLICIES AND PROCEDURES

### ORGANIZATION STRUCTURE OF PROVIDENCE ACADEMY
- **Providence Academy, Inc.,** is a private, non-profit organization registered as such with the State of Tennessee and is the owner of Providence Academy.

- **The Providence Academy Association** is comprised of founders, parents, and patrons of Providence Academy. The primary mission of the Association is to operate Providence Academy in adherence with the Statement of Faith and objectives given previously in this document. The principal office of the Association is 2788 Carroll Creek Road, Johnson City, Tennessee, 37615. This office may be maintained at this location but may, from time to time, be changed at the discretion of

the Board. The annual meeting of the Association will be held in the spring of each year. Members will be notified in writing as to the date, time, and location of the meeting at least 30 days in advance.

- **The Providence Academy Board of Directors** consists of appointed and elected members from the Providence Academy Association. Detailed operational guidelines and responsibilities of the Board are presented in the Providence Academy Association By-Laws and Providence Academy Policy Manual.

- **The Providence Academy Head of School** is interviewed and hired by the Board to oversee the day-to-day operations of the school and to provide input to the Board regarding long-term decisions on curriculum, school policies, budgeting, and facilities planning.

- **The Providence Academy Principals and Administrators** are hired by the Board and are directly responsible for managing the daily operations of the school (including such duties as managing teachers, scheduling classes and events, and handling student discipline) and for providing information to the Head of School regarding curriculum, school policies, and facilities planning.

## DEVELOPMENT DEPARTMENT

The Providence Academy Development Office has four primary responsibilities:

- **The Annual Scholarship Fund** - This is a need-based fund that provides from 10% to 50% of the tuition on an annual basis to students of families in need. Funds are raised through individual solicitations, mass mailings, corporate sponsorships, print sales, and various events. The PA fundraising approach is intentionally directed away from student driven sales.

- **Bricks and Mortar** - The development office is responsible for initiating and managing capital campaigns to raise money for facility improvements and expansion.

- **Relationship Building** - Building relationships with parents, grandparents, businesses, etc. is a responsibility that goes hand in hand with fundraising. As part of this effort, the Development Office currently coordinates two family focused events each year. Each fall we have a Grandparent Chapel. Each spring we have a P2 Grand Family Cook-out for families, friends, and especially grandparents. This event is a picnic type afternoon built around a boys' baseball game and a boys' soccer game.

- **Media Exposure** - Periodic updates to the media via press releases, advertising as needed, and communication of key events each year are handled by the Development Office.

In summary, the key role of the Development Office is to share the work that God is doing at PA and to invite people to join in the effort. Fundraising, friend raising, and volunteer raising are all key components of the development effort, and the end result that we work toward is to give glory to God in all that we do!

## NON-DISCRIMINATION POLICY

Providence Academy admits students of any race, color, national, or ethnic origin, to all the rights, privileges, programs, and activities generally made available to students at the school. It does not discriminate on the basis of race, color, national or ethnic origin in administration of its educational policies, admission policies, athletic programs, or other school administered programs and activities.

## CHILD ABUSE REPORTING

In accordance with TN state law and PA employee policy, Providence Academy will report possible physical abuse, sexual abuse, or child neglect. The school will consider all available facts and circumstances. The purpose of the state requirement is to protect children based upon the seriousness of the crimes. Accordingly, Providence Academy's protection is based upon a reasonable belief that the conduct covered by the statute has occurred or is occurring. Appropriate school staff will make reports in accordance with state law and in the best interest of the affected child. In nearly all cases, it is the protocol of the school to inform parents of any matter with regards to their child; however, due to this very serious and legally narrow area, the school may not be at liberty to contact parents in advance of making a report to authorities.

The Tennessee child abuse reporting statute (37.1.403) makes no distinction between professionals and non-professionals on the issue of reporting. Parents also have a responsibility to make a report based on "available information" in a situation that "reasonably" appears to have been caused by brutality, abuse, neglect, or sexual abuse.

Providence Academy is committed to maintaining a safe learning environment for all students, visitors and staff. For that reason, the school reserves the right to enact specific parameters for adult/student interactions. School parameters may include, but are not limited to, restrictions on the admittance to school campus, admittance to school sponsored events, and participation on overnight school trips. The school may identify additional requirements as a condition for admittance on campus or to school related events. It is at the school's sole discretion to conclude that added protections or safeguards are necessary for the protection of students, visitors, and staff. The school retains the authorization to enact parameters regardless of whether or not an official report was made to the Tennessee Department of Child Services (DCS) or regardless of whether or not DCS determines a report warrants no further state action. In addition to the above, the school reserves the right, at any time, to place any other procedures or requirements in its sole discretion, as it may deem necessary in the best interest of the school.

Providence Academy faculty and staff, including all substitute teachers, complete child abuse identification and prevention training annually and review reporting requirements and processes specific to the state of Tennessee.

Providence Academy is obligated by Tennessee law to report the reasonable suspicion of abuse. Any suspicion of child abuse must be reported to and discussed with the respective principal or the Head of School.

## GRIEVANCE POLICY

It is important that conflicts within the school family be handled politely and promptly. The following steps are based upon the biblical principle set forth in Matthew 18. These guidelines are to be followed whenever there is a dispute or grievance concerning any aspect of Providence Academy operations or between any two parties connected in a direct way to the school. Those include students, parents, faculty and staff, volunteers, administration, and board. It is understood that if any disputes arise which are not covered by this policy, the board will decide what procedures to follow based on a parity of reasoning from those procedures established by this policy.

**Students / Parents to Teachers:**
1. All concerns about the classroom must first be presented to the teacher by the parents, or if the student is mature enough, by the student himself. A respectful demeanor is required at all times, by all parties.
2. If the problem is not resolved, the parents or student may bring the concern to the principal. If the student brings the concern, he must have permission from his/her parents to do so.
3. If the problem is still not resolved, the parents or student may bring the concern to the Head of School. If the student brings the concern, he must have permission from his/her parents to do so.

**Parents / Patrons to Head of School:**
1. If parents or patrons have a grievance or dispute about the general operation of the school (apart from the operation of the classrooms), they should bring their concerns to the Head of School.
2. This procedure applies to board members who are acting in their capacity as parents / patrons, and not as representatives of the board.

**Parents / Patrons to Administration (regarding Head of School):**
1. All concerns related to the Head of School may be addressed in a report to the Board. The report must be made in writing including pertinent details and submitted to the Human Resources Manager.
2. The complaint will be promptly forwarded to the Board. Based upon the merits of the grievance, the Board will determine whether or not a meeting will take place.
3. If the Board determines the grievance does not merit a meeting, the parents / patrons will be required to drop the issue.

**Staff to Administration:**
1. All concerns about the standards of the school or decisions related to programs or policies should be presented first to the staff member's direct supervisor. A respectful demeanor is required at all times.
2. If the problem is not resolved, the staff member may bring their concerns to the Head of School.

**Faculty / Staff to Administration (regarding Head of School):**
4. All concerns related to the Head of School may be addressed in a report to the Board. The report must be made in writing including pertinent details and submitted to the Human Resources Manager.
5. The complaint will be promptly forwarded to the Board. Based upon the merits of the grievance, the Board will determine whether or not a meeting will take place.
6. If the Board determines the grievance does not merit a meeting, the staff member will be required to drop the issue.

**Volunteers to Staff / Administration:**
1. If any volunteer has a concern about the volunteer work, he will present that concern to the staff member responsible for his oversight.
2. If the problem is not resolved, then the concern should be presented in writing to the Head of School, followed by a meeting with the Head of School to discuss the concern.

**Individual Board Members to Head of School:**
1. If specific concerns arise during a board meeting, board members may not challenge, rebuke, or debate directly with the Head of School in the board meeting, but any concerns will be channeled through the chairman instead.
2. Any board member may call the board into executive session if a potential grievance or dispute arises during a board meeting.
3. If the board decides that the issue does not warrant executive session, the board will return immediately to open session.

4. If the board decides further investigation is warranted, the Head of School will meet with the board in executive session to present his perspective and answer questions.
5. If the board decides against the Head of School (2/3 vote required), the board will attach a written description of their decision to the Head of School's annual job evaluation.
6. If the board does not decide against the Head of School, any board member(s) who is/are still not satisfied will be instructed by the board to drop the issue.

**Parent/Patron to Board**
1. If a parent/patron has a grievance directed towards the Board, they should state the grievance and a request for a meeting in writing to the Board.
2. Based upon the merits of the grievance, the Board will determine whether or not the meeting will take place.
3. If the Board determines the grievance does not merit a meeting, the parent/patron will be required to drop the issue.

## VISITORS

In compliance with TCA 49-2008, Providence Academy maintains a closed campus. All visitors to the school campus must sign in at the front office and wear a visitor badge while on campus.

- Visitors (student-aged) are not permitted to attend classes with PA students, except when approved by PA administration for possible enrollment purposes. Classroom visitors, other than adults, are limited to those interested in attending PA.

- Non-PA Students are not allowed to visit during school instruction/lunch hours without permission from the Deans of Students or program principal at least 24 hours in advance. This includes withdrawn PA students, whether they are attending another school or being homeschooled. It also includes boyfriends and girlfriends of current students. Students wishing to have a visitor during lunch must receive permission (at least one day in advance) from the Deans of Students or program principal.

- Special occasion deliveries should be made at home and not at school.

- All alumni are allowed to visit PA at any time except during semester exam week and achievement test week. Alumni, pastors, youth pastors, and family members are always welcome during lunch. Pastors and youth pastors should complete a profile sheet that will be kept on file at the front office.

- Parents and grandparents are always welcome on the PA campus. Your willingness to share your time and talents with the school community is invaluable. Parents or grandparents desiring a formal classroom visit/observation should submit their request to the program principal at least one day in advance and must have a background check.

Any exceptions to the policies stated above will rest solely at the discretion of the school administration. These exceptions must be pre-approved by the administration at least 24 hours before the visit is to occur.

## APPLICATION AND ADMISSION PROCESS

The admissions process for Providence Academy is structured in such a way that allows the school and prospective families to explore a potential partnership for the education of their student's heart, mind, soul

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 30 of 93
PageID #: 120

and strength. This process should be a prayerful, Christ-led experience to determine if Providence Academy is a fit for a promising, long-term relationship. PA accepts year-round applicants, per class space availability.

## APPLICATION

An application must be completed and signed by both parents (or legal guardians) before the application can be processed. A copy of the child's most recent report card, transcript, and achievement test scores need to be included with the application along with the $25.00 application fee.

> **Divorce** – In a case where there has been a divorce, Providence Academy will deal directly with the custodial parent(s) of the child enrolling in the school. In the case of joint legal custody, we will communicate with both parents and will need to interview both parents.

> **Family** – At PA a family is defined according to the biblical and traditional definition, with the key components consisting of a male husband/father and a female wife/mother. In regard to student enrollment, any variation of this definition of "family" wherein two members of the *same sex* apply to enroll a child into PA will not be accepted.

## ASSESSMENT

Each student's academic achievement is assessed and then a recommendation is made for placement in a grade which best meets his or her individual needs, as determined by the results of a standardized placement test and/or review of current transcripts, report cards, and previous achievement test scores.

## FAMILY INTERVIEW

If an opening is available, Administration will meet with the student's parents or legal guardians to discuss the completed application and to give parents an opportunity to ask questions. Participation by both parents at the admission meeting is required.

## NOTIFICATION OF ACCEPTANCE

After all of the above steps have been completed, Administration will meet to discuss the admittance of each student. The family will then receive an email and/or phone call informing parents of the acceptance or denial of the application.

- High School Applicants: One factor that will be considered when determining whether a student will be accepted into the high school program at PA is whether that student's existing H.S. credits, as outlined on their official up to date H.S. transcript, are compatible with the State of Tennessee graduation requirements and *PA's* graduation requirements and course offerings.

## ENROLLMENT

If a student is offered admission, the enrollment fee becomes due and payable within 10 days.

## RECORDS

All required records must be submitted to the school office before a family interview is scheduled.

## WAITING LIST

In the event there is not an opening available, names are placed on a waiting list in the date order that they are received and kept for a period of two years. Re-application would then be required to remain on the waiting list, if desired. A $25.00 re-application fee is required if an opening is refused. If an opening is refused a second time, there is another $25.00 re-application fee and the child's name is moved to the bottom of the waiting list.

**ADMISSION REQUIREMENTS FOR THE PARENTS**

1. As a discipleship school, Providence Academy requires that both parents have accepted Christ as their Savior.

2. Parents of students at Providence Academy should have a clear understanding of the biblical philosophy and purpose of the school. This understanding includes a willingness to have their child exposed to the clear teaching of the school's Statement of Faith in various and frequent ways within the school's program.

3. The parents should support all the written policies of Providence Academy.

PA reserves the right, within its sole discretion, to refuse admission of an applicant or discontinue enrollment of a student if the atmosphere or conduct within a particular home or the activities of the student are counter to or are in opposition to the biblical moral principles the school teaches. This includes, but is not necessarily limited to, participating in, supporting, or affirming sexual immorality, homosexual activity, or bisexual activity; promoting such practices, or being unable to support the moral principles of the school. (1 Cor. 6:18; 1 Thess. 4:3-5; Gal. 5:19; Romans 1:18-27)

Suspension or expulsion from another school may prevent a potential student from being accepted to PA. Individual circumstances may be considered by Administration. After review, the Administration may grant the potential student's acceptance on behavioral probation or acceptance may be denied.

## STUDENTS WITH SPECIAL NEEDS

At PA, we understand the importance of connecting with students and collaborating with parents. It is the strong partnership we establish with our families that allows us to meet the needs of our diverse learners. Our Education Support Service Program instills a remarkable degree of confidence, creates a love of learning, and teaches students to advocate for themselves. ESS has dedicated classroom space on the first floor for elementary students and on the second floor for secondary students.

**Severe Learning Disability:** A severe learning disability is any condition in a potential incoming student which would require a separate classroom, program, and staff to provide the educational services desired by the parents. Examples include Down's syndrome, deaf/mute, blind, *etc.* Providence Academy does not have a separate LD classroom, program, or staff.

**Learning Disability:** A learning disability is any condition in a current or potential incoming student which does not require a separate classroom, program, and staff to provide the educational services desired by the parents. Examples include hyperactivity, ADHD, dyslexia, etc.

**Evaluation & Diagnosis:** If a parent or teacher is concerned that a student might have a learning disability that either is affecting or could affect their performance in the classroom and seeks a professional evaluation, there are two ways that this can be accomplished:

1. A parent may, at their own expense, seek an evaluation for their child through an independent child/educational psychologist.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 32 of 93
PageID #: 122

2. A parent may go to the school system that they are geographically zoned to attend and ask for an evaluation. County funds are set aside for any student in the county seeking an educational evaluation.

If the student is already enrolled at Providence Academy, it is recommended that the parents involve Student Services and the teacher(s) in the evaluation process either by keeping them informed or asking them to sit in on the final consultation with the child psychologist. Should the final evaluation indicate a positive LD diagnosis, the school's official Learning Disability Policy will come into play.

## LEARNING DISABILITY POLICY

Providence Academy has been established for several reasons, one of which is to provide an environment that promotes excellence in education. Because of these high academic standards, the Board, Administration, and faculty are charged with seeing that these standards are consistently upheld and not compromised. This in no way suggests that all our students will make all A's, but rather that each student, regardless of their situation, should do their best academically so as to bring glory unto God.

The PA Education Support Service (ESS) Program is designed to provide academic support to students with diagnosed learning differences in a college preparatory setting. The goal of the program is to provide personalized support to maximize strengths in each student. We strive to help students realize that struggles in life are a way that God works in us and through us. We also focus on strategies to help students become self-advocates and guide them through the process of self-awareness. We encourage our students to grow as Jesus did – in wisdom, stature, and favor with God and man (Luke 2:52). Our ESS program most often includes students with the following:

- Mild to moderate challenges in reading, written expression, and math
- Attention Deficit Hyperactivity Disorder (ADHD)

Recognizing the unique learning style of each student, PA strives to bring academic success to students who may face challenges in the traditional classroom setting. Some accommodations (but not modifications) may be made depending on a student's academic need.

PA defines modifications as a change in what students are expected to learn and master; modifications may include changes in content instructional level, and/or performance criteria. Accommodations are defined as selective strategies that reduce the effect of a student's disability or struggle to access instruction but do not reduce learning expectations.

Students with learning disabilities are required to meet the same academic standards as the other students in their grade level. While modifications are not made to the curriculum at PA, there are certain accommodations that can be implemented which will not compromise PA's academic standards. The Educational Support Service staff works with individual students and families to develop an accommodation plan to meet the needs of the students. The ESS staff has dedicated classroom space on the first floor for elementary students and on the second floor for secondary students. This allows the ESS staff to work one on one with students during the normal school day.

School administration will make the final determination as to what adjustments can and cannot be allowed.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 33 of 93
PageID #: 123

## ENROLLMENT

**GRADE PLACEMENT**

Providence Academy reserves the right to place students in the appropriate level as determined by test data and developmental maturity. Children must be five years of age on or before August 15 to be eligible for enrollment into kindergarten.

**MID-YEAR ENROLLMENT**

Providence is committed to the success of all students and carefully considers circumstances which could impede that success such as mid-year enrollment.

Student admission in grades K-12 after the first nine-week grading period is at the discretion of Administration. Solid academic mastery must be reflected on the Providence Academy assessment and a strong faculty/administrative recommendation for entry given per evaluation of the assessment results in order for consideration of enrollment. For students in lower elementary grades K-1, a faculty/administrative evaluation of the student's ability to transition easily into a new school setting is an additional factor of consideration.

**TRANSFER STUDENT'S TRANSCRIPT**

High school students who transfer to Providence Academy will have their transcript reviewed by the College and Career Advisor. All courses taken that have received a passing grade will be accepted and the grades received in those courses will be transferred to the Providence Academy high school transcript according to our grading system. If this is not advantageous to the transfer student, the family of the student may choose not to transfer the courses and grades. Upon graduation from Providence Academy, the student will be responsible for sending the previous school's transcript to college admission offices. If this option is chosen, the Providence Academy transcript will only include courses, grades, and grade point average acquired at Providence Academy.

High School transfer students must meet all of the Providence Academy graduation requirements except those outlined in the High School Transfer Student Course Placement section.

**INTERNATIONAL STUDENT POLICY**

Providence Academy is authorized by the United States government to accept foreign exchange students. We feel this provides PA an opportunity to serve some excellent students from other nations while creating a platform to expand the worldview of our school family. Placing these students with strong Christian "host families" fits with our discipleship model while enlarging our ministry to include a more diverse student population.

- Providence Academy only accepts students represented by one of our partner agencies.
- The application deadline for our term starting in August is July 1st.

**ADOPTION OF SECONDARY AGE INTERNATIONAL STUDENTS**

Providence Academy recognizes that some families may adopt older children from abroad. It is often the case that these students do not have the pre-requisite English skills to enter Providence Academy and be successful in their academic pursuits. In these cases, Providence Academy will consider the following:

- Student Age
- Level of proficiency in English
- Standardized assessments
- Academic record

The school administration reserves the right to make all ultimate decisions concerning admission in these cases.

## CLASS ROSTERS

Where there is more than one section of a grade, students are placed on classroom rosters according to the results of a random mixing of students enrolled in that particular grade. Attention is given to balancing the number of girls and number of boys in each class. Placement requests made by parents of siblings in the same grade will be honored as will requests made by teachers in regard to placement of their own child in their class or in the class of another teacher. Placement decisions may also be made at the discretion of Administration.

## STUDENT WITHDRAWAL AND RECORDS RELEASE

Once a student is enrolled in Providence Academy, written notice by letter/email or verbal notice by the parent or the guardian is required to withdraw the student. Please note the effective date of withdrawal and the reasons for the withdrawal, and all school accounts must be paid in full for student records to be released. Additionally, all materials belonging to the school must be returned.

Tuition that has been paid in advance for days which the student will not be attending *Providence Academy* will be pro-rated and refunded only if the withdrawal is due to out-of-town relocation by the student's family.

## STUDENT RECORDS

- **Confidentiality**

  Student records are confidential. Such records include all information relating to student academic performance, financial status of a student, or the student's parent or guardian, and medical or psychological treatment or testing. Access and disclosure of student information shall be done solely for an educational purpose. Such records shall not be made available to unauthorized personnel of PA, or to the public, or any outside agency without the consent of the student or the parent or guardian of a minor student except as otherwise provided by law.

- **Right of Access to Records**

  The Buckley Amendment of the Family Educational Rights and Privacy Act of 1974 grants the right of access to educational records accumulated subsequent to December 21, 1974. Access must be granted within forty-five days of a parent's written request. The request must be submitted to the Principal.

  Available records include grades, evaluations, and standardized test results. Parents and legal guardians may request that their student's records be released to persons or institutions outside PA.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 35 of 93
PageID #: 125

The Buckley Amendment affords the right for challenging the accuracy of recording information. The content may be challenged by a parent by making a written statement of his position. That statement shall be inserted into the records. A copying fee may be charged for copying student records.

- **Rights of Non-custodial Parents**
  Non-custodial parents of a student enrolled at PA may request to receive a copy of their student's report card, notice of school attendance, names of teachers, class schedules, standardized test scores, and any other records customarily available to parents. This request must be in writing and must include the non-custodial parent's mailing address (TCA 49-6-902).

## TUITION AND FEES

Tuition and fees cover the basic operating expenses of the school. While maintaining a high-quality program of Christian education may well entail sacrifice, God has promised to "supply all our needs according to His riches in glory by Christ Jesus." Families, school personnel, and the school itself all rely on this firm assurance.

The operating budget includes staff salaries and benefits, educational materials, facility operation and maintenance, and some minimal capital expenditures for furniture and equipment. Financial aid and most student activities are not funded through tuition.

### DUE DATES

| | |
|---|---|
| New Enrollment Fee ($150) | Payable when admitted as new student |
| Student Fee K-12 ($250) | Annual payment – Due when admitted for a new student |
| | Returning students – due in 3 installments, (March 1 - May 1) |

Outstanding student fees as of May 31 may result in administrative withdrawal of affected students. Tuition payment options currently available:

- Annual payment – Due June 1 (2% discount given)
- 12 Month Commitment – due either on the 10th or 25tfh, depending upon FACTS Tuition Payment Play selected. All Providence Academy families committing to monthly tuition payments, must enroll in a FACTS Payment Plan within ParentsWeb. Families may choose between automatic bank withdrawal (free option) or credit card (2.95% fee assessed).

### ACCOUNTS IN ARREARS

Prompt payment of tuition is essential if the school is to meet its own financial obligations on time. If tuition payments are more than two payments in arrears, a mandatory meeting is to be held with the Director of Finance, parents, and the Head of School. A written payment plan agreement must be in place at the conclusion of the meeting. If the payment plan agreement is not current at the end of the ten-day grace period, the parents must immediately request approval and obtain a written waiver from the PA Board for their children to remain students at Providence Academy.

Once a payment plan agreement is filed, all payments must be made on time and in the correct amount beginning with the pay plan start date. If the agreement is not executed as written, the agreement is considered in default. The Director of Finance will send a registered letter notifying the parents they have ten days in which to establish compliance.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 36 of 93
PageID #: 126

**MISCELLANEOUS BILLING GUIDELINES**

Tuition late payment fees are considered miscellaneous charges.

If payment status on accounts and/or installment agreement plans is not current, a 'hold' will be placed on all records stopping further registration, release of grades and transcripts until paid.

Lost or damaged textbooks: If a student loses or damages a textbook, parents will be billed for the cost of that book so that it can be replaced.

**STUDENT FEES**

- <u>Summer Tuition Payments</u>:  Tuition payments for June, July, and August must be paid during those months or by lump sum at the beginning of summer.  Tuition paid during the summer months of June, July, and August is non-refundable and non-transferable.  Any late payment, defined as the 10th of each month, during any of those months may result in administrative withdrawal of affected students.

- <u>Secondary Fees:</u>  Some classes require outside resources, which will necessitate an allocation of cost to the students enrolled in that class.  Current fees include activities such as Chorus and Physical Education.

- <u>Student Fee:</u>  Each year a student fee is paid for each student.  This fee includes the funds necessary to provide the teacher's manuals, visual aids, worksheets, testing materials, classroom supplies, books, and other student materials.  It also includes student medical insurance cost and ACCS/ACSI membership dues.

- <u>Athletic Fee:</u>  To adequately fund our athletic program, all student athletes must pay a fee to participate.  The fee rate will be established on an annual basis and will be determined by the athletic department and administration based upon budgetary needs.  The fee is non-refundable after the first game of a particular season.

- <u>Late Pick-up Fees:</u>  Students picked up from the regular school day after 3:20 p.m. or from the After-School program after 5:30 p.m. are considered a late pick up which will result in a late pick-up fee being assessed to your account.  There is a $1.00 per minute late pick-up fee with a maximum charge of $25 per day.

**REFUND POLICY**

Enrollment and student fees are non-refundable and non-transferable.  Tuition is charged for each month the student is officially enrolled and is non-refundable.  Tuition paid during the summer months of June, July, and August is non-refundable and non-transferable.  In exceptional circumstances, such as an unexpected family move away from the area, the Head of School may authorize a refund upon written request.  A move from the area is defined as fifty or more miles from the school.

**WITHDRAWAL AND FINANCIAL OBLIGATIONS**

If it becomes necessary to withdraw a student during the school year, tuition is charged for the full month even if the student attends for only part of the month.  If the withdrawal is at the school's request, tuition for the remainder of the month will be refunded on a pro rata basis.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 37 of 93
PageID #: 127

## RE-ENROLLMENT OF STUDENTS

Priority re-enrollment of students already attending PA is contingent on tuition and fees being current at the time of re-enrollment. If the family account is in arrears, and class enrollment reaches capacity, space cannot be assured. Students are eligible to begin the new school year only if all charges from previous years have been satisfactorily cared for.

## TUITION ASSISTANCE

An amount of tuition assistance has been established to assist qualifying families. The distribution of monies within this fund is dependent upon the amount available in this account on an annual basis. Families requesting assistance should complete the application online within the application period. The Board grants tuition assistance after an independent review team processes the applications. Families receiving assistance are notified mid-May prior to the first tuition payment of the school year. You must re-apply each year if assistance is needed. Financial assistance is available to those who demonstrate actual need without regard to nationality, God-given race, color, or ethnic origin. All families who have attended PA one year are eligible to apply for assistance.

Families desiring need-based assistance must apply online.

## ANNUAL SCHOLARSHIP FUND

The heart of the school is for scholarship funds to be available to help parents that would like to provide a Christ-centered and classical education for their children but are not able to because of financial needs. Because the Board desires to make the education at Providence as affordable as possible, PA does not include a component of scholarship in tuition. Therefore, to achieve these two goals, the Board initiated the Providence Academy Scholarship fund. This annual fund has become an honored tradition at Providence. We are grateful to the families and friends that support this tradition, and we are excited to build His Kingdom — "One child at a time!"

## MAJOR EDUCATIONAL DECISIONS

Providence Academy recognizes, as it relates to families where divorce has occurred, that the court identifies which parent has the right to make decisions for the children of the family. The administration and financial staff will primarily communicate with the court determined party that has been granted responsibility for *Major Educational Decisions*. However, as part of parenting plans in the state of Tennessee, rights of non-residential parents have been outlined. Providence Academy will honor those non-residential parent rights that apply to school information and activities. Providence Academy reserves the right to limit parent access to students during the standard instructional day.

What are the rights of the non-residential parent? Please refer to the information on this website: http://www.tsc.state.tn.us/programs/parenting-plan

The following are the rights of a parent during those times when the child is not in the care of that parent. That parent has the right:

1. To unimpeded telephone conversations with the child at least twice each week at reasonable times and for a reasonable duration.

2. To send mail to the child which the other parent shall not open and will not censor.

3. To receive notice and relevant information as soon as practical (but within 24 hours) in the event of hospitalization, major illness, or death of the child.

4. To receive directly from the school, upon written request, which includes a current mailing address, and upon payment of reasonable costs of duplicating, copies of the child's report cards, attendance records, names of teachers, class schedules, standardized test scores, and any other records customarily made available to parents.

5. Unless otherwise provided by law, to receive copies of the child's medical, health, or other treatment records directly from the physician or health care provider who provided such treatment or health care upon written request which contains a current mailing address and upon payment of reasonable costs of duplication, provided that no person who receives the mailing address of a parent as a result of this requirement shall provide that address to the other parent or to a third person.

6. To be free of derogatory remarks made about such parent or such parent's family by the other parent to or in the presence of the child.

7. To be given at least forty-eight (48) hours' notice, whenever possible, of all extracurricular activities, and the opportunity to participate or observe in those activities, including, but not limited to, the following: (i) school activities, (ii) athletic activities, (iii) church activities, and (iv) other activities during which parental participation or observation would be appropriate.

8. To receive from the other parent, in the event the other parent leaves the state with the minor child for more than two (2) days, an itinerary, including telephone numbers, for use in the event of an emergency.

9. Access and participation in the child's education, including the right of access to the minor child for lunch and other activities, on the same basis that is provided to all parents, provided the participation or access is reasonable and does not interfere with day-to-day operations or with the child's educational performance.

Any financial arrangements between divorced parents for the payment of school accounts exist outside the school's responsibility. As a courtesy, the school will prepare billing records to individual parents for identified types of expense. Specific instructions must be in writing and provided to the Financial Director. However, the parent with the responsibility for *Major Educational Decisions* is the person responsible for full and timely payment of all school accounts. Providence Academy relies on a positive, productive relationship and communication with the family.

## COMMUNICATION WITH PARENTS

### FACTS AND CANVAS

PA uses FACTS (Renweb) as our student management system and Canvas as our learning management system. Renweb is a web-based tool that manages student records. It also provides a way for parents to update contact information and medical information, order lunches and more. Canvas is a web-based program that allows teachers to organize and deliver learning materials to students. Canvas will give students and parents access to lesson plans, assignments, grades, and more for each course that the student is enrolled in.

**DIRECTORY INFORMATION**

PA publishes parent contact information through FACTS (Renweb) for the convenience of communication for our families. This information may only be accessed by our parents with FACTS logins and passwords. Parents may request address and home phone information <u>not</u> be published by updating their personal preferences on their Parent Portal individual profile. The directory may not be used to sell or market a business, product, or service; to solicit contributions, sponsorships, or business opportunities; or for any unlawful use. The contents of the directory may not be used to generate mailing lists, e-mail lists, phone lists, or other lists for any commercial purposes.

**ASSOCIATIONAL MEETING**

The PA Board of Directors holds an Associational Meeting in the spring of each year in order to reflect upon the current year and communicate relevant information regarding the short and long-term future of Providence Academy. Reports are also given by the school administration, P², and the Finance Committee. PA board members and P² board members are elected at the Associational Meeting.

**COMMUNICATION FOLDERS**

- In Pre-K, folders are sent home daily.

- In elementary grades K – 5, student folders are sent home on Tuesdays to be reviewed and signed by parents and returned to teachers. These folders may contain student's work from the previous week, a letter from the student's teacher, and other school information from the office. Consistent communication between school and home is essential in providing an educational process that is as productive as possible for the student.

- In grades 6 – 12, only information that cannot be sent home electronically will be sent with the youngest sibling on Tuesdays. Most of the secondary weekly communication is sent via email.

**PARENT/TEACHER CONFERENCES**

Parent/Teacher conferences are held at the end of October. Parents are encouraged to schedule a conference with their child(s) teacher(s) on conference day. Conferences are also encouraged at other times throughout the school year.

**PROGRESS REPORTS**

Progress Reports are emailed to all families (grades 1 -12) the Wednesday after the mid-term of each quarter.

**REPORT CARDS**

Report cards are posted on the Friday following the last day of the nine-week grading period during the school year. All school fees must be paid, and all school materials returned for the student's final report card of the academic year to be posted.

**TELEPHONE COMMUNICATIONS**

Parents may contact teachers during the school day by calling the office. Teachers will return calls as soon as their daily schedule allows. Parents are asked to refrain from calling or texting faculty and staff at their homes unless it is an emergency.

**SCHOOL WEBSITE –** *www.providenceacademy.com*

Information such as supply lists, sports calendars, school closings, etc., is posted on the PA website throughout the school year for students and parents. The school's Tandem calendar is also available on the website.

## STUDENT SUPPORT SERVICES

### Confidentiality Statement

Matters discussed in the Student Services Department will remain confidential from those that are not involved in the care of the student. Those involved in the care of the student include parents, as well as relevant faculty, staff, and administration on a "need to know" basis for the overall benefit of the student. Establishing a trusting relationship is important for Guidance and Support Services and the student. As a result, age-appropriate students will be informed of these confidentiality terms when possible.

Further limitations to confidentiality include:
- When the student poses a danger to self or others
- Mention and/or suspicion of abuse/neglect
- Under court order

### Student Support Services Policy

In partnering with PA's mission for students to think and live in a manner that brings glory to God, Guidance and Support Services will provide social and emotional support to students from a biblical perspective, ultimately aiming to enrich their overall development in their time here at Providence Academy. By choice, this position is not licensed by the state in order to provide a biblical, Christ-centered perspective without restriction and can exist in full alignment with PA's mission, statement of faith, and values. As an unlicensed position, Guidance and Support Services will not diagnose, treat, or provide therapy to students. Guidance and Support Services will provide individual support, conduct classroom guidance lessons, assist in crisis situations, meet with staff and parents as needed, and serve as a resource for social, emotional, and spiritual wellness. In some circumstances, a student may benefit from ongoing and/or intensive therapy. In this case, professional community resources will be provided to the family.

### Academic Support

The purpose of Providence Academy's student academic support program is to guide students in the development of strategies to use their God-given talents to achieve their top academic potential. Students receive assistance during the school day from trained faculty members who help them improve reading, math, writing, test taking, and other areas as needed.

Our Learning Services team partners with parents and teachers to serve students with common learning differences and equip them to reach their full potential.

Individual plans for those within the program provide the accommodation and support necessary to enable their success at Providence Academy. The learning services team serves as an ongoing resource in helping parents and teachers better understand the unique learning needs and strengths of each student.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 41 of 93
PageID #: 131

In elementary:
- The teacher identifies that a student is struggling academically and refers him/her to student services for extra help.
- The student is assessed to identify underlying academic struggles, and an intervention plan is made.
- The student will receive extra instruction and support during the school day, according to their intervention plan.
- Students who score below grade level in reading receive systematic and explicit reading instruction using the Orton-Gillingham approach in a small group setting during their class literacy time.
- Students receiving intervention are reassessed throughout the school year and released from intervention once they meet their goals and perform at grade level.
- Students that continually score below grade level on standardized assessments and screeners, will be asked to pursue academic testing outside of Providence to identify any underlying learning difficulties.

In middle school:
- Students with a diagnosed learning difference will have an academic support plan created by the Resource teacher and parents.
- Students will receive appropriate accommodation in the classroom and Resource room as needed.
- Students will be introduced to different types of technology to help them be more independent.
- Teachers will refer students who struggle consistently.
- Any student who continues to fail will be asked to pursue academic testing outside of Providence to identify any underlying learning difficulties.

In high school:
- Students with a diagnosed learning difference will have an academic support plan created by the Resource teacher and parents.
- Students will receive appropriate accommodation in the classroom and Resource room as needed.
- Students will continue to work with technology to help them become more independent in their learning process.
- Teachers will refer students who struggle consistently.
- Any student who continues to fail will be asked to pursue academic testing outside of Providence to identify any underlying learning difficulties.
- Students will develop the skills to be successful after they graduate from PA.

**Student and Family Responsibility**

Students are responsible for all classwork this is missed due to meeting with Guidance and Support Services during the school day. However, the most appropriate meeting times will be considered in efforts not to interfere with academic instruction.

If Providence Academy requests that a student receive a professional assessment, the parents and students are to comply at their own expense. In situations involving risk to self or others, all recommendations made from the assessment are to be followed by the family. Ultimately, each situation of this nature will be considered on a case-by-case basis acting in the best interest of the student body as a whole. Upon reviewing the Guidance and Support Services policy, and agreeing to abide by the PA handbook, the parent is agreeing to understand the policies in full and is granting permission for their child to receive supportive services as appropriate. If you prefer for your child not to receive these services, please inform Student Services in writing of this preference.

## CAMPUS LIFE

**SCHOOL SCHEDULE**

Arrival
Grades PreK – 5                    7:15 a.m. – 7:45 a.m.
Grades 6 – 12                      7:15 a.m. – 8:10 a.m.

School Hours
Grades PreK – 5th                  7:45 a.m. – 2:45 p.m.
Grades 6 – 12                      8:10 a.m. – 3:10 p.m.

Regular Student Dismissal
Grades Pre-K – 5                   2:45 p.m. – 3:05 p.m.
Grades 6 – 12                      3:10 – 3:40 p.m.

Early Dismissal
Grades Pre-K – 5                   11:20 a.m.
Grades 6 – 12                      11:45 a.m.
(Lunch is not served on early dismissal days)

After School Program:              2:45 p.m. – 5:30 p.m. on regularly scheduled school days.

**PARKING**

Parents and visitors may park in the upper front lot. Faculty and staff park in the side lots. Providence Academy student parking is in the front lower lots. (For the safety of the students, please follow the traffic signs and speed limits.)

**ARRIVAL PROCEDURES**

The following doors will be open for entrance at these times:
**Front Doors**-7:15-8:10 PK, K Must use this entrance. All other grades have the option to use front or back doors to enter.
**Back Doors**- 7:15am-7:45am 1st-12th grade. After 7:45 all students must enter through the front doors. Students are tardy if they arrive to the classroom after 7:45 a.m. (for elementary) and 8:10 a.m. (for middle school and high school). Students who are tardy should check in at the front office before going to class. A tardy slip will be issued by the office that the student will give to the classroom teacher.

Elementary students arriving prior to 7:35 will report to the cafeteria. At 7:35, all elementary students will be released from the cafeteria to report to their homeroom classrooms. Elementary students arriving after 7:35 will report directly to their homeroom classrooms.

Middle School and High School students arriving prior to 7:50 will report to the main gym. At 7:50 all Middle School and High School students will be released to report to their 1st period classes.

Parents may choose to walk their children into the school, but are asked not to linger so that class may begin promptly and so the building is properly secured.

**PRE-K – 5th GRADE DISMISSAL PROCEDURES**

Pre-K/Kindergarten students and their siblings are dismissed at the rear entrance to the building. 1st–

5th grade students are dismissed at the front entrance to the building through carline pickup procedures. *Only in the event of an emergency* may elementary students be checked out through the front office during carline formation and dismissal. If your child needs to be picked up for an appointment prior to carline, please check the students out in the office no later than 2:15 p.m.

Pre-K – 5th grade students remaining after carline dismissal concludes at 3:10 p.m. will be sent to the Student Late Pick-up in the After School program. Persons arriving after 3:10 p.m. to pick up elementary students must park in the front lot and come into the building to sign out students from Student Late Pick-up. Elementary students will be released only to parents, or an adult appointed by the parent. A late fee of $1 per minute per child up to a maximum of $25 per family, will be charged for students remaining after 3:15 p.m.

Faculty and staff students will be picked up by after school workers prior to or at the beginning of elementary carline. Faculty and staff members will be able to sign out / pick up their students from after school in library.

### SIBLING PICKUP
If you have students in multiple programs (elementary, middle, and high school) in order to ease the burden of multiple pickup times, elementary students should be picked up at 3:10pm from carline or their sibling can pick them up out of carline to drive them home.

### MIDDLE SCHOOL AND HIGH SCHOOL DISMISSAL PROCEDURES
Secondary students are dismissed at 3:10 p.m. Students are to go to their lockers to get their belongings and leave the premises in a timely fashion unless they have practice, tutoring, etc. Secondary students remaining on campus at 3:40 p.m. must report to a specific program or the supervised secondary After School program. Fees apply for secondary students who use the After School program. Secondary students remaining after 3:40 p.m. will be sent to the Student Late Pick-up in the After School program. A late fee of $10 for every five minutes, per child up to a maximum of $25 per family, will be charged for students remaining after 3:40 p.m.

### STUDENT EARLY CHECKOUT/RELEASE
It is preferable that doctor's appointments, dental visits, etc., be arranged for after school hours. When this is not possible, the parent or authorized adult picking up their student must go to the office to sign out the student. The office will call the student from the classroom and the student will then report to the office to meet their parents or the parent's designated representative. Parents should not go directly to classrooms to pick up a student. Parents may send a note to their child's teachers informing them that their student will be leaving early; however, the student will not be sent to the office until the parent arrives at school and checks the student out. It is the parent's responsibility to arrive at school 10 minutes early to allow for check out procedures. For example, if the child needs to leave the school by 2:00 p.m., the parent should arrive by 1:50 p.m. to allow for the necessary check out time. Every effort will be made by teachers to have the student sent as quickly as possible to the office when the office calls for the student.

### AFTER-SCHOOL PROGRAM
As a service of convenience to our parents, Providence Academy offers an After-School Program. The program operates from 2:45 p.m. (elementary) and 3:15 p.m. (secondary) and ends at 5:30 p.m. each day. There is no After School on scheduled half-days. Enrollment forms and fee information may be obtained through the office.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 44 of 93
PageID #: 134

## INCLEMENT WEATHER

**SNOW ROUTE PROCEDURES**

In the event of snow, the front entrance will be cleared. This means all drop-offs and pick-ups will be by the front entrance only. Use the lower front parking area to enter circling around to the left and through the front entrance/exit. Then exit to the left.

**SCHOOL CANCELLATIONS AND OPENINGS**

In the event of inclement weather announcements will be made on the school web-site calendar, through our in-house Parent Alert system (text & email), on the PA Facebook page, and on the following stations:

**Radio:** WJCW 910 AM      **Television:**   WJHL (CBS)     Channel 11
         WCQR 88.3 FM

**ANNOUNCEMENT TIMES**

Announcements concerning school cancellations or delayed openings will be made as soon as possible. Every effort will be made to alert the media of school schedules by 6:15 a.m. When possible, the announcement will be made in time for the 11:00 p.m. news the evening before. If there is no announcement, school will be in session.

**EARLY DISMISSAL**

On those days when weather conditions worsen after students have already arrived at school, parents will be alerted concerning early dismissal by text, email, through Parent Alert, and announcements on area radio and television stations.

When school reopens after closing for inclement weather, students not returning will be counted absent. If the parent makes the decision that it is unsafe to drive to school in the morning due to snow, the student will be allowed to come in late without being counted tardy, with a written request signed by the parent.

## ATTENDANCE POLICIES

**YEARLY ATTENDANCE REQUIREMENTS**

To maintain the standard of a classical Christian college preparatory education, PA expects students to be present and on time for school each day. Irregular attendance deprives the student of an opportunity for effective learning. We recognize that situations arise in which missing school is unavoidable.

Elementary: If a student accumulates more than thirty (30) absences during the school year, he or she may not receive credit for the school year (subject to administrative review).

Middle School: If a student accumulates more than thirty (30) absences (fifteen for half-credit courses) during the school year in any one class, he or she may not receive credit for the course (subject to administrative review.)

High School: If a student accumulates more than twenty (20) absences (ten for half-credit courses) during the school year in any one class, he or she may not receive credit for the course (subject to administrative review).

Note: If a student is absent due to suspension, he/she will not be allowed to attend or participate in extracurricular activities before, during or after school hours. This includes off-campus activities as well.

**Additional attendance notes:**
- Every ten unexcused tardies in elementary, five unexcused tardies in middle school and high school results in one absence. Tardies shall be cumulative by grading period.
- Parent/guardians are expected to inform the school of any planned absences.
- The makeup work policy applies to all absences.
- Since the school calendar allows for several vacation opportunities periodically throughout the year, **parent/guardians are encouraged to schedule vacations and doctor's appointments to coincide with** school breaks/in-service days.

## DEFINITION OF ABSENCES
Elementary students must be present for at least half of the school day to be counted present for the day. Middle School and High School students must be in attendance for at least half of the class period to be counted present in a class. Students must be present for at least four hours to participate in extracurricular activities and athletic competitions.

## ATHLETIC AND SCHOOL SPONSORED COMPETITION ABSENCES
Students are not counted absent when they miss class for an athletic competition or school sponsored competition. However, students are responsible for the material missed due to the competition. Missed work is due the next day a student returns to class. If an assignment is pre-assigned and there is a game or competition that day, the assignment is still due and should be submitted to the teacher before the student leaves for the day.

## LONG-TERM ABSENCES
If a student needs to be absent from school for three or more consecutive days, the parents should notify *the principal and the child's teacher(s) in writing* explaining the circumstances. Notification should be made prior to absences, or as soon as possible for emergency situations that may arise as well as for voluntary absences.

## VOLUNTARY ABSENCES FOR FAMILY VACATIONS
<u>Elementary:</u> Canvas allows families to access assignment information for any extended voluntary absence. The students should continue working though routine assignments (math problem sets, reading the next chapters of a novel, etc.) if they are going to be out for more than a few days. Worksheets, workbook pages, class activities, and tests/quizzes will be issued to the students the first day the student returns to class following the vacation, trip, etc.

<u>Middle and High School:</u> Canvas is the primary place that students should look for information on classwork and assignments missed due to absences. Students are responsible for retrieving and completing all assignments given during the absence. The student is also responsible for contacting the teachers to establish a plan to make up any missed tests or quizzes.

## ABSENCES FROM SCHOOL-SPONSORED FIELD TRIPS
Providence Academy desires for all students to participate in our many field trips. However, we recognize that there may be occasions that a student either cannot attend a field trip or elects not to attend a field trip.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 46 of 93
PageID #: 136

Because our field trips are a part of the curriculum, students who elect not to attend will be counted absent from school.

Discover: High school students who do not participate in a trip during Discover must choose an Intensive class and attendance will be taken each day. Students who are not in attendance will be counted absent.

## REPORTING AN ABSENCE AND REQUESTING ASSIGNMENTS DURING ABSENCES

*For elementary and secondary students, upcoming weekly assignments are posted on Canvas, but where additional information about homework is needed the following guidelines apply:

### Elementary

- Parents of elementary students who are absent from school for any reason other than an extended vacation absence may call the school *by 10:00 a.m.* to request make-up work for that day. Textbooks, workbooks, and worksheets needed to complete make-up assignments may be picked up from the shelf to the left of the gym doors on that day or may be sent home with a sibling or other student as specified by the parent. *Make-up work assignments may not be able to be compiled for requests that are received after 10:00 a.m. due to the teacher's schedule.*

### Middle School and High School

- Parents need to call the office by 8:30 a.m. each day a student is absent and report the reason for the absence. (For safety reasons, this is especially important for those students who drive themselves to school.) Voicemail is available for parents calling outside normal office hours. Homework assignments can be viewed via Canvas. It is the student's responsibility to contact teachers when more detail or information is needed (in addition to what is listed/provided in Canvas). Parents (or a sibling) can retrieve books from the student's locker at the end of the school day.

## SNOW DAY ABSENCES

If it is determined that school should reopen after closing for inclement weather, students not returning will be counted as absent. If the parent makes the decision that it is unsafe to drive to school in the morning due to weather conditions, the student will be allowed to come in late without being counted tardy.

## COLLEGE VISIT ABSENCES

High school students are encouraged to use the school breaks built into PA's schedule for making college visits. However, a college visit, interview, or audition that does not accommodate our school schedule will be an excused absence.

## TARDINESS

All morning tardies to first period, other than ones due to major traffic problems, car trouble, or doctor/dental appointments, will be counted as an unexcused tardy.

- **Elementary**
  School begins at 7:45 a.m. Students are tardy if they are not in the classroom by 7:45 a.m. Ten unexcused tardies within a grading period equals one day of absence recorded on the report card. Ten tardies within a grading period will necessitate communication with the principal. If tardiness exceeds ten days within a grading period, the student's conduct grade may be dropped a letter grade for that grading period.

- **Middle School and High School**

  School begins at 8:10 a.m. Students are tardy to school if they are not in the classroom by 8:10 a.m. Five unexcused tardies for middle school and high school, within a semester equals one absence. For Example: Middle School-five unexcused tardies in 3rd period, equals and absence in 3rd period. High School-five unexcused tardies in C block in one grading period, equals an absence in C block. In addition, students are tardy to individual classes if they are not inside the classroom by the time the bell rings. Because tardiness is disruptive to the learning environment, it is very important for students to make a consistent effort to get to school and to class on time. Tardies are recorded in FACTS by the classroom teacher. Disciplinary action for tardies is handled by the Deans of Students and is based upon the number of tardies during each semester.

  Discipline for unexcused tardiness is as follows:
  - 1-4 tardies: teacher/classroom consequences
  - 5 tardies: converted to one absence and one demerit
  - 6-7 tardies: teacher/classroom consequences
  - 8 tardies: 1 demerit
  - 10 tardies: converted to second absence and 1 demerit

  Note: Tardies reset at the beginning of the spring semester.

## HOMEBOUND STUDENTS

Providence Academy recognizes that there are illnesses or medical situations that may require a student to miss school for an extended period of time. The school will work with families to help them through a period of extended absence.

- **How Does a Student Qualify For Homebound Instruction?**

  Any student with a physical or health impairment which, in the opinion of a health care professional, will cause an absence from school **for more than two consecutive weeks** can qualify for homebound instruction if approved by the appropriate program principal.

- **What is the Application Process?**
  1. Obtain a **Certification for Need for Homebound Instruction** from the appropriate program principal.
  2. Take the request form to the attending physician for completion and signature.
  3. Return the fully completed form.
  4. After the homebound request form has been received, it will be reviewed for approval.
  5. The approval process may require additional information from parents or physicians. A meeting between parents and school personnel may be required prior to approval. If approved, the program principal will serve as the coordinator for student assignments.
  6. A student may be approved for homebound status for a period of 30 days. After 30 days, the school requires that a new Certification for Need for Homebound Instruction be completed by the attending physician for an additional 30 days of Homebound Status. **Providence Academy's Homebound Status is limited to 60 days.**

- **What is the Impact on the Overall Educational Experience?**

Teachers will focus on the core objectives for the course. Some elements of learning will be different because of the differences between an interactive learning classroom and the home setting. Every effort will be made to keep students "on track" with assignments and grades.

- **What is the Impact on Attendance?**
  Homebound students will be counted **present** for the school days declared by the attending physician. Any days absent outside of the physician's declared time frame will count as absences.

## IN-SCHOOL SUSPENSION POLICY AND ABSENCES

The Middle School and High School program do not experience a significant number of incidents that warrant an out-of-school suspension (OSS). Only in extreme cases (fighting, language, drug use, bullying, etc.) or for repeat offenses of insubordination would a student be given OSS.

More common to Middle School and High School is a steady stream of repeat offenses of a lesser nature. In the past we have administered detentions, either before school or during lunch, to discipline students. There comes a point, though, when detentions do not adequately deter future violations. At the same time, there are also times when OSS would be too extreme of a discipline measure for the student in question.

In-School Suspension (ISS) is that intermediate stage of disciplinary intervention. The following lays out how ISS functions at Providence Academy and what parents need to know should their child receive ISS.

- If a student is assigned in-school suspension, he/she will do all assignments for the day in ISS.

- All homework assignments completed that day and/or that evening will receive a maximum of 80% credit (High School Only).

- The student will be allowed to make up any quizzes or tests missed while serving ISS for High School.

- Quizzes and Tests scheduled for the day in Middle School will be given during ISS.

- Depending on the scenario, student need, and parental counsel, students assigned ISS may be given physical work to do around the school.

- Student-athletes who are assigned ISS will be ineligible to play in the **next** athletic game (for instance, if ISS is served on Monday and the next game is not until Thursday, that student may not participate on Thursday).

Administration (Principals and/or Deans of Students) may assign a student up to 5 cumulative in-school suspensions (ISS) before a student receives an out-of-school suspension (OSS) and the subsequent consequences that accompany it.

Students serving ISS will not be counted absent. An elementary student who has an OSS will be counted absent and will receive a grade of "F" for any graded assignment due on the day(s) of the suspension. In Middle School and High School, a student who has an OSS will be counted absent from school and will have one point deducted, from the nine-week average for each day of the suspension, in each class that is missed (at the discretion of Administration).

the opportunity for enhanced and expanded learning experiences, in select courses. Any student registering for an advanced course is assumed to understand that ***participation in such a course requires additional work and more responsibility/reading than is required in the standard course.*** If a student does not meet the recommended pre-requisite for a course, a meeting must be scheduled with the high school principal to determine the best option.

**Students may make <u>any</u> drop/add requests *only* through the end of the second week of school.** Other course changes made on a case-by-case basis with Principal approval and schedule availability.

Note: Students with an 88 or below in an honors course at the end of the first quarter may be advised to switch.

| English Courses | Grade | Pre-Requisite |
|---|---|---|
| Honors English 9 | 9 | 91 or above in English 8 **and** teacher recommendation |
| Honors English 10 | 10 | 91 or above in Honors English 9 |
| | | 93 or above in English 9 **and** teacher recommendation |
| AP Literature (23-24) | 12 | 91 or above in DE Rhetoric I and English 11 |
| | | 93 or above in Rhetoric I and English 11 |
| | | |
| **Rhetoric Courses** | **Grade** | **Pre-Requisite** |
| Honors/DE Rhetoric I *(DE in spring)* | 11 | 91 or above in H. English 10 **or** 93 or above in English 10 and teacher rec |
| | | Overall attendance and Q1 course grade will also be considered |
| Honors Rhetoric II | 12 | 91 or above in DE Rhetoric I |
| | | 93 or above in Rhetoric I **and** teacher recommendation |
| | | |
| **Science Courses** | **Grade** | **Pre-Requisite** |
| Honors Biology | 9 | 91 or above in prior 7th Science, 8th English/Math courses **and** teacher recommendation. ***Strongly Suggested*** as pre-requisite for DE Biology (12) |
| Honors Chemistry | 10/11 | 91 or above in Honors Biology **and** 91 or above in Algebra I |
| | | 93 or above in CP Biology *or* Physical Science **and** 91 or above in Algebra I |
| Honors Physics | 11/12 | Successful completion of Algebra II and Chemistry |
| | | *Phil. Of Science required |
| Anatomy & Physiology | 11/12 | 91 or better in Biology and Chemistry **or** teacher recommendation |
| DE Biology *(DE in fall and spring for a total of 8 credit hours)* | 12 | 91 or better in previous high school science and math courses **or** teacher recommendation. Completion of **Honors** Biology and **Honors** Chemistry are encouraged, but not required; *Phil. Of Science required |
| | | |
| **History Courses** | **Grade** | **Pre-Requisite** |
| Honors World History I | 9 | 93 or above in 8th grade History |
| Honors World History II | 10 | 93 or above in Honors World History I |
| | | 93 or above in World History I Survey **and** teacher recommendation |
| AP US History | 11 | 93 or above in Honors World History II |
| | | 93 or above in World History II Survey **and** teacher recommendation |
| AP European History | 11/12 | 93 or above in previous honors history course |
| | | 93 or above in previous regular history **and** teacher recommendation |
| Honors US Gov't and Econ | 12 | 93 or above in AP US History |
| | | 93 or above in US History **and** teacher recommendation |

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 50 of 93
PageID #: 140

| Latin Courses | Grade | Pre-Requisite |
|---|---|---|
| Honors Latin I | 9 | 91 or above in 8th grade Latin **or** teacher recommendation |
| Honors Latin II | 10 | 91 or above in Honors Latin I **or** teacher recommendation |
| | | 93 or above in Latin I **and** teacher recommendation |
| Honors Latin III | 11/12 | 91 or above in Honors Latin II |
| AP Latin | 11/12 | 91 or above in Honors Latin III (if entering as a senior) |
| | | 93 or above in Honors Latin II **and** teacher recommendation (as junior) |
| **Math Courses** | **Grade** | **Pre-Requisite** |
| Honors Pre-Calculus *(DE option in the spring)* | 12 | 93 or above in Algebra II; Optional Pre-Calculus II (MATH 1720) DE in spring semester with **25 or better on ACT Math section** |
| Probability and Statistics *(DE option in the spring)* | 12 | *Optional spring DE requirement*: 93 or above Q1 of Probability and Statistics and **22 or better on ACT Math section** |
| **Honors Math Track** | 8 | *Must take Honors Algebra I in 8th **and** one math course **each** year of H.S.* |
| *Honors Algebra II* | 9 | *91 or above in Honors Algebra I* |
| *Honors Geometry* | 10 | *91 or above in Honors Algebra II* |
| *Honors Pre-Calculus (DE option in the spring)* | 11 | *91 or above in Honors Geometry; Optional Pre-Calculus II (MATH 1720) DE in spring semester with **25 or better on ACT Math section*** |
| *Advanced Math – offered only if eligible students* | 11 | *For students successfully <u>completing</u> Honors Algebra II (9) or Honors Geometry (10) but not qualifying for Honors Pre-Calculus* |
| *Honors Calculus (DE option in the spring)* | 12 | *91 or above in Honors Pre-Calculus OR 93 or above in Advanced Math Optional Calculus I (MATH 1910) DE in spring semester with **27 or better on ACT Math section or Pre-Calc II DE completion*** |

### Other Courses with Pre-Requisites

| Course | Grade | Pre-Requisite |
|---|---|---|
| Art Set Design | 9-12 | Previous art course with Milburn (even 8th grade) see her for approval |
| HS Orchestra/Percussion | 9-12 | Must have prior experience to register |
| Intermediate Drama | 10-12 | Intro to Drama credit and Audition required – see Mrs. Burns |
| Choral Ensemble or Chapel Band | 10-12 | Must see Mrs. Burns for course information. Audition and student contract required. |
| Yearbook (Graphic Arts) | 10-12 | Must complete application/contract and receive approval prior to selection |
| Audio/Visual Production | 10-12 | See Coach Burns for criteria and approval prior to selection |
| Advanced Art | 11/12 | Must have completed both Introduction and Intermediate Art. Must see Mrs. Milburn for criteria and approval prior to selection |
| Philosophy of Science | 11-12 | ***Mandatory** course with DE Biology and Honors Physics* |
| Dual Enrollment | 11/12 | 3.0 or better UGPA and meet criteria for college acceptance |
| Peer Tutor (varies) | 11/12 | 3.0 or better UGPA **and** be approved by application |
| Various School Aides | 11/12 | Offered to available students during study halls – determined in the fall |

**Honors/AP additional numeric and quality points:**

a. An <u>Honors</u> course will receive one-half (0.5) quality point added to the numerical quality point value corresponding to the letter grade received for the course (ex: B = 3.5), in

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 51 of 93
PageID #: 141

addition to the 3 numeric points that are already added to each quarterly grade and exam grade.

  b. An <u>AP</u> course will receive one (1) quality point added to the numerical quality point value corresponding to the letter grade received for the course (ex B = 4.0), in addition to the 5 numeric points that are already added to each quarterly grade and exam grade.

  c. A <u>DE</u> elective course will receive one (1) quality point added to the numerical quality point value just as an AP course for placement on a PA transcript. 4 numeric points will be added to the college numeric grade for placement on the PA transcript.

***Important Note***: GPA's that are reported to the Tennessee Student Assistance Corporation (TSAC) for HOPE/GAM scholarship purposes must be reported as un-weighted (meaning that the extra quality points are not added to honors and AP/DE courses). *Both un-weighted and weighted GPA's are included on the high school transcript.*

## LATIN AT PROVIDENCE ACADEMY (Grades 3-12)

*"I will say at once, quite firmly, that the best grounding for education is the Latin grammar. I say this not because Latin is traditional and medieval, but simply because even a rudimentary knowledge of Latin cuts down the labor and pains of learning almost any other subject by at least 50 percent." –Dorothy L. Sayers*

Considering the sheer number of years and amount of quality schools wherein the teaching of Latin was an integral part of any good academic training, the instruction of Latin at Providence Academy should need no explanation or defense. However, like many traditional particulars of good education lost in the name of modern or progressive education, Latin's advantages have been neglected and forgotten by recent generations. Latin was taught even in American high schools as late as the 1940's. It was considered necessary to a fundamental understanding of English, the history and writings of Western Civilization, and the understanding of Romance languages.

*Providence Academy* teaches Latin for the following reasons:

  ▪ Latin is not a dead language, but rather a language that lives on in almost all major western languages, including English. Instruction in Latin not only gives the student a better understanding of the roots of English vocabulary but also lays the foundation for learning other Romance languages, such as French, Spanish, Italian, Romanian, and Portuguese.

  ▪ Learning the grammar of Latin reinforces the student's understanding of the reasons for, and the use of, the parts of speech being taught in our traditional Grammar class work.

  ▪ Latin is a language which requires attention to detail. Therefore, instruction in Latin will train a mind with a discipline toward detail which will better prepare the students for advanced subjects later in their education.

## SECONDARY MATH PLACEMENT GUIDELINES (Grades 8-12)

After completion of 7th grade math, students will receive a recommendation to complete either the college prep or honors options in math. This recommendation based on 7th grade math class performance and standardized test scores. The following is the sequence of study for 8th through 12th grade:

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 52 of 93
PageID #: 142

| Grade | College Prep | Honors |
|---|---|---|
| 8 | Pre-Algebra | Honors Algebra I |
| 9 | Algebra I | Honors Algebra II |
| 10 | Geometry | Honors Geometry |
| 11 | Algebra II | Honors Pre-Calculus |
| 12 | Pre-Calculus or Probability/Statistics | AP Calculus |

- Students must maintain a 91 or better to remain in honors math.

- Students who successfully complete Honors Algebra I in 8th grade will receive credit for the course, but the grade/credit will not count towards the high school UGPA/GPA or required credits to graduate. Students must take one math course each year of high school in grades 9-12.

- Students who transfer from honors math to standard math after 8th grade will enroll in Algebra I in 9th grade. They do not receive high school credit for the 8th grade Honors Algebra I course.

- Students who transfer from honors math to standard math after 9th grade have two choices when continuing math through high school: 1) The student will not receive credit for Honors Algebra II and will repeat Algebra II in the 11th grade (9th grade math credit will show Honors Algebra I). 2) Student will retain credit for 9th grade Honors Algebra II and in 11th grade take Advanced Math. Students making a 93 or better in Advanced Math may choose to take AP Calculus in 12th grade. Otherwise, students will be placed in Probability and Statistics for 12th grade.

## ELEMENTARY GRADING AND HONORS GUIDELINES

### GRADING GUIDELINES
Grade level assessment is made in the areas of academics and conduct for all elementary students each grading period. Grades are based on various types of assignments such as tests, quizzes, homework, classwork, book reports, compositions, presentations, research, projects, class participation, etc. Grades for projects may count as test grades. No single assignment should be worth more than 25% of the students' total grade for any one grading period.

### MIDTERM NOTICES
To ensure complete understanding and communication, midterm notices are issued during each grading period for students in grades 1 – 5, who have an average of "C" or below in any subject area. Midterm notices will be issued by the individual classroom teachers when necessary.

### PROGRESS REPORTS
Halfway through each grading period, a progress report will be emailed to each family of students in 1 - 5. Progress reports are emailed to families on the Wednesday after midterm.

### REPORT CARDS

Report cards are issued at the end of each grading period for all elementary students in grades K - 5.  The report cards contain grades for academic achievement and for conduct.   A check list of objective mastery is used for assessment at the kindergarten level only.

**ELEMENTARY GRADE SCALE**

| | | | | | |
|---|---|---|---|---|---|
| A+ | = | 100 – 98 | S+ | = | Excellent |
| A | = | 97 - 93 | S | = | Satisfactory |
| A- | = | 92 - 90 | S- | = | Needs Improvement |
| B+ | = | 89 - 87 | U | = | Unsatisfactory |
| B | = | 86 - 83 | | | |
| B- | = | 82 – 80 | P | = | Pass |
| C+ | = | 79 – 77 | F | = | Fail |
| C | = | 76 – 73 | | | |
| C- | = | 72 – 70 | **Conduct** | | |
| F | = | 69 or below | K and 1 | = | S+, S, S-, U |
| | | | Grades 2 – 5 | = | A, A-, B, B-, C, F |

**HONORS AND ACCOMPLISHMENTS**

- **Honor Roll**

| Honor Roll (Grades 4 – 5) | | |
|---|---|---|
| Accomplishment | Honor | Award Given |
| All A's in all subjects, including Conduct, during the grading period | A Honor Roll | Placement on the A Honor Roll (for the grading period) |
| All A's and no more than two B's, including Conduct, during the grading period | A/B Honor Roll | Placement on the A/B Honor Roll( for the grading period) |
| An A in all subjects, including Conduct for the yearly average | A Honor Roll for the Year | Certificate issued and recognition given at the Awards Assembly in May |
| No more than two B's and the remainder A's for the yearly average, including Conduct | A/B Honor Roll for the Year | Certificate issued and recognition given at the Awards Assembly in May |

- **PA Knight Award (Grades 1 – 5)**
  One boy and one girl from each class will be selected within each PA Knight category.  Selected students display consistent, observable respectful behavior towards all.  Students are only able to receive this award once within each PA Knight Category.

| Grades 1 & 2 | Paige Award | Certificates are issued and recognition |
|---|---|---|
| Grades 3 & 4 | Squire Award | given as a member of the Providence |

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 54 of 93
PageID #: 144

| Grades 5 | Knight Award | Academy Knights at the Awards Assembly in May |
|---|---|---|

## ACADEMIC PROBATION GRADES 3-5

The academic probation policy is intended to motivate students toward doing their best academically. It also gives notice to the parents and student that a serious academic problem exists. This early notice will enable both school and home to work together toward improving the student's academic progress.

Academic probation will be implemented as follows:

- If a student falls below a "C" average in any grading period, he/she will be placed on academic probation.

- The student's parents will receive a written notice of academic probation status.

- A conference will be held with the parents to give an explanation of the probation and develop a plan of action for improvement.

- The principal academic progress of the student will be closely monitored during the subsequent grading period.

- A student who improves to a "C" average in the subsequent grading period will be removed from academic probation.

- A student who remains below a "C" average and/or receives "F's" in the subsequent grading period will be subject to expulsion, at the discretion of the administration.

- Following removal or withdrawal for academic reasons, a student may re-apply for enrollment at the beginning of the next school year.

## STUDENT PROMOTION

To be promoted to the next successive grade, a student must:

- Pass Reading, Math and Grammar with a minimum of a 70% (C) yearly average at their current grade level.

- Show academic maturity in all areas by not having frequent failing grades in multiple subjects.

Final determination regarding student promotion will be at the discretion of the elementary principal (with the chief goal to do what is ultimately in the best interest of the student), the parents, and the teachers.

## TRANSFER STUDENTS (GRADES 2-5)

Students transferring into elementary grades 2 – 5 may be exempt from grading in the following specific subjects for a minimum of three weeks to ensure adequate integration by the student into these subject areas:

| | |
|---|---|
| Latin | Grades 3– 5 |
| Cursive Penmanship | Grades 2 - 3 |

The minimum exemption period of three weeks may be extended if deemed necessary *by the teacher* in order for adequate transition of the student to take place.

During the three-week transitional period, grades may be taken and incorporated into a final grading period average if deemed beneficial to the student *by the teacher.*

## SUBJECTS AND GRADE SCALE USED

- **Kindergarten:** In Kindergarten an assessment of skill mastery will be checked each grading period in all academic areas. The student's report card will list specific skills that should be mastered by the end of the school year in each subject area during each grading period. A check mark (P) denotes progressing and (M) denotes mastery in: Bible, Phonics, Reading, Math, Handwriting, History and Science.

- **1st Grade:**
  Grade Scale: S+. S, S-, U
  Subjects: Bible, Reading, Spelling/Phonics, Math, Grammar, Handwriting, History, Science/Health

- **2nd Grade:**
  Grade Scale: *A, B, C, F*
  Subjects: Bible, Reading/Literature, Phonics, Spelling Math, Grammar

  Grade Scale: S+. S, S-, U
  Subjects: History, Science/Health, Handwriting

- **3rd Grade:**
  Grade Scale: A, B, C, F
  Subjects: Bible, Reading/Literature, Spelling, Math, Grammar, History, Science/Health

  Grade Scale: S+, S, S-, U
  Subjects: Keyboarding, Penmanship

  Grade Scale: P, F
  Subjects: Latin

- **4th Grade:**
  Grade Scale: A, B, C, F
  Subjects: Bible, Reading/Literature, Spelling, Math, Grammar, History, Science / Health

  Grade Scale: S+, S, S-, U:
  Subjects: Latin

- **5th Grade:**
  Grade Scale: A, B, C, F:
  Subjects: Bible, Reading/Literature, Spelling, Math, Grammar, History/Geography, Science / Health

  Grade Scale: S+, S, S-, U
  Subjects: Latin

- **Art, Music, PE:**
  Grade Scale: S+, S, S-, U

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 56 of 93
PageID #: 146

# MIDDLE SCHOOL AND HIGH SCHOOL GRADING, GPA AND HONORS GUIDELINES

## MIDDLE SCHOOL AND HIGH SCHOOL GRADING GUIDELINES

Middle school and high school grades are based on various types of assignments such as tests, quizzes, homework, classwork, book reports, compositions, presentations, research, projects, class participation, etc. Grades for projects may count as test grades. In most instances, no single assignment should be worth more than 20% of the students' total grade for any one grading period (exceptions to this will be outlined in the course syllabus). Parents receive evaluation of their child's academic accomplishment through midterm reports and report cards every nine weeks, and based on the uniform grading system which is listed below.

## MIDTERM NOTICES

To ensure complete understanding and communication, midterm notices are sent to parents of students in grades 6-12 whose grade is 70% or below in any given subject. Midterm notices will be issued by the individual classroom teachers when necessary.

## PROGRESS REPORTS

Halfway through each grading period, a progress report will be emailed to each family of students in grades 6 - 12. Progress reports are emailed to families on the Wednesday after midterm.

## REPORT CARDS

Numeric grades are used for most Middle School and High School courses to indicate the level of performance in each course (see course syllabi for course specific grading criteria). Report cards are issued at the end of each nine weeks grading period.

## GRADING SCALE

| Uniform Grading System – *Weighting for Advanced Coursework* | | | | | |
|-------|------|-----|------------------|---------------------------|----------------------|
| Grade | Percentage Range | | Honors Courses | Dual Enrollment Courses | Advanced Placement |
| A | 90 | 100 | Shall include the addition of 3 **percentage points** to the grades used to calculate the semester average | Shall include the addition of 4 percentage points to the grades used to calculate the semester average. | Shall include the addition of 5 percentage points to the grades used to calculate the semester average. |
| B | 80 | 89 | | | |
| C | 70 | 79 | | | |
| F | 0 | 69 | | | |

Note: If a course is repeated, the two grades received for the course are averaged together for one course grade. Grades received prior to 2022-2023 school year will remain on the previous grading scale. This is noted on our school profile sheet that is submitted with the high school transcript.

Students transferring into Providence Academy with a D earned in a previous course will be entered as a D with a 1.0 weight.

Students who fail a course for the year at PA will be required to complete a credit recovery course, with an outside approved credit recovery program, during the summer. That grade will be averaged with the failing grade for the final grade to be listed on the transcript.

## ALTERNATE CREDIT FOR HIGH SCHOOL PHYSICAL EDUCATION

Students completing one full season on a Providence Academy high school athletic team will receive a 0.5 credit of the state required Physical Education requirement, on their transcript. This will not be calculated in the overall GPA. The Athletic Department will provide a list of eligible students to the College and Career Advisor at the end of each school year.

## HIGH SCHOOL SEMESTER EXAM EXEMPTION POLICY

**For Seniors and Juniors**
A senior or junior meeting the exemption requirements listed below for a semester may exempt 1 (one) semester exam of his/her choice in the fall and/or spring semester.

Seniors and Juniors are allowed 2 college visit days each semester (four per year) which will count as school sponsored absences. Teachers must be made aware of these trips in advance, and the student should provide documentation of the visit to the College and Career Advisor.

**For Sophomores and Freshmen**
A sophomore or freshman meeting the exemption requirements listed below for a semester may exempt 1 (one) semester exam of his/her choice in the fall and/or spring semester.

**Requirements for a student exemption from a semester exam in a course are as follows:**
1. The student earns an A average in a class (for the semester) and
   a. he/she has no more than 3 absences in that class for the semester (including any absences from converted tardies)
   b. no disciplinary issue entailing an office visit (per the Deans)

2. The student earns a B average (for the semester) in a class and
   a. he/she has no more than 2 absences in that class for the semester (including any absences from tardy conversions)
   b. no serious disciplinary issue entailing an office visit (per the Deans)

**What constitutes an absence?**
Any absence other than school sponsored field trips, school academic/fine arts trips, or school athletic trips count in the absence number. Also, funeral services for immediate family members (father, mother, siblings) do not count as an absence. Five (5) unexcused tardies to a class = 1 absence.

**Exemption from an exam is a privilege, not a right.** When a student meets the requirement for an exemption, he/she must still attend review days for those exams. If not, those absences will count in the total allowed days and could cause loss of the exemption.

Note: The Exam Exemption Policy does not apply to 8th graders taking Honors Algebra I. A teacher in any upper-level classes may (at their discretion and with principal approval) exclude their exam from exemption,

requiring all students to take the exam. This will be clearly communicated to students by the classroom teacher.

## GPA AND CLASS RANK

Grades on the report cards issued at the end of each grading period do not reflect a student's cumulative grade point average (GPA). At the end of the school year all completed courses and the final grade for each course is used to calculate the student's GPA. The courses title and the final grade for each course are then recorded on the student's high school transcript at the completion of each academic year. Full credit high school courses taken in middle school (Honors Algebra I and Latin I **only**) will be noted on the high school transcript but will not be calculated into the cumulative UGPA/GPA or credits required for graduation. Those students must take the required 4 years of additional math credits and 2 years of Latin credit in high school to meet graduation requirements.

## VALEDICTORIAN AND SALUTATORIAN

PA does not assign class rankings except for the purpose of determining the Valedictorian and Salutatorian. To be eligible for either Valedictorian or Salutatorian, a student must be a student at Providence Academy for both the junior and senior years and be a member of PA's National Honor Society. Valedictorian and Salutatorian are determined by placing the highest student cumulative GPAs on a graduated scale that takes into account the actual final number scores (not just the earned quality points) for classes taken from 9th grade through the third nine weeks of the senior year. Three persons have oversight of the system and its application: the high school principal, the college and career advisor, and the math department chairperson.

## ADVANCED PLACEMENT (AP) COURSES

The College Board's Advanced Placement (AP) Program provides an opportunity for high school students to experience postsecondary-level coursework across multiple subjects. Each course is aligned to a subject-specific AP exam, which provides students the potential to each credit for postsecondary coursework in that subject. Upon passing the AP exam with a score of 3, 4, or 5, the score is recorded on the student's transcript. PA offers AP courses to students in grades 11 and 12. These courses are more challenging than regular courses (and do not fall under updated homework guidelines).

Students in excellent academic standing may elect to take AP courses at the discretion of, and with permission from, the teacher and principal.

Students in AP courses will have 5 points added to each nine weeks grade for course and to the semester and final exam in the course. In addition, 0.50 quality points shall be added to the numerical quality point value corresponding to the final letter grade received in the course.

*A final grade below 70 in any AP course will not receive extra points.

Important Grading Policy change per the state of TN beginning with the 2018-2019 Freshman Class (Graduating Class of 2022):

- The State of TN Department of Education has adopted the following policy changes for purposes of student application for postsecondary financial assistance shall assign additional quality points for the completion of honors and early postsecondary courses, including, but not limited to, national industry certification, statewide dual credit, Advanced Placement (AP), Cambridge, International Baccalaureate (IB), and dual enrollment courses as follows (beginning with the 2018-2019 school year freshman class):

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 59 of 93
PageID #: 149

(a) One-half (1/2) quality point shall be added to the numerical quality point value corresponding to the letter grade received for the course in an honors course.

(b) One (1) quality point shall be added to the numerical quality point value corresponding to the letter grade received in early postsecondary courses.

GPA's that are reported to the Tennessee Student Assistance Corporation (TSAC) for HOPE/GAM scholarship purposes must be reported as un-weighted (meaning that the extra quality points are not added to honors and AP/DE courses.) Both un-weighted and weighted GPAs are included on the high school transcript.

## DUAL ENROLLMENT

Junior and senior students who qualify may enroll <u>online</u> at any TN postsecondary institution of their choosing. Seniors, in good standing, may choose to dual enroll <u>on-campus</u> at ETSU, Northeast State or Milligan after lunch if they do not have any afternoon elective class.

- Student must complete all required courses for graduation on site at Providence Academy. Only elective courses may be taken for concurrent dual enrollment.

- Student must have completed the sophomore year and meet the pre-requisite of an overall GPA of 3.0 or higher or a 21 or better on the ACT. The only exception to this is offered by Northeast State, in which the student must receive individual approval from both PA and the NE State Dual Enrollment office prior to applying.

- Student must complete the Dual Enrollment Checklist provided by the College and Career Advisor prior to the courses beginning. This includes completing the current year Dual Enrollment Grant application within the student's Tennessee Student Assistance Corporation (TSAC) account.

- Dual enrollment classes taken over the summer will be noted on a student's PA transcript. The grade received for the course will not be calculated with the PA grade point average.

- Dual enrollment courses taken during the school year will be counted on the PA transcript as a 0.5 elective credit for a 3-credit course and 1 elective credit for a 4-credit college course with the addition of four extra points added to the final numeric grade.

## HONORS AND AWARDS

Providence Academy maintains a system of formal honors and awards for several reasons. The recognition of good work is endorsed in the Scriptures, from the writings of Solomon in Proverbs to those of Paul in Romans, Ephesians, I Timothy, etc. Therefore, the school seeks to recognize publicly those students accomplishing the necessary prerequisites to receive the applicable award/honor. The school seeks to encourage the motivation to good work among all students by demonstrating to them that such work is not overlooked or taken for granted, but rather is noticed and commended.

| Honor Roll | | |
|---|---|---|
| Accomplishment | Honor | Award Given |
| End of Year UGPA of 4.00 | Summa Cum Laude | Awards list published after Q4 grades are issued. |
| End of Year UGPA of 3.75 - 3.99 | Cum Laude | |

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 60 of 93
PageID #: 150

| OTHER AWARDS | |
|---|---|
| Academic, Leadership, Department, Service | Plaques will be awarded at the Awards Assembly in May and names will be published on the Awards list at the end of Q4. |

### Honors Graduation Requirements

| PA Graduate of Distinction | State Graduate of Distinction | TN Scholar |
|---|---|---|
| Must have a 3.75 or higher UGPA **and** complete **ALL** of the following: | Must have a 3.0 or higher UGPA **AND** complete **one** of the following: | Must meet **ALL** requirements listed: |
| 1. Attain a score of 29/1330 or higher ACT/SAT <u>composite</u> score (not super score) | 1. Earn a national (ex. Workkeys) or TN recognized industry certification | 1. Maintain a **C** or above average in all classes. |
| 2. Complete a minimum of 26 credit hours upon graduation | 2. Participate in one of the state's All State musical organizations | 2. No Out of School Suspension |
| 3. A score of three (3) or higher on 3 AP exams **OR** a combination of 5 or more Honors/AP courses | 3. Earn state recognition or award at a skill- or knowledge-based (not athletic) state tournament, convention or competition hosted by a statewide student organization, and/or qualify for national recognition by a national student organization (ex: National Latin Exam) | 3. 95% attendance for 4 years (No more than 36 total days missed in 4 years) |
| 4. Perform 80 hours or more volunteer service hours to help your community. These hours must be done before or after school and cannot be counted as a grade or for pay. Mission trips can be counted as 8 hours per day you work (maximum 40 hrs. per trip). | 4. Be selected as a National Merit Finalist or Semi-Finalist | 4. Perform 80 hours or more volunteer service hours <u>to help your community.</u> These hours must be done before or after school and cannot be counted as a grade or for pay. Mission trips can be counted as 8 hours per day you work (maximum 40 hrs. per trip). |
| **Note:** *Recommended* for minimum service **per year:**<br>➢ 10 hours community<br>➢ 5 hours to school<br>➢ 5 hours to church | 5. Attain a score of 31/1390 or higher ACT/SAT <u>composite</u> score (not super score) | |
| 5. No School Suspensions | 6. Attain a score of 3 or higher <u>on at least 2</u> AP exam | |
| | 7. Earn 12 or more semester hours of postsecondary credit | |

## ACADEMIC PROBATION POLICY (GRADES 6 – 12)

*"Do your best to present yourself to God as one approved, a worker who has no need to be ashamed, rightly handling the word of truth."* 2 Timothy 2:15

The academic probation policy is intended to motivate our students toward doing their best academically. It also gives notice to the parents and student that a serious academic problem exists. This early notice

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 61 of 93
PageID #: 151

will enable both school and home to work together toward improving the student's academic progress. Academic probation will be implemented as follows:

1. If a High School student falls below a 2.0 GPA in any grading period, he/she will be placed on academic probation. In addition, if a Middle School or High School student receives an "F" in a subject in any grading period, he/she will be placed on academic probation.

2. The student's parents will receive a written notice of academic probation status.

3. A conference (phone or face to face) will be held with the parents to give an explanation of the probation and to develop a "plan of action" for improvement.

4. The principal and teacher(s) will monitor the academic progress of the student during the subsequent grading period.

5. A High School student who improves to above a 2.0 GPA and a Middle School student who doesn't receive any Fs in the subsequent grading period will be removed from academic probation.

6. A student who remains below a 2.0 GPA and/or receives "F's" in the subsequent grading period may be subject to expulsion, at the discretion of the school administration.

7. Following removal or withdrawal for academic reasons, a student may re-apply for enrollment at the beginning of the next school year.

If the principal determines that, because of various circumstances, academic probation would be counterproductive to the objective of improving the student's grades, an exception will be allowed. In this case, a written record explaining this decision will be signed by the principal and placed in the student's file.

## STUDENT PROMOTION – MIDDLE SCHOOL

To be promoted to the next successive grade, current students must:

- Pass Math and English with at least a 70% average. Tutoring will be recommended for students who do not show mastery of key concepts in these subject areas. Additionally, the school may recommend that a student repeat the grade or complete a credit recovery course with the goal of seeing that the student is successful in future grades.

- Show academic maturity in all areas by not having frequent failing grades in multiple subjects.

- Students who fail a core course must complete a credit recovery course before promotion to the next grade level.

## STUDENT PROMOTION – HIGH SCHOOL

- **New students** enrolling in Providence Academy must have earned the number of credits needed to be accepted into the next successive grade level.

- **Current Students** may progress to the next successive grade level based upon earning the minimum number of credits they have earned. These credits are as follows:

| Freshman to Sophomore | 6 | Junior to Senior | 18 |
| Sophomore to Junior | 12 | Senior to Graduate | 24 |

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 62 of 93
PageID #: 152

## STUDENTS WHO FAIL A COURSE

If a high school student fails a required course, credit for the course must be recovered or the course repeated for a passing grade. Arrangements as to how and when the recovery course must be completed will be decided between the Providence Academy administration and the parents of the student. The grade from the failed course and the grade from the recovery or repeated course will be averaged for a final grade (70% passing). A note will appear on the student's high school transcript explaining the course was repeated.

## FINAL TRANSCRIPT

Final high school transcripts will be sent to colleges one week after graduation.

## HIGH SCHOOL TRANSFER STUDENT COURSE PLACEMENT

Entering freshmen who received high school credit in 8th grade for Algebra I will be considered for Honors Algebra II placement based on their final numeric grade in Algebra I (A/91 or better) and will also be asked to take our end of course Honors Algebra I exam. The Honors Algebra II instructor will reach out to parents regarding their course path recommendation. Per Tennessee State Standards, no other high school credits will be awarded for middle school courses. If the student received a numeric grade lower than 91, he/she may be asked to complete an Algebra I review course before the start of school (typically scheduled at the end of July).

Students transferring in grades 10-12 are required to submit a high school transcript upon application. The transcript will be reviewed by the College and Career Advisor to determine courses required to meet PA graduation requirements. Transfer students must meet the requirements set forth by the State of TN, without exception, to graduate from Providence Academy. Depending on the courses taken prior to transferring, the following exceptions may be made to PA graduation requirements.

- Students only need to take Bible courses each year that they attend PA. Prior year courses do not need to be taken.

- If a student has completed two years of a foreign language prior to attending PA, the Latin requirement can be waived.

- If the student has completed only one year of a foreign language, the student will be required to complete both Latin I and Latin II.

Every effort will be made to keep the student in courses with grade-level peers, but it may be necessary for a student to take independent study courses of courses with lower grades levels to complete graduation requirements. It is not recommended that a transfer student take honors courses. The progress of new students will be monitored closely to ensure there is a good adjustment to PA's academic program.

Courses taken at other schools will be transferred to PA based on the course names, credits, and numeric grades recorded on the transcript (based on the Uniform Grading Policy set forth by the state of Tennessee). If numeric grades are not provided, the letter grade will be entered. In some cases, this may alter the student's cumulative GPA.

**MINIMUM OF 24 CREDITS ARE REQUIRED FOR GRADUATION**

| | | | | |
|---|---|---|---|---|
| English | 4 | | Science | 3 |
| Literature | 1 | | Health | ½ |
| Math | 4 | | Finance | ½ |
| Social Studies | 3 | | Wellness/PE | 1 |
| Bible | 2 ½ | | Fine Arts | 1 |
| Latin | 2 | | Academic Electives | 1 ½ |
| | | | **Total** | **24** |

| Course | Credit | Grade offered | |
|---|---|---|---|
| **English 9/*Honors** | **1** | **9** | |
| **English 10/*Honors** | **1** | **10** | |
| **Honors Rhetoric I/*AP** | **1** | **11** | |
| **Rhetoric II/*Honors** | **1** | **12** | |
| **English 12/*AP Literature** | **1** | **12** | |
| | | | |
| **Standard Math Track:** | | | |
| **Algebra I** | **1** | **9** | |
| **Geometry** | **1** | **10** | |
| **Algebra II** | **1** | **11** | |
| **Seniors must select one:** | **1** | **12** | |
| Probability & Statistics/DE | | | |
| *Honors Pre-Calculus/DE | | | |
| ***Honors Math Track (if eligible):** | | | |
| *Honors Algebra I | 1 | 8 | |
| *Honors Algebra II | 1 | 9 | |
| *Honors Geometry | 1 | 10 | |
| (**Advanced Math) | (1) | (11) | |
| *Honors Pre-Calculus/DE | 1 | 11 | |
| Choose: Probability & Statistics/DE | 1 | 12 | |
| Or      *Honors Calculus/DE | 1 | 12 | |
| **Must take math each year of HS** | | | |
| | | | |
| **World History Survey I and II** | **½ ea** | **9/10** | |
| *Honors World History I | 1 | 9 | |
| *Honors World History II | 1 | 10 | |
| **US History/*AP** | **1** | **11** | |
| **US Government/*Honors** | **½** | **12** | |
| **Economics/*Honors** | **½** | **12** | |
| | | | |
| **Biblical Theology** | **½** | **9** | |
| **Health/Finance** | **½ ea** | **10** | |
| **Historical Theology** | **1** | **11** | |
| **Apologetics** | **1** | **12** | |

| Course | Credit | Grade offered | |
|---|---|---|---|
| **Biology/*Honors Biology** | **1** | **9** | |
| **Chemistry/*Honors Chemistry** | **1** | **10** | |
| **Choose Third Lab Science:** | **1** | **11** | |
| • Physical Science | 1 | 11/12 | |
| • Anatomy & Physiology | 1 | 11/12 | |
| • *Honors Physics | 1 | 11/12 | |
| • *DE Biology | 1 | *12 | |
| | | | |
| PE (Lifetime or Athlete) | ½ | **9-12** | |
| **Wellness** | **½** | **9-12** | |
| (Health and Finance in Bible Dept) | | | |
| | | | |
| **Fine Arts Electives:** | | | |
| **(Required minimum 1 credit)** | | | |
| Art/Intro and Intermediate | ½ - 1 | 9-12 | |
| Drama/Intermediate | ½ - 1 | 9-12 | |
| Chorus/*Orchestra/**Percussion | ½ - 1 | 9-12 | |
| *Choral Ensemble/*Chapel Band | ½ | 10-12 | |
| *Yearbook (Graphic Arts) | ½ - 1 | 10-12 | |
| Audio/Visual Production | ½ - 1 | 10-12 | |
| *Advanced Art | 1 | 11-12 | |
| *Set Design (Art) | ½ - 1 | 12 | |
| | | | |
| **Academic Electives:** | | | |
| *Dual Enrollment | ½ | 11-12 | |
| *Honors Latin III | 1 | 11-12 | |
| *AP Latin | 1 | 11-12 | |
| *AP European History | 1 | 11-12 | |
| Contemporary Issues | ½ - 1 | 11-12 | |
| Anatomy & Physiology | 1 | 11-12 | |
| *Honors Physics | 1 | 11-12 | |
| Harvesting Wisdom | ½ - 1 | 11-12 | |
| Philosophy of Film | 1 | 12 | |
| Honors Philosophy of Science | 1 | 12 | |

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 64 of 93
PageID #: 154

| | | | | *AP Art History (begins in 23-24) | 1 | 12 | |
|---|---|---|---|---|---|---|---|
| Latin I/*Honors | 1 | 9 | | ^Non-Academic listed on electives doc | | | |
| Latin II/*Honors | 1 | 10 | | ^Weights, Peer Tutor, Aide | ½ - 1 | 11-12 | |

- **Courses in bold print are required**; *indicates pre-requisite or application required.
- *Honors/AP Options in Italic; DE credit is optional per student.*
- **Advanced Math for students not completing Honors Geometry
- Non-bold print courses are options/electives.

^Non-academic credit courses offered in 11th and 12th are not calculated into cumulative GPA.

## SENIOR THESIS

As a graduation requirement, all seniors will successfully complete a senior thesis that serves as PA's culminating educational experience. The project encompasses written components and an oral defense that demonstrates the student's understanding of a controversial topic from a biblical worldview. The Rhetoric II teacher and assigned mentors will guide students through the process of planning, refining, and defending their chosen topic.

## TESTING PROGRAM

### STANDARDIZED TESTING

All students in Grades K – 8 are administered the IOWA test during the spring of each year to measure their achievement in basic academic areas. The student scores are compared to those in other public and private schools across the nation (national norms) as well as within Providence Academy (local) and with other Association of Christian Schools International (ACSI) schools. Results of this testing are normally received by the end of the school year or at the beginning of the following school year. If the scores do not arrive until after the school year has ended, parents can pick up the scores from the school office during the summer.

### PSAT

Each year sophomores and juniors are required to take the PSAT-NMSQT during the fall. This test is administered at PA and parents are billed for the cost of the test. The PSAT helps show areas of academic strength and weakness before the student's senior year and helps prepare the student for the SAT and/or ACT. The 11th grade PSAT score is the qualifier for the National Merit Scholarship award.

### PreACT

Freshmen and sophomores will take the PreACT (preliminary test to the ACT) during the week of achievement tests in the spring. No extra fee is involved. Juniors will take a practice ACT.

### ACT AND SAT

All students must take either the ACT or SAT at least one time to meet graduation requirements for both Providence Academy and the State of TN. Students should take this in June after completing their junior year, but no later than October of their senior year. It is the student's responsibility to complete the test registration on the official website of either the ACT or SAT, as well as to pay the appropriate fees. The writing portion of the test is optional, but it is recommended that the student take it once to have a complete test should college admission require it. Each official score received by the school will be recorded on the student's official transcript for college admission purposes. Most colleges will take scores through December of the student's senior year for admission and scholarship consideration.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 65 of 93
PageID #: 155

## HOMEWORK GUIDELINES & FREQUENTLY ASKED QUESTIONS

**What is the purpose of homework?** Regular homework provides opportunities to develop independent study skills, apply learned skills, and experience enrichment activities.

**What type of homework is assigned to students?** All homework will be assigned with a purpose and tied to the current subject matter, given in amounts and at a level of difficulty which students can complete successfully, and be checked quickly with feedback. Emphasis will be placed on quality, not quantity.

**How much time should homework take my student?** The time required to complete assignments will vary with each student's study habits, academic skills selected course load, and involvement in extra-curricular activities.

**What are the responsibilities of the student?** Students are expected to turn in work on time. The following are suggestions to help develop good homework procedures:

- Write down assignments in a planner and look on Canvas for updated assignments.
- Don't be afraid to ask questions.
- Develop a routine by setting aside a regular time for studying in a specific, well-lit area.
- Produce quality work, ensuring assignments are done according to the given instructions and completed on time.

**What are responsibilities of the Parent/Guardian?** Parents/guardians are encouraged to have a supportive role regarding their student's assignments. Parents/guardians can help by the doing the following:

- Make homework a daily activity – assume your student should be studying every night. Work with your student's outside activity schedule and preferences when setting up a regular homework time.
- Set up a comfortable location with the necessary supplies for doing homework.
- Show interest in your student's schoolwork and discuss what your student is learning.
- Watch for signs of failure or frustration. Discuss with your student and then, if necessary, encourage your student to contact the teacher to clear up any misunderstandings, troubleshoot problems, discuss time management and be informed about their learning progress.
- Check progress on homework and grades through Canvas. Coordinate homework efforts with the teacher in special cases.

**What are the responsibilities of the Teacher?** It is the responsibility of the teacher to:

- Assign relevant, challenging and meaningful homework that reinforces classroom learning. State the purpose of the assignment and provide homework that is specific, within the student's ability and have clearly defined expectations. Ensure homework assignment in Canvas are updated.

- Provide specific, written explanation of long-range assignments so that the requirements and expectations are clearly understood by the students and their parents. Assist students in breaking down larger assignments into smaller chunks.
- Define "late" for assignments and consequences for lateness and communicate both to students; repeat periodically. Involve parents if a pattern of late or incomplete homework develops.
- Be available to answer questions pertaining to the completion of all homework assignments.
- Provide specific and timely feedback on assignments, use results of homework to plan future instructional activities.

## HOMEWORK ESTIMATED TIME GUIDELINES

The necessity for doing homework will vary from grade to grade and from student to student. The amount of homework will increase if students are enrolled in honors, AP, or DE courses. The following schedule is an *estimation* of the amount of time required per night for students to complete assignments:

|  | Grade | Approximate time guidelines per weeknight |
|---|---|---|
| Elementary | Kindergarten | 15 minutes as needed |
|  | Grades 1 & 2 | 30 minutes |
|  | Grade 3 | 30 – 45 minutes |
|  | Grades 4 & 5 | 45 – 60 minutes |
| Middle School | Grades 6 – 8 | Up to 80 minutes |
| High School | Grades 9 – 12 | Depends on courses taken; range 60 (9th) – 120 minutes (12th) |

## MAKEUP WORK

It is the student's responsibility to obtain all makeup work from his/her teachers immediately upon return after an absence from school. Students should also check Canvas for assignments on days that are missed. Failure to obtain makeup work is not an excuse for not doing work. For absences other than pre-arranged ones, the student will have one school day for every day missed to complete makeup work. For example, if a student is absent on Monday and Tuesday, he/she has Wednesday and Thursday to makeup work missed.

If a student misses only the day a test is given or project/assignment is due, the student should be prepared to take the test or turn in the project/assignment on the first day he/she returns, provided that the student was informed of the due date in advance of the absence. Assignments not turned in on the due date may be counted late and will be graded according to grade, department, and/or course policy.

## MISCELLANEOUS MIDDLE SCHOOL & HIGH SCHOOL INFORMATION

## HOUSE SYSTEM (HIGH SCHOOL)

Mission – The Providence Academy House System exists to further the school's mission, provide student leadership opportunities, and create an avenue to affirm Christ's goodness in the lives of our students.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 67 of 93
PageID #: 157

Structure – The Providence Academy House System will consist of four houses. The houses are named after the four orthodox "Solas": Scriptura, Gratia, Fide, and Christus. The House system will be overseen by a House Council consisting of the Dean of Boys, Dean of Girls and house prefects for each House.  Working with the House Faculty Advisors will be House Leadership. The House Leadership will consist of one male Prefect and one female Prefect, followed by one Deputy Girl, one Deputy Boy, and two-House Ambassadors. Incoming freshmen will be placed in houses by the House Council and Prefects every year. Senior leadership will transition at the beginning of the Spring Semester.

## NATIONAL HONOR SOCIETY (HIGH SCHOOL)

The purpose of the National Honor Society (NHS) is to "create enthusiasm for scholarship, to stimulate a desire to render service, to promote leadership, and to develop character in students of secondary schools" (Article I, section 2 of NHS Constitution).

Providence Academy maintains a chapter of the NHS, which was originally chartered in 1934. Induction into the Honor Society is open only to juniors and seniors who have attended PA for at least 1 year (2 semesters), maintained a minimum cumulative UGPA of 3.5, and have demonstrated exemplary scholarship, service, leadership and character in the school and in the community.  Transfer students who were inducted at their previous school may provide a membership letter for consideration of membership in the Providence Academy chapter.

Students who meet the scholarship standard to become members of the National Honor Society will be invited to apply to NHS.  In order to be admitted to NHS an application and resume of service performed and leadership opportunities submitted by the student will be evaluated by a committee of teachers.   An induction ceremony is held each fall.

In order to remain a member of NHS, members must uphold the same standards they exhibited when they were inducted into the society.  Members must maintain a 3.5 UGPA and they must demonstrate excellent leadership skills and be good examples at PA.  Students who fall below a 3.5 UGPA will be given a nine-week period to raise their UGPA back to a 3.5.  If this does not occur, the student will be removed from NHS.  If an NHS member receives an in-school or out-of-school suspension, they will be removed from NHS.  In order to remain a member of NHS from their junior to senior year, students must also complete the required number of service hours.

## JUNIOR-SENIOR PROM (HIGH SCHOOL)

The junior class organizes a formal dinner event to honor the senior class each spring.  The Junior-Senior Prom is one of the highlights of the year for the juniors and seniors.

Listed below are a few basic guidelines that will help ensure that the Junior-Senior Prom is successful and is conducted within the parameters set forth by PA:

- It is the goal of PA that all juniors and seniors attend the Junior-Senior Prom.

- The spirit of the PA dress code should be followed when selecting attire for the Prom.

- If school is in session the day of the Junior- Senior Prom, juniors and seniors will not be required to attend that day.  In addition, sophomore students who are either attending the banquet or working on the planning committee are also not required to attend school that day.

- If a junior or senior chooses to bring a guest/date to the Prom, guests should be at least high school age.

Page | 68

- It is the responsibility of the junior class to make all arrangements (choosing a venue, theme, decorations, menu, etc.) for the Junior-Senior Prom. The junior class is also responsible for setting up for the event and cleaning up after the event.

- The Prom will end at a reasonable hour. There will be no school sanctioned activities following the event.

## STUDENT PERSONAL POSSESSIONS AND LOCKERS (MIDDLE SCHOOL AND HIGH SCHOOL)

Each student is responsible for his/her personal possessions. Students are responsible for their textbooks, materials, lockers, and all other items assigned to him/her and is financially responsible for damages.

Lockers are provided as a service for students to secure their belongings. PA is not responsible for lost, stolen or damaged goods. Lockers are the property of PA and are subject to inspection by authorize personnel at any time. Issues with lockers should be reported to the Deans of Students, Middle School principal or High School principal.

Locker Guidelines:

- Students are to use only their assigned locker and may not share lockers.

- Lockers should be kept clean inside and out.

- Items of value should be left at home and not placed in lockers.

- All books and other belongings should be kept in lockers and not on the floors.

## SEARCHES (MIDDLE SCHOOL AND HIGH SCHOOL)

By law, a school's standards for searches differ from those under which the police or other law enforcement officials must operate. All school-owned equipment – lockers, desks, computers, etc. – are subject to random or individualized searches at any time. Likewise, the administration retains the right to search at any time any vehicle parked in the school parking lot.

A student may be asked to empty his or her pockets, handbag, wallet, or backpack, or the administration has the right to search the student's vehicle, if there is a reasonable suspicion to believe that drugs, alcohol, tobacco, weapons, pornographic materials, or other contraband are being concealed by the student. If the student refuses to allow this search or empty his or her pockets, backpack, handbag, etc. then the parents will be contacted as a means of encouraging compliance on the part of the student. If refusal still occurs, the student is subject to being unenrolled from the school.

## TEXTBOOKS (MIDDLE SCHOOL AND HIGH SCHOOL)

Students should make a conscious effort to keep up with and take care of textbooks assigned to them. Textbooks and workbooks are provided to students for their use during the school year. All school-owned textbooks must be covered. Textbooks are to be kept clean and handled carefully or students may incur fines for rebinding or replacing damaged textbooks. Folders should be used to store papers (worksheets, notes, etc.).

## SENIOR PRIVILEGES (HIGH SCHOOL)

Seniors may have a study hall during D and H blocks on certain days. The administration is making a concerted effort to see that students utilize their study hall times effectively; thus, the administration encourages students, including seniors, to take advantage of this daily opportunity to stay on top of their studies. However, PA will accommodate senior students who desire or need to leave early during study hall, if the following conditions are met:

- Administration must have a note from the senior's parents stating that they can leave early throughout the school year, assuming the conditions listed below are met.

  o The student must be in good academic standing and meet all attendance requirements.

  o The student is to leave campus in their own vehicles.

  o Once the student leaves for the day, they are to return to campus only to attend an extra-curricular practice or event.

  o The students must sign out in the front office, each day, before exiting the building.

The above conditions only apply for those seniors who have a study hall at the end of the school day.

If a senior is not in good academic standing or if the student has behavioral/conduct issues, the privileges will be revoked, and the student will be placed in a monitored study hall during D and H blocks.

## AUTOMOBILE POLICY (HIGH SCHOOL)

- Student drivers are expected to exercise safe and cautious driving on the PA campus and park in the designated area for student automobiles.

- Specific permission must be granted from the High School Principal or teacher in order for a student to return to their automobile during the school day. The student must also sign out in the office and sign back in upon their return.

- The school is not responsible for the automobile or its contents.

- The administration retains the right to search, at any time, any vehicle parked on the school campus. (See Searches.)

## STUDENTS LEAVING CAMPUS (MIDDLE SCHOOL AND HIGH SCHOOL)

Any student leaving campus after arrival on campus must have appropriate permission from a parent or legal guardian.

Students with automobiles:

- If it becomes necessary for a student to leave campus during the day (for sickness, appointments, or other reasons) the student may drive home only after parental permission is given.

  o For planned early dismissals, parents should email the office in order to notify the school that a student has permission to leave early and what time the student is to be dismissed.

  o For unplanned early dismissals, the office will telephone the student's parents or legal guardian in order to get permission for the student to leave campus.

Students without automobiles:
- No student may leave campus at any time after arriving on campus unless accompanied by the student's parent or guardian. PA will not release a student to any other person unless permission has been given by the parent.

## DRIVER'S PERMIT (HIGH SCHOOL)

When a student applies for a driver's permit at the DMV, he must present certification of compulsory attendance. The necessary forms are available in the secondary office and must be completed and signed by a school official before a permit/license can be granted. We request 24 hours for these to be ready. They are only valid for 30 days.

If your high school student has a summer birthday and/or plans to take their driver's permit test over the summer, be sure to request the required attendance form *BEFORE* school is out (May 20). During the summer, the DMV will accept the form if it is dated within the last 30 days of Spring Semester. Please email your request for your student's form to Anna Williams at awilliams@providenceacademy.com.

## ATHLETICS

It is the goal of Providence Academy to teach fundamental physical development to our students to benefit them for the rest of their lives. We teach each student to take proper care of his/her body, the temple of the Holy Spirit; to exhort one another in times of trial; to complete tasks which are begun; and to cooperate with team members.

We at Providence Academy must never allow the athletics program to become The Program. Athletics is offered so that the student can learn to face tough circumstances with determination and to continue on even if victory seems impossible. We desire for our athletes to learn to persevere, lose with grace, and win with humility.

Finally, the athletics program at Providence Academy will be one that teaches self-sacrifice, self-discipline, and personal commitment to attain the goal of excellence. The primary goal is to develop characteristics in students that will enable them to overcome challenges they will have throughout their lives.

## ELEMENTARY ATHLETICS PROGRAM
- **Upper Elementary Sports:** Upper elementary students may have the opportunity to try out for and participate in specific sports offered in the upper-elementary and middle school athletic programs.

- **Elementary Basketball:** Students in grades 2-5 may participate in a PA basketball league. The league is intended to challenge students to develop both spiritually and physically. Focus is given to basketball skills and teamwork.

- **Field Day Grades 1 – 4:** During the last week of school a day is set aside for students to participate in planned activities that center around physical skills and abilities, team competition, and the joy of fellowship.

- **Sports Day Grades 5:** Students in grade 5 generally participate in sports activities planned for their grade level at the end of the school year.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 71 of 93
PageID #: 161

## MIDDLE SCHOOL AND HIGH SCHOOL ATHLETICS PROGRAM

Students participating in athletics must observe the following guidelines:

- A student must be in school at least 1/2 of the school day to participate in a sports activity that evening. This means they must attend class. Students who have planned absences (appointments, etc.) must have prior approval by the administration.

- The following forms must be signed and on file before an athlete can participate in an official practice:
  a. Consent for athletic participation and medical care form
  b. Student & Parent/Legal Guardian Concussion Statement Signature Form
  c. Physical signed by a physician

- The student with a grade of "F" at the end of the nine-week period will not be eligible to play. (Low mid-term grades will not hinder eligibility.) If the student's grade has improved after three weeks of the following grading period, he/she can play with the team. Students are allowed to practice while ineligible. Final eligibility will be determined by administration.

- Students placed in detention or serving an in-school suspension (ISS) must do so throughout the appointed time regardless of practice or game schedules. Students serving an out-of-school suspension (OSS) cannot compete in athletic practices or games.

- If a student is placed on probation for disciplinary reasons, he/she will be prohibited from participating in athletic practices or games.

Note: The Athletic Handbook is located on the Providence Academy website.

| Middle School and High School Sports Program Offerings | |
|---|---|
| **Fall Sports** | |
| **Boys** | **Girls** |
| Cross Country (Grades 6 – 12) | Varsity Volleyball (Grades 9 – 12) |
| Varsity Golf (9 - 12) | Junior Varsity Volleyball (Grades 9 – 10) |
| | Middle School Volleyball (Grades 6 – 8) |
| | Cross Country (Grades 6 – 12) |
| | Varsity Soccer (Grades 9 – 12) |
| | Middle School Soccer (Grades 6 - 8) |
| | Varsity Golf (Grades 9 – 12) |
| **Winter Sports** | |
| **Boys** | **Girls** |
| Varsity Basketball (Grades 9-12) | Varsity Basketball (Grades 9 – 12) |
| Junior Varsity Basketball (Grades 9 – 11) | Middle School Basketball (Grades 6 – 8) |
| Middle School Basketball (Grades 6 – 8) | Cheerleading (Grades 6-12) |
| **Spring Sports** | |
| **Boys** | **Girls** |
| Varsity Baseball (Grades 9 – 12) | Middle School Golf (Grades 6 – 8) |
| JV Baseball (Grades 9 – 11) | Track (Grades 6 – 12) |
| Middle School Baseball (Grades 6 – 8) | Tennis (Grades 6 – 12) |
| Middle School Golf (Grades 6 – 8) | High School Softball (Grades 9 – 12) |
| Track (Grades 6 – 12) | Middle School Softball (Grades 6 – 8) |
| Varsity Soccer (Grades 9 – 12) | |
| Middle School Soccer (6 – 8) | |
| Tennis (Grades 6 – 12) | |

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 72 of 93
PageID #: 162

## SCHOLARSHIP SIGNINGS FOR PA OFFERED SPORTS & ACTIVITIES

The school Athletic Director, High School principal and Fine Art Director will establish a signing date each year. In addition, the athletic director will have the responsibility and authority of all of the related details for the signing ceremony (media contact, time, refreshments, attendees, etc.). It is the responsibility of the student and the family to contact the school before making any plans with outside sources (schools or coaches) that will impact the school day or school facilities.

## SCHOLARSHIP SIGNINGS FOR NON-PA SPORTS/ACTIVITIES

Because so many students are involved in activities and athletic endeavors outside of what is offered through the Providence Academy programs, we strongly discourage the use of school facilities for scholarship signing ceremonies that are not directly related to school athletics or school programs. Therefore, it is the policy of PA to deny requests for signing ceremonies at PA that are not the result of a sport or school related activity.

## STUDENT ATHLETE SIGNING PROCEDURE

In order to meet all college, federal, state and collegiate athletics association guidelines, the following criteria must be met before a high school student athlete can sign a letter of intent to play an intercollegiate sport or be recognized in any way by Providence Academy (via news releases, signing ceremonies, etc.):

- If a student is going to play intercollegiate sports, they must first register with the National Collegiate Athletic Association **(NCAA)** and/or the National Association of Intercollegiate Athletics **(NAIA)**. Registration should occur during the 2nd semester of the junior year but no later than the beginning of a student's senior year.

- The College and Career Office updates all academic information and verifies students listed on the above organization's graduation list.

- The College and Career Office provides an initial transcript and a final transcript for each student registered to NCAA/NAIA.

- Each student sets up an account at the Tennessee Student Assistance Corporation **(TSAC)** during their junior year.

- Each student takes the ACT/SAT at the end of the junior year and has the scores reported to Providence Academy and the NCAA/NAIA.

- The student provides the College and Career Office with a copy of an official letter of acceptance from the college/university of choice.

- The student provides a copy of the financial award letter, including the amount awarded to play the sport, to the College and Career Office as soon as it is received.

Note: Only students receiving Athletic Sport Scholarship money from the college/university will be recognized through a public signing at Providence Academy.

## LIBRARY AND MEDIA CENTER

Providence Academy operates a library/media center to implement and enrich the educational offering of a classical Christian school. Resources are allocated for the purchase of books and reference materials in support of the school's instructional program and enrichment purposes.

### SELECTION OF LIBRARY MATERIALS

Responsibility for the purchase of library/media center materials is delegated to the librarian, a professionally trained library media specialist who is familiar with the courses of study, the methods of teaching, and the individual needs of the students within the school. The librarian, aided by suggestions from administration, faculty, staff, students, and parents, makes the actual selections for purchase.

Providence Academy's classical methodology encourages the reading of primary sources. Such works may include views not consistent with Providence Academy's statement of beliefs and principles but are included in the library collection for their educational value. There is a procedure in place for content review of any selections in the library. Any selection that does not meet the criteria for remaining in the school library will be removed.

### ACCEPTABLE DVDs

Only DVDs that are part of the Providence Academy library may be shown to elementary students during any school activity that takes place, whether that be in the classroom, while being transported on field trips, or in any other programs connected with the school, i.e., the After School Program.

In middle school and high school, all teachers include a list of the DVDs that will be shown for that class during the year on the course syllabus. All media shown are selected because they add to the teaching of course objectives.

### DAMAGED OR LOST BOOK REPLACEMENT

Students will be held responsible for the replacement of any library/media center materials that are lost or damaged.

## CONDUCT AND DISCIPLINE

Students at PA are expected to display positive Christian character traits (2 Peter 1: 5-7). This is the overriding principle relative to all the rules for student behavior. Every effort is made to guide the Christian student to live each day in such a manner as to manifest both his love for and faith in the Lord Jesus Christ.

Students by virtue of their enrollment, agree to live within the framework of the school's standards of conduct. Agreeing to these standards obligates the student to assume responsibility for honorable adherence to them while under the jurisdiction of the school. This is a matter of integrity.

It is our policy to involve parents of our students when there is a continued difficulty at school or related activities. Consistent support of the faculty and administration by parents, both publicly and in private, is greatly appreciated and is of great importance in our work of teaching and training children and young people.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 74 of 93
PageID #: 164

A behavior, either on or off campus, including text messages sent after school hours, that indicates a student has little desire to live a life honoring to God, or any conduct that gives evidence of disregard for the spirit of the school standards, is sufficient cause for disciplinary action, including disenrollment, suspension, or expulsion.

Faculty, staff, and students are expected to operate within the rules and policies of the school. While individual teachers may have additional classroom policies, no one has the authority to give students permission to violate the written rules and policies of the school. While rules and policies are occasionally changed for good reasons, everyone is expected to follow all rules and policies as long as they are in place.

The school generally follows the discipline procedures contained in this Handbook. However, there are circumstances in which the school administration may determine that it is appropriate not to follow discipline steps. In cases in which a student has engaged in egregious, immoral, or other unacceptable behavior, the school reserves the right to disenrollment, suspension, or expulsion of the student immediately.

## DISCIPLINE POLICY

"For the moment all discipline seems painful rather than pleasant, but later it yields the peaceful fruit of righteousness to those who have been trained by it. Hebrews 12:11

The school discipline policy has four aspects which reflect God's principles of human behavior, given so that His children may function harmoniously in all aspects of human endeavor.
- Order is the organization which provides a good environment for learning.
- Training is the process of practicing what is right.
- Correction is the discouragement of wrong behavior.
- Praise or affirmations are used to encourage students to continue in obedience.

Appropriate Christ-like behavior is required from all students to effectively provide the opportunity for a good, quality education. Attendance at Providence Academy is a privilege, not a right. Disruptive behavior by a few students may impede the progress of other students. Therefore, we have instituted behavior guidelines and penalties for disruptive students. Most discipline problems are dealt with at the classroom level. The kind and amount of discipline will be determined by the teachers, and if necessary, administration.

Any disruption of the classroom or school environment could lead to disciplinary action or dismissal. These disruptions include, but are not limited to, overtly sexualized behavior, inappropriate dress, make-up, or hair that is a distraction to other students or disrupts the learning environment.

## BASIC SCHOOL RULES
Students are required to adhere to the following list of school rules. *The purpose of these guidelines is not to promote legalism, but to create an orderly atmosphere conducive to learning.*

- Students are expected to cooperate with basic Christian standards of behavior and conversation.

- There should be no talking back or arguing with teachers or staff. Prompt and cheerful obedience is expected. Requests from the teacher should not have to be repeated.

- The following are not allowed at school: guns, knives, weapons of any kind, electronic devices (i.e., personal stereos and headphones, video games, etc.)

- Cell phones are not to be out, accessed or receive audible alerts during school hours. (see cell phone policy)

- Students are expected to be aware of and avoid the off-limits areas of the building or grounds.

- **Students are expected to treat all of the school's materials or facilities with respect and care. This** includes all textbooks distributed to the students. Students will be charged for lost or damaged textbooks.

- Students are to refrain from chewing gum on campus.

- Students are to only use rolling backpacks if needed to for medical concerns.

*All school rules apply on all field trips and on all school-sponsored events on the school campus and away from it.*

## PUBLIC DISPLAY OF AFFECTION AND STUDENT DATING

Providence Academy does not endorse student to student "dating," nor do we sit in judgment of those families who allow such since we recognize that parents have varying views on all things related to dating and courtship. One of PA's core goals as a school is to "provide a structured and orderly environment conducive to learning." There are so many tenets of these adolescent relationships that have a tendency to frustrate this goal including, but not limited to, constant distractions/disruptions, temptations, hurtful outcomes from broken relationships (that spill over into the school), etc. Therefore, any sort of public displays of affection between students will not be permitted on campus or at any PA sponsored event (on or off campus) at any time. This includes hand holding, kissing, and boyfriend to girlfriend hugging. Regardless of one's personal views on this subject, we graciously ask for all parents and students to abide by this rule so that PA can focus on providing a quality Christian education to our students without these types of distractions.

## CELL PHONE POLICY

Cell phones and ear buds are allowed on campus but must remain turned off and in backpacks during school hours. Cell phones will not be allowed to be used from 8:10am-3:10pm. This includes the hallways, classrooms, bathrooms, and anywhere else on school property. Teachers are not to give permission for phones to be out in their classrooms (No exceptions). If students need to use a phone, they can use the one in the front office.

The discipline is as follows:
- 1st offense: Phone is turned into the Dean of Boys or Dean of Girls for the day. The phone is returned to the student after 3:10 p.m. The student is given a warning and the parent is notified via email.
- 2nd offense: Phone is turned into the Dean of Boys or Dean of Girls who will keep the phone for 5 school days. The parent is notified via phone call.
- 3rd offense: Phone is turned into the Dean of Boys or Dean of Girls who will keep the phone for 5 school days. The parent is notified, and an in-person meeting is scheduled. The student will receive one day of In-School-Suspension.
- 4th offense: Phone is turned in to the Dean of Boys or Dean of Girls who will keep phone for 10 school days. The parent is notified, and an in-person meeting is schedule. The student will receive a one day Out-of-school Suspension.

Case 2:25-cv-00033-DCLC-CRW     Document 26-1     Filed 06/17/25     Page 76 of 93
PageID #: 166

Earbuds and smart watches are not to be used during the school day and disciplinary procedures follow the same guidelines as cell phones usage.

## OFFICE VISIT FOR CONDUCT

Five basic behaviors will automatically necessitate discipline from administration. The nature of the discipline will be determined during the visit with administration. Parents of the student will always be contacted by administration whenever a student is sent to administration for disciplinary reasons. The five behaviors are:

- **Disrespect** shown to *any* staff member. The staff member will be the judge of whether or not disrespect has been shown.
- **Dishonesty** in any situation while at school, including lying, cheating, and stealing.
- **Rebellion,** i.e., outright disobedience in response to instructions.
- **Fighting**, i.e., striking in anger with the intention to harm the other student(s).
- **Obscene, vulgar, or profane language**, **racial slurs, or racist behavior** (including inappropriate attempts at humor) and **taking the name of the Lord in vain**.

Parents grant permission for Providence Academy to discipline students and agree to support efforts of addressing misbehavior. Discipline may be addressed by the actions of:

- Loss of privileges
- Corporal punishment - action used as a last resort for lower elementary grades when other actions have not rendered success. Determination made through conferencing with parents and only administered by principals or parents.
- Detention
- Restitution
- Suspension
- Expulsion

## BULLYING

Bullying is unwanted, aggressive behavior among school-aged children that involves a real or perceived power imbalance, and the behavior is repeated, or has the potential to be repeated, over time. Providence Academy has zero tolerance policy for bullying. Discipline is given on a case-by-case basis, based on the situation.

**In order to be considered bullying, the behavior must be aggressive and include:**

- An imbalance of power: Kids who bully use their power – such as physical strength, access to embarrassing information, or popularity – to control or harm others. Power imbalances can change over time and in different situations, even if they involve the same people.
- Repetition: Bullying behaviors happen more than once or have the potential to happen more than once.

- Bullying includes actions such as making threats, spreading rumors, attacking someone physically or verbally, and/or excluding someone from a group on purpose.

## DETENTION
Should a student commit an act of a non-serious nature, lunch detention may be assigned.

## SUSPENSION
Should a student commit an act with such serious consequences that the administration deems necessary, the office-visit process may be bypassed, and suspension or expulsion imposed immediately. Examples of such serious misconduct could include but are not limited to: use of racial slurs, acts endangering the lives of other students or staff members, gross violence/vandalism to the school facilities, under-age drinking or any other violations of civil law, or any act in clear contradiction of scriptural commands.

If the student is suspended from the school, the duration of the suspension will be determined by administration and will be consistent with the offense or the pattern of offenses. Suspended students are not allowed to participate in school-sponsored events during the suspension. The suspended student's grades will be affected as follows:

- In elementary, grades for **assignments due during the suspension period will be issued as "F's."**

- In middle and high school, one point will be taken off the final nine-week average for each day missed in each subject area (at the discretion of Administration).

If Providence Academy cancels school for snow (or any other reason), the student suspension date or dates will be moved to the next regular day(s) of school. Snow days will not count as suspension days. However, in the case of long-term suspensions, the middle school or secondary principal may apply administrative discretion to address unusually long layoffs due to snow.

## EXPULSION
The Board and administration of the school realize that expelling a student from school is a very serious matter and should always be carefully dealt with on a case-by-case basis. Forgiveness and restitution are fundamental to our total discipline policy. However, should a student and his parents not be able to eliminate behavioral problems, expulsion may be deemed appropriate by administration.

Examples of inappropriate conduct that will be considered grounds for suspension or expulsion include:

- Leaving campus (truancy) without written permission
- Serious attendance infractions
- Cutting classes
- Willful or malicious defacing of property
- Smoking or drinking (on or off campus)
- Vulgar or profane language
- Abuse of other students and their rights

- Verbal abuse of faculty or staff
- Sexual promiscuity
- Activities that threaten the safety of the student or students (fighting, etc.)
- Any form of physical assault (including the threat of an assault)
- Activities that demonstrate a lack of respect for authority or property
- Frequent or repeated violations in previous categories
- Activities that violate biblical moral codes of conduct
- Any form of sexual gesture, comment, picture, note, or physical harassment
- A consistently negative attitude toward the school, its personnel and policies
- Any breach of conduct on campus that has an adverse effect on the image of social/spiritual environment of the school
- Any breach of conduct off campus that has an adverse effect on the testimony of the school in the community

**Serious misconduct/infractions:** The following violations are considered conditions for immediate expulsion.

- Acts endangering the lives of other students or staff members
- Gross violence/vandalism to the school facilities
- Any violation of U.S., TN, or local laws (this includes carrying a weapon of any kind)
- Any act in clear contradiction of scriptural commands
- Use and/or possession of drugs of any kind, on or off campus

*It should be noted that the serious misconduct does not have to take place at Providence Academy or during school hours or school events for Providence Academy to take disciplinary action.*

## DEMERIT SYSTEM

The Providence Academy Demerit System is used as a consequence for minor infractions of policies and procedures. This system's steps serve as a warning for students in order for them to change their behavior before their actions result in major consequences. A student can receive a demerit for any policy or procedure being broken (being out of campus wear, chewing gum in class, talking out of turn, not being prepared for class, being disrespectful, etc.). Any staff member can give a demerit and then they are reviewed by Dean of Girls and Dean of Boys who will enforce the correlating consequences.

- **1-3 Demerits:** No penalty other than parents being notified by Dean of Boys or Dean of Girls via email.
- **4 Demerits:** 1 day of detention at Dean's discretion. Parents notified by Dean of Boys or Dean of Girls.
- **5 Demerits:** 3 days of detention at Dean's discretion. Parents notified via email by Dean of Boys or Dean of Girls.

- **6 Demerits:** 5 days of detentions at Dean's discretion. Parents notified via email by Dean of Boys or Dean of Girls.
- **7 Demerits:** 1 day of In-School-Suspension. Parents notified by Middle School Principal or High School Principal.
- **8 Demerits:** 3 days of In-School-Suspension. Conference with parents, Middle School or High School Principal, & Dean.
- **9 Demerits:** 1 day of Out-of-School Suspension. Conference with parents, Middle School or High School Principal, & Dean.
- **10-11 Demerits:** 3 days of Out-of-School Suspension. Conference with parents, Middle School or High School Principal, & Dean.
- **12-13 Demerits:** 5 days of Out-of-School Suspension. Conference with parents, Middle School or High School Principal, & Dean.
- **14 Demerits:** Max Suspension (10 days). Conference with parents, Middle School Principal or High School Principal, Head of School, & Dean.
- **15 Demerits:** Consideration for expulsion. Conference with parents, Middle School Principal or High School Principal, Head of School, & Dean.

Failure to show up to scheduled detention will result in an added demerit with correlating consequences.

Note: If a student has 3 or less demerits for the year, they will be entered into a drawing for a prize.

## RE-ADMITTANCE
Should the expelled student desire to be readmitted to Providence Academy at a later date, the Board or its delegated committee will make a decision based on the student's attitude and circumstances at the time of re-application.

## STUDENT DRUG TESTING POLICY
The possession and/or use of alcohol, illegal drugs, synthetic drugs, and the misuse of prescription drugs is prohibited. The distribution, sale, abuse, or misuse of drugs, alcohol, prescription medications, over-the-counter medications, or other chemicals or substances is likewise prohibited. Families shall be notified in writing at the beginning of each school year or at the time of enrollment of this policy and that students may be subject to testing for drugs and alcohol during the school year. Students under the influence or in possession of prohibited substances whether on their person, locker, vehicle, other personal property on school campus or during any school related event may be subject to suspension or expulsion. Nothing herein will prevent school Administrators from taking disciplinary action for a student's violation of this Student Drug and Alcohol Policy or any other school policy or requirement.

### Reasonable Suspicion Drug Testing
Administrators are authorized to order drug tests for individual students when there is a reasonable cause to believe that:
1. A school policy on alcohol and drug use has been violated;
2. A search of lockers has produced evidence of the presence of drugs and/or alcohol;
3. A search of persons and containers has produced evidence of a presence of drug and/or alcohol;
4. A search of vehicles has produced evidence of the presence of drugs and/or alcohol; or

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 80 of 93
PageID #: 170

5. Through observation or other reasonable information reported by a teacher, staff member or other student that a student is using and/or under the influence of drugs and/or alcohol on school property.

Prior to performing a drug test on a student based on reasonable suspicion, the following conditions must be met:
1. There is a reasonable cause to believe a particular student has violated school policy regarding alcohol and drugs;
2. The test will provide evidence of whether the student has used prohibited substances;
3. The test is in pursuit of legitimate interests of the school in maintaining order, discipline, safety, supervision and education of students;
4. The test is not conducted for the sole purpose of discovering evidence to be used in a criminal prosecution; and
5. All tests shall be performed by an accredited laboratory.

Upon receiving reasonable information, the Head of School shall take the following steps:
1. Notify the parent or guardian of the student of the impending test; give the parent the opportunity to be present before speaking to the student;
2. **Call the student into the administrator's office or another private place after parents arrive if parents elect to be present;**
3. Summon an appropriate qualified witness;
4. Discuss with the student the basis for the determination that a test is necessary;
5. Inform the student that the test must be performed at an accredited laboratory immediately;
6. Give the student and parent the opportunity to decline the test and inform the student and parent that if the test is not taken the penalty may be suspension or expulsion from school.

The testing procedures will be as follows:
1. Administration will schedule the test with an accredited laboratory.
2. Administration will provide the parent and student with the laboratory location and testing information.
3. Transportation to the laboratory will be the responsibility of the parent/student.
4. The student will follow the procedures of the accredited laboratory.
5. Test results will be sent to the school within 3-5 days. Students may be asked not to return to school until results are received.
6. Positive test results or noncompliance with the testing procedures may result in suspension or expulsion from school.

## CAMPUS WEAR

Consistent with our mission as a classical Christian school, Providence desires to enhance the learning environment in a positive way. We seek to set a standard that promotes excellence in academics, Christian character, and appearance. Research has shown that a more uniform dress standard has a positive impact on a student's frame of mind. In light of these findings, and with respect to the values of an academic setting, Campus Wear guidelines have been established as a standard for our learning community.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 81 of 93
PageID #: 171

**PROVIDENCE ACADEMY CAMPUS WEAR GUIDELINES**

We strongly recommend the following vendors for campus wear: Land's End, Tommy Hilfiger, French Toast (please use the official pages for ordering), and Old Navy (the uniform section), with the exception of socks, shoes, headbands, tights, leggings, and belts. The administration reserves the right to determine the appropriateness of any clothing item, hair style, accessory, or color.

<u>**GIRLS**</u>
**Pants, Shorts, Skirts**
- Must be khaki, navy, or gray (school plaid is an acceptable color for skirts)
- Must be khaki or dress pants material
- Shorts and skirts should not be shorter than generally the top of the knee while standing (at the discretion of the Dean of Girls for 6th – 12th grades only)
- Modest shorts, tights, or leggings must be worn with skirts and jumpers (Elementary)

**Polo, Button up Shirts and Sweaters**
- Must be navy, burgundy, gray, white, light pink, or light blue (only the PA logo is acceptable, but not mandatory)

**Jumpers**
- Jumpers should not be shorter than the top of the knee while standing
- Modest shorts, tights, or leggings must be worn underneath (Elementary)

**Socks and Tights**
- Tights, knee socks, and leggings must be solid navy, gray, white, burgundy, or light pink
- All other socks are the choice of the student/parent

**Jewelry, Belts, and Accessories**
- Jewelry and hair accessories should be kept simple and not distracting
- Earrings are permitted for girls only
- No other body piercings are acceptable
- No Tattoos (even temporary)
- Headbands must be kept simple and not distracting (no animal ears or horns)
- Belts should be kept simple and not distracting
- No hats, scarves, bandanas, sock caps, visors, or sunglasses are allowed during school hours

<u>**BOYS**</u>
**Pants and Shorts**
- Must be khaki, navy, or gray
- Must be khaki or dress pants material
- Shorts should not be shorter than generally the top of the knee while standing (at the discretion of the Dean of Boys for 6th – 12th grades only)

**Polo, Button up Shirts and Sweaters**

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 82 of 93
PageID #: 172

- Must be navy, burgundy, gray, white, light pink, or light blue (only the PA logo is acceptable, but not mandatory)
- T-shirt beneath the polo shirt, if worn, must be navy, burgundy, gray, white, light pink, or light blue and without graphics or lettering

**Jewelry, Belts, and Accessories**
- Should be kept simple and not distracting
- No earrings are permitted
- No tattoos (even temporary)
- No hats, scarves, bandanas, sport-style headbands, sock caps, visors, or sunglasses are allowed during school hours

## OUTERWEAR FOR BOYS AND GIRLS
Outerwear is any jacket, coat, sweater, pullover, etc. that is worn over Campus Wear during school hours
- Polo, button-down shirt, or sweater must be worn under all outerwear
- During school hours, while in the building, the only outerwear permitted to be worn is a solid-colored cardigan, pullover, hoodie, sweater, vest, or fleece, and it must be within the PA Color Wheel (navy, gray, white, burgundy, light blue, or light pink)
- Outerwear must be free of writing unless it is a PA logo or Providence Spirit Wear
- During school hours, while in the building, the following PA Spirit Wear, from one of the selected vendors, can be worn: sweatshirts, hoodies, and letter jackets
- Any type or color of outerwear may be worn to and from school and for outside recess and outside activities

## SPIRIT WEAR DAYS
Spirit Wear Days are typically scheduled on Fridays and will be at the discretion of the Administration. Students are more than welcome to wear their regular Campus Wear. However, on Spirit Wear Days, a more relaxed dress code is permitted as outlined below. Please remember to follow modesty guidelines during Spirit Wear Days.

**Jeans and Jean Shorts**
- Shorts should not be shorter than generally the top of the knee while standing (at the discretion of the Deans for 6th – 12th grades only)
- Jeans that are baggy, torn, ripped, or have holes in them are not allowed
- Jeggings are not allowed

**Shirts and Sweatshirts**
- Must be clean and free of tears or holes
- Must be free of writing unless it is a PA logo or Providence Spirit Wear
- Shirts must fully cover the midriff, bust line, and shoulder
- No undergarments are to be shown

## FIELD TRIP WEAR

Students may wear PA Spirit Wear shirts on Field Trip Days. Pants and shorts will be left to the teacher's discretion.

## HAIR STYLES
Hair for all students must be clean, neat, and well groomed. Only natural colors are permitted.

## GYM/PE CLOTHES (6th – 12th grade only)
Students may only wear Providence issued PE clothes for PE/Weights classes. These must be ordered directly from the Providence Academy PE department.

### Additional Information
- All clothing and shoes must be in good condition.
- Clothing should be replaced when faded, worn out, or outgrown.
- Tight fitting clothing is not permitted.
- Pants, shorts, skirts, etc. are not to sag below the hips.
- House slippers or "house shoes" are not permissible for footwear.

## DRESS FOR PARENTS AND VOLUNTEERS
Persons who are volunteering in the building throughout the school day should dress in business casual attire.

*If you or your children have any questions about the suitability of certain clothes, please ask one of the Deans for assistance.

> "So, whether you eat or drink, or whatever you do, do all to the glory of God." I Corinthians 10:31.

## ENFORCEMENT
Cheerful, consistent compliance is expected. If a student in comes to school in violation of the dress code, the parent/guardian will be expected to bring proper attire to school or will be billed for the proper attire. Students who choose not to abide by this standard will receive a demerit.

## FIRST AID

Providence Academy operates a First Aid station staffed by a full-time registered nurse. All information related to student's medical needs are kept on file in the office. Students presenting indications of communicable illness will not be allowed to remain at school. Students who are picked up early from school due to a visit to the First Aid station for illness or injury are not permitted to return to the classroom on that day and may not be brought back to the After-School Program.

### FEVER POLICY
The goal of this policy is to minimize exposure of students to the sick student and to maximize the comfort of the sick student by allowing them to convalesce at home while ill. Therefore, students with a fever of 100 degrees Fahrenheit or greater are not permitted to remain at school. Arrangements must be made for a

student with a fever to go home. A student may return to school when his/her fever has subsided for 24 hours. No student will be permitted to return to school with a fever or with medications intended to suppress a fever.

## STUDENT HEALTH REQUIREMENTS

All students attending Providence Academy must have on record with the school office, either a current immunization record or an exemption statement according to Tennessee Code, before entering school in the fall. Standard immunization forms may be obtained from the family physician, or the local health department and a copy given to the school office.

If needed, the following forms can be found on FACTS under Resource Documents.
- Medication Parental Consent Form
- Asthma Action Plan – if applicable
- Severe Allergy Response Plan – if applicable

## MEDICATION POLICIES AND PROCEDURES

The criteria for administration of medication at school in accordance with the Tennessee State Laws are as follows:

### *All Medications*
1.  A completed Medication Parental Consent form for either a prescription or non-prescription medication must be on file and include the following:
    -   Child's name
    -   Name of medication
    -   Amount to be given
    -   Route of administration
    -   Time of day to be given
    -   Date started
    -   Discontinuation date
    -   Diagnosis or reason for medication
    -   Medication Expiration Date
    -   Possible side effects
    -   Parent's/guardian's signature
    -   Date
    -   Emergency Phone Number

2.  All medications must be kept in the school office or the Care Center. The only exceptions are asthma inhalants, EpiPens, and insulin/glucagon for diabetics. The school office needs to be informed if a student is carrying these medications and if the student takes the medication during the school day. A prescription/nonprescription medication consent form must be on file in the office for each medication.

3.  The parent or guardian is responsible for reporting any changes in a student's health or medication needs. A new Medication Parental Consent form must be completed and on file for any new medication or any changes in a medication. These forms are available in the school office or on the Providence Academy website.

4.  The parent or guardian is responsible for delivering in person the medication and Medication Parental Consent form to office personnel. No student is allowed to bring in or pick up his/her medication. If a medication must be sent home daily, then the parent or guardian must pick it up daily from the school

office. If a medication is long term, the parent or guardian is responsible for removing any unused medication from the school after discontinuation of treatment or at the end of the school year.

5. The parent's or guardian's signature on the Medication Parental Consent form verifies that their child is able to self-administer his/her medication after school personnel has measured the appropriate dose.

6. All medications must be picked up by the parents at the end of the school year. Any medications left after the school year has ended will be discarded.

### *Prescription Medications*

1. A licensed prescriber must prescribe all prescription medications given at school.
   The medication must be in the original pharmacy labeled container, which displays the following:
   -Child's name
   -Prescription number
   -Administration route or directions
   -Date
   -Licensed prescriber's name
   -Pharmacy name, address, and phone number

2. A Prescription Medication Parental Consent form must be completely filled out with the parent's or guardian's signature and on file in the school office.

3. School personnel cannot give a student a prescription medication unless it is in the original pharmacy labeled container and accompanied by a completed Medication Parental consent form. If this criterion is not met, the parent or guardian is responsible for coming to school and giving his/her child the medication.

4. All prescriptions for long-term medications must be renewed annually.

5. Changes in prescription medications must have written authorization from the licensed prescriber.

6. If the student has a prescription for an Epi-Pen, the student must have a completed Severe Allergy Response Plan on file that has been signed by a Parent/Guardian and a Physician. This form can be found on the Providence Academy website or at the front office.

7. If the student has a prescription for an Inhaler, the student must have a completed Asthma Action Plan on file that has been signed by a Parent/Guardian and a Physician. This form can be found on the Providence Academy website or at the front office.

### *Non-prescription medications*

1. Non-prescription medications must be in the manufacturer's packaging with the ingredients listed and the child's name clearly labeled on the container.

2. A Medication Parental Consent form must be completely filled out with the parent's or guardian's signature and on file in the school office.

3. The medication will be administered according to the manufacturer's instructions. A parent may request a lesser dose than the manufacturer's instructions but must complete a Medication Parental Consent form with the request. A greater dose cannot be given without a physician's written consent on file in the school office.

4. A non-prescription medication will be given according to the student's age and/or weight.

5. Requests for non-prescription medications to be given at school must be renewed annually.

6. Tylenol and/or Ibuprofen will be given only if the parent/guardian has given permission via Parents Web.

## INSURANCE

PA provides student accident insurance for all students enrolled. Benefits are payable on a full excess basis for injuries during the hours and days when school is in session, and while attending or participating in school sponsored and supervised activities, on or off school property. Please note that full excess refers to any medical expenses above your family plan coverage. For a schedule of benefits and claim forms, please contact the school office.

## EMERGENCY GUIDELINES - ACCIDENTS

In the event of major accident on the school grounds, an adult should remain on the scene while the principal or administrator is informed.

Students with unknown or severe injuries should only be moved by a professional in the medical field.

Any accident or medical problem should be reported to the school office immediately and an incident report completed. The incident report should be as detailed as possible, outlining exactly what happened and who witnessed the accident. A parent must be informed of all bumps to the head, even if they seem inconsequential.

## CRISIS MANAGEMENT

The Providence Academy *Crisis Management Team* has developed a comprehensive plan to address emergency instances that could occur such as fire, tornado, intruder, gas leak, bomb threat, etc. These procedures are reviewed, discussed and often times enhanced on a quarterly basis. Drills are conducted on a regular basis throughout the school year, with fire drills being conducted on a monthly basis. Parent volunteers are expected to take part in the drills if they are on campus during a called drill. A copy of the school's Critical Incident Plan is available in the school office.

## SECURITY

Providence Academy contracts two full-time security guards as a part of our operations to support student, faculty, and staff safety.

## VIDEO SURVEILLANCE EQUIPMENT

Providence Academy maintains video surveillance equipment to:
1. Assist in efforts to maintain personal safety of students, faculty, staff, and other users of premises

2. Assist with the application of PA policies with regard to school property and the property of others

3. Provide a visual deterrent to crime

4. Increase the likelihood of identification of person(s) who may breach PA policies and/or commit crimes

5. Assist in protecting assets on campus.

No video cameras shall be located in classrooms or in any area where there is a reasonable expectation of privacy. Every effort is made to position video monitors to prevent viewing by the general public and visitors.

The results of video surveillance activities shall be maintained for a reasonable period that will allow sufficient time for the public to report a crime or an accident (which is minimally defined herein as five working days). All recorded media is stored in a secure location and will be recorded over at the end of five working days.

Only authorized members of Providence Academy may review the results of the use of surveillance equipment. The following two special circumstances may be noted regarding recorded media:

1. If it is determined that a crime has occurred in an area where video recording may have taken place, then that video will be maintained and made available to responding law enforcement.

2. If it is determined that an accident has occurred in an area where video recording may have taken place and it is determined to contain evidence, the video will be maintained according to legal direction from the school attorney.

This policy is not intended to address instances where school staff or students videotape a specific event (such as an athletic event), an isolated instance where a classroom is videotaped for educational or research purposes (for example, where a student is required or desires to record a class project or presentation).

## MISCELLANEOUS SCHOOL INFORMATION

**SCHOOL LUNCH PROGRAM**

- **Catered Lunches**
  Catered lunches from various food vendors in the area begin the first week of school.

- **Lunch Orders and Billing**
  Catered lunches are ordered online through FACTS each week for the following two weeks at any time until the Thursday before at 8:00 a.m. The lunch portal will be closed Thursdays from 8:00 a.m. until 10:30 a.m. to process orders.

- **Cancelled Lunch Orders**
  If a student is absent and has ordered lunch, parents may request cancellation on the Current Families page of the PA website. Lunch cancellations must be received no later than 8:30 a.m. the morning of the order to be processed for a refund. Cancellations received after 8:30 a.m. will not be refunded.

- **Emergency Lunches**
  If a student needs an emergency lunch, a $5 emergency sandwich lunch is available. Every attempt will be made to contact the parent for approval of the purchase. If a parent or guardian cannot be reached, the meal will be provided, and the student's account billed accordingly.

**FIELD TRIPS**

Field trips are planned by PA faculty and administration as a way to enhance the curriculum and provide students with opportunities outside of their everyday activities. Permission slips that include the trip

destination, the date and time of the trip, method of transportation and the cost, will be sent home prior to each field trip. Signed parental permission slips must be received by the teacher before the trip. The student is not allowed to attend if the slip is not returned. *Parents and students participating in school field trips must follow the trip itinerary outlined by the faculty coordinator.*

- **Parent Chaperones**
  Please note the following procedures that relate to parents and PA field trips:

  1. We need and desire to have many parent chaperones. Parent involvement is very important to us for both practical and philosophical reasons. Practically, we need your help for supervision purposes. Philosophically, these trips are a great opportunity for you to "plug in" to the educational experience your child is receiving at Providence Academy.

  2. Parents going on a field are to ride with everyone else (students, teachers, etc.).

  3. All parents going on a field trip need to serve as chaperones throughout the trip and stay with the group the whole time. All parents are also required to have a background check prior to going on any field trips. *Parents and students participating in school field trips must follow the trip itinerary outlined by the faculty coordinator.*

  4. If a parent desires to drive separately, to stay in a different hotel, or to follow a different itinerary, he or she should consider visiting the area/site at a different time. This will allow us to avoid confusion and to create continuity with all of our chaperones.

  5. Friends or family members who live near the places we are visiting are welcome to eat or tour with the group. However, they must pay their own way, provide their own transportation, and **accommodate Providence Academy's schedule.**

  6. Only DVDs that are part of the Providence Academy library may be shown to elementary students while being transported on field trips.

  Parents providing transportation must be informed that:

  1. School liability does not cover private transportation.

  2. All parent drivers must have a valid driver's license and current liability insurance for their own vehicle. Copies of a valid driver's license and current insurance card must be on file in the office before a parent will be allowed to serve as a field trip driver.

  3. Field trip drivers must not communicate on cell phones while transporting students.

  4. Each student must be restrained in either a booster seat (ages 5-8) or a seat belt according to TN Child Restraint Laws. Parents of students must supply booster seats if required by law. Booster seats should be labeled with child's name.

  5. Drivers are responsible for returning students to their classroom according to the teacher's directions upon arrival back to school after the trip.

  6. Drivers are not to stop anywhere while in transit that the entire group is not stopping, except in the event of an emergency stop. *Parents and students participating in school field trips must follow the trip itinerary outlined by the faculty coordinator.* If there is an emergency, the driver should notify the teacher via cell phone and, if possible, another parent driver.

  7. Teachers have emergency medical information on all students.

8. It is preferable that parent drivers supply the teacher with cell numbers for communication purposes on trips.

9. Scheduled field trips are active times of learning and social interaction among the students and, therefore, require constant attentive supervision from teachers as well as from assisting parents. *For this reason, younger siblings are not permitted to accompany parents on field trips.*

10. Occasionally a junior or senior may need to drive their car to a field trip. If this is necessary, student drivers are not allowed to transport other students in their car.

11. All school rules apply on all field trips.

Please remember, as you participate in our field trips, you are creating lifetime memories for you and your child. Although the academic element and the curriculum element are the reasons we plan these trips, the kids get so much more than that from these experiences. In order for the total experience to be a good one for the whole group, we must have chaperones to oversee all of the students.

## ABSENCES FROM SCHOOL-SPONSORED FIELD TRIPS

Providence Academy desires for all students to participate in our many field trips. However, we recognize that there may be occasions that a student either cannot attend a field trip or elects not to attend a field trip. Because our field trips are a part of the curriculum, students who elect not to attend will be counted absent from school.

## CLASS PARTIES (GRADES Pre-K – 5)

- Student Party Invitations
Invitations to birthday parties may not be distributed at school unless EVERY member of the student's class is invited, or ALL boys or ALL girls within the class.

- Student Birthday Celebrations
Birthday celebrations at school are generally limited to sharing a special treat with the class. Lunchtime is a preferable time to celebrate in this manner. Parents should notify their child's teacher to work out a time to celebrate which is convenient for all. Teachers should always be notified in advance of any celebrations or visitors that may be coming to the class. Summer birthdays are generally celebrated by classes in August or in May. *It is preferable that younger siblings do not accompany parents during birthday celebrations.*

- Class Parties, Celebrations, and Events
Class parties are an opportunity to observe and celebrate holidays and special events together. All class parties, preferentially, should be held on campus to maximize the school day. *It is preferable that younger siblings do not accompany parents during these events held within classrooms.*

## ELEMENTARY STUDENT DISMISSAL

It is expected for elementary students to always be under the supervision of their parents or parent-appointed persons while attending school events or programs that take place after school. Elementary students are not to be dropped off for ballgames, concerts, dramas, etc. without specific adult supervision.

Case 2:25-cv-00033-DCLC-CRW    Document 26-1    Filed 06/17/25    Page 90 of 93
PageID #: 180

Elementary students are never permitted to roam freely or to run through the building, classrooms, gymnasium, etc., at any time unless directed to do so by the faculty or staff.

It is expected that older siblings of elementary students who have been given the responsibility by parents of supervising younger elementary siblings after school dismissal should be extremely careful to keep the elementary students in close supervision during this time. Elementary students being supervised, at the **parent's direction, by older students, are not** allowed to be in the building or on the grounds at any time without supervision. Parents are held responsible for those elementary students who may be found to be without supervision by parent-appointed older siblings/students after school dismissal. *Compliance with this school guideline is a necessity for the safety of all.*

## TELEPHONE USAGE

Students may, with the permission of the teacher, use the phone located in the school office to call their parents during the school day. If parents need to get a message to their child during the school day, a message may be left with the receptionist and the receptionist will relay the message to the child. Please do not attempt to contact your student on their cell phone during school hours since the students are not allowed to have access to their phones from 8:10am to 3:10pm.

## LOST AND FOUND

Items that are lost and found are placed in the lost and found area in the cafeteria. Once a quarter, unlabeled items that have not been claimed (end of first semester and end of school year) will be donated to a local charity organization. Parents are strongly encouraged to mark all of their child's belongings (lunch boxes, jackets, sweatshirts, uniforms, etc.) with their child's names.

## SOLICITATION

Weekly school folders and the school directory are not to be used for solicitation purposes. No items, including food, may be sold on the campus without authorization from administration.

## FACILITY USAGE

Providence Academy strives to serve the Tri-Cities community in the name of Christ. We desire to use the facility the Lord has blessed us with to assist in accomplishing this objective. Any use of the school's facilities, including the athletic fields, must be approved by the Administration. First priority for facility usage is for school activities. Facility usage forms may be picked up in the school office.

## TECHNOLOGY

- General Principle
  All technology owned by Providence Academy is to be used in a manner consistent with the mission and established policies of Providence Academy.

- Acceptable Use of Hardware
  Hardware includes computers and tablets as well as all devices associated with them. Hardware may not be modified in a manner that affects its performance or appearance. Intentional defacement or sabotage of hardware will be treated as vandalism. If the damage to the hardware results in a loss of data or a disruption of school activities, additional penalties may result.

- Acceptable Use of Software

Software refers to all sets of electronic instructions given to computers and tablets, including operating systems, application software, utility software, and networking software. Without permission from school administration, no software owned by Providence Academy may be copied and used elsewhere. No software (including downloaded shareware, freeware, and plug-ins) may be installed on a PA computer or tablet without permission from school administration. Any act intended to cause equipment failure, loss of data, modification of or **access to other people's data** or disruption of school activities is prohibited. Any attempt to defeat security systems is prohibited.

- Acceptable Use of Connectivity: Connectivity refers to all activities involving networked computers or Wi-Fi enabled tablets. It refers both to activities among PA computers (intranet) and activities involving computers not owned by PA (internet). All files stored on or accessed by devices owned by PA are subject to examination and deletion by the PA administration. Students do not have the right to encrypt files stored on PA devices. No technology owned or provided by PA may be used to transmit or receive copyrighted materials without documented permission from the copyright holder. This includes text, images, audio, and video. All files transmitted by devices owned by PA or by means of accounts paid for by PA are subject to monitoring and examination by PA administrators. The activities on all PA devices may be monitored covertly.

- Internet Protocol
  Students are not permitted to visit chat rooms while using computers or tablets at school. Students are not permitted to access sites that advocate anarchy, racism, hatred, or violence; sites that contain pornography; or sites that provide information used to support destructive activities (e.g., how to make weapons, how to hack computers, etc.). If a student accidentally enters a site that for whatever reason **was not blocked by the school's firewall system of protection and that violates this acceptable use agreement policy**, he is required to inform his teacher immediately, and the teacher will make a note of the infraction. The student will be given the benefit of the doubt and will not be punished for the first incident. However, if a student shows a pattern of entering unacceptable sites or enters an unacceptable site and fails to report it, he will be subject to disciplinary action. All internet activity is monitored by a subcontracted computer resource associate. Students must never give online personal information to anyone.

## SOCIAL NETWORKING

Social networking is a popular platform for social interaction in today's culture. PA advises parents to use caution and to be diligent when deciding at what age and to what extent they allow their children to access these platforms. There are significant risks associated with all forms of social media. PA reserves the right to discipline regarding social media.

PA is responsible to protect the school and to develop guidelines for the use of social networking by school employees as it relates to their professional role within the education setting. Established guidelines are outlined in the Employee Handbook. Social networking communication by PA employees with PA students is limited to high school-age students only. All communication must be in public domains of any site.

## ANIMALS ON CAMPUS

PA acknowledges the important role that pets, dogs in particular, play in our community and the positive impact animals can have on family life. For many community members, dogs and other animals are an

important part of the family. Animals can be a joy, but they are also a big responsibility. When dogs and other animals are brought onto school grounds, this has the potential to create a risk to students (e.g., allergies, bites and scratches) through the animal reacting adversely to unexpected noise, sudden movement of students, and an unfamiliar environment. Therefore, all animals should be left at home during school sponsored events including sporting events.

Animals are only allowed on the school campus under the following conditions:

1. While participating as part of a formal school activity or event.
   a. A request to have an animal on the school campus or in a specific class must be made in writing and approved by the program principal at least one day prior to the event. The written request must should include the following:
      o How the presence of the animal on campus is related to the curriculum
      o The date of the event
      o The length of time the animal will be on campus
      o Where the animal will be located on campus and who will be in charge of the animal
      o Proof that the animal has received all vaccinations

   b. Approved animals must be kept in an appropriate cage, container, or on a leash or other restraint as to not endanger the animal, the students, or staff.

2. While serving as a certified service or guide dog under ADA guidelines

3. While assisting law enforcement officials

PA Administration shall be responsible for contacting local animal control authorities if any wild or stray animal(s) are found in the school building or on the school campus.