**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 2:25-cv-00033** |
| **v.** | ) | |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Comes now, Defendant, by and through counsel, and respectfully moves the Court pursuant to Federal Rules of Civil Procedure 6 for the entry of an Order granting Defendant until and including June 30, 2025, to file a Reply Brief to Plaintiffs' Response to the Defendant's Motion to Dismiss as well as a Response to the Plaintiffs' Motion to Amend Complaint. Counsel for the Plaintiffs has no opposition to the requested relief contained in this Motion.

WHEREFORE, it is respectfully submitted that Defendant's Motion be granted, and Defendant be provided until June 30, 2025, in order to file its Reply and Response.

Respectfully submitted this 19th day of June, 2025.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 19, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Mikel A. Towe