IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LANCE TORBETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:25-CV-33 |
| PROVIDENCE ACADEMY, | ) |
| Defendant. | ) |

**ORDER**

Defendant has filed an Unopposed Motion for Extension of Time [Doc. 27] seeking an extension of time to file a responsive pleading to Plaintiff's Amended Complaint and a Reply to Plaintiff's Response to Defendant's Motion to Dismiss. Counsel for Plaintiffs has been consulted and does not oppose the requested relief. The Court finds the Motion [Doc. 27] to be well-taken and it is **GRANTED**.[1] Defendant shall have until and including **June 30, 2025**, within which to file a response to Plaintiff's Amended Complaint and a Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

---

[1] Given that the requested relief is unopposed, the Court will grant the motion in this instance. However, in the future, motions for extension should state the grounds for the requested extension, even if the request is unopposed.