IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTIANA TORBETT )
as biological parents and next friends of )
minor Plaintiff L.T., )
　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　 )
v. ) No. 2:25-cv-00033-DCLC-CRW
　) JURY DEMANDED
PROVIDENCE ACADEMY, )
　　　　　　　　　　　　　　　　　　　 )
　　　　Defendant. )

## NOTICE OF SERVICE OF
## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the undersigned hereby certifies that all parties to this action were served with a copy of the Plaintiffs' Initial Disclosures. Said Service was made electronically to all counsel:

Peter C. Robison, Esq.　　　　　　　　Mikel A. Towe, Esq.
Lewis Thomason, P.C.　　　　　　　　Lewis Thomason, P.C.
424 Church Street, suite 2500　　　　　900 S. Gay Street, Suite 300
P.O. Box 198615　　　　　　　　　　P.O. Box 2425
Nashville, Tennessee 37219　　　　　　Knoxville, Tennessee 37902
probison@lewisthomason.com　　　　　mtowe@lewisthomason.com

Respectfully submitted this 24th day of June, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*