IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT, TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>As biological parents and next friends of )<br>minor Plaintiff L.T., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROVIDENCE ACADEMY, )<br>)<br>Defendant. ) | Case No.: 2:25-cv-00033<br><br>JURY DEMANDED |

## MOTION FOR PROTECTIVE ORDER

The parties in this matter, Plaintiffs Lance and Christina Torbett as biological parents and next friends of minor Plaintiff L.T. ("Plaintiffs") and Defendant Providence Academy ("Defendant") jointly move for the entry of a protective order in this matter.

As grounds for this motion, the parties would show that this dispute involves multiple minor children, and the factual allegations relate to allegations of assault and subsequent proceedings in juvenile court. The parties anticipate exchanging information and records involving the minor children and the juvenile court proceedings, and have agreed that a protective order is necessary to ensure that records of the minor children and the juvenile court proceedings are not inappropriately made public. A copy of a proposed Agreed Protective Order signed by counsel for all parties is attached.

Respectfully submitted:
LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*Counsel for Plaintiffs*

*/s/ Peter Robison*
Peter C. Robison