IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTIANA TORBETT )
as biological parents and next friends of )
minor Plaintiff L.T., )
                                      )
      Plaintiffs, )
                                      )
v. )    No. 2:25-cv-00033-DCLC-CRW
                                      )    **JURY DEMANDED**
**PROVIDENCE ACADEMY,** )
                                      )
      **Defendant.** )

## NOTICE OF SERVICE OF
## PLAINTIFFS' FIRST SET OF INTERROGATORIRES AND
## REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 33 and 34, the undersigned hereby certifies that all parties to this action were served with a copy of the Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. Said Service was made electronically to all counsel:

Peter C. Robison, Esq.  
Lewis Thomason, P.C.  
424 Church Street, Suite 2500  
P.O. Box 198615  
Nashville, Tennessee 37219  
probison@lewisthomason.com

Mikel A. Towe, Esq.  
Lewis Thomason, P.C.  
900 S. Gay Street, Suite 300  
P.O. Box 2425  
Knoxville, Tennessee 37902  
mtowe@lewisthomason.com

Respectfully submitted this 26th day of June, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*