IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT, TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>As biological parents and next friends of )<br>minor Plaintiff L.T., )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>PROVIDENCE ACADEMY, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　Defendant. ) | Case No.: 2:25-cv-00033<br><br>JURY DEMANDED |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Comes the Defendant, Providence Academy, by and through counsel, and herby gives notice of serving its Responses to Plaintiffs' First Interrogatories and Requests for Production of Documents to counsel for Plaintiffs on August 20, 2025.

Respectfully submitted this 20th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ Peter Robison*
　　　　　　　　　　　　　　　　　　　　Peter C. Robison, BPR #27498
　　　　　　　　　　　　　　　　　　　　424 Church Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　P.O. Box 198615
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　　Phone: 615-259-1343
　　　　　　　　　　　　　　　　　　　　probison@lewisthomason.com

　　　　　　　　　　　　　　　　　　　　*/s/ Mikel A. Towe*
　　　　　　　　　　　　　　　　　　　　Mikel A. Towe, BPR #32404
　　　　　　　　　　　　　　　　　　　　900 South Gay Street, Suite 300
　　　　　　　　　　　　　　　　　　　　P.O. Box 2425
　　　　　　　　　　　　　　　　　　　　Knoxville, TN 37902
　　　　　　　　　　　　　　　　　　　　Phone: 865-546-4646
　　　　　　　　　　　　　　　　　　　　mtowe@lewisthomason.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of August 2025, a copy of the foregoing Notice of Service of Discovery Responses was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Arthur Knight, III
    LAW OFFICE OF ARTHUR KNIGHT, III
    3248 Tazewell Pike, Ste 103
    Knoxville, TN 37918
    arthur@arthurfknightlaw.com

                                        */s/ Mikel A. Towe*
                                        Mikel A. Towe