IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT<br>as biological parents and next friends of<br>minor Plaintiff L.T., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 2:25-cv-00033-DCLC-CRW<br>JURY DEMANDED |
| PROVIDENCE ACADEMY, | )<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF
## PLAINTIFF LANCE TORBETT'S RESPONSE TO DEFENDANT'S
## FIRST REQUESTS FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36, the undersigned hereby certifies that all parties to this action were served with a copy of the Plaintiff Lance Torbett's Response to Defendant's First Requests for Admissions. Said Service was made electronically to all counsel:

Peter C. Robison, Esq.
Lewis Thomason, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219
probison@lewisthomason.com

Mikel A. Towe, Esq.
Lewis Thomason, P.C.
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, Tennessee 37902
mtowe@lewisthomason.com

Respectfully submitted this 25th day of August, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*