UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT, as biological parents and next of friends of minor Plaintiff L.T., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:25-CV-00033-DCLC-CRW |
| PROVIDENCE ACADEMY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss [Doc. 15]. Since the filing of this motion, Plaintiff, on August 5, 2025, has served an amended complaint [Doc. 40], which now moots Defendants' motion. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) ("An amended complaint supersedes an earlier complaint for all purposes." (citation omitted)); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) ("Plaintiff's amended complaint supercedes the original complaint, thus making the motion to dismiss the original complaint moot.") (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000))). Defendant's motion to dismiss [Doc. 15] is therefore **DENIED as moot**. Defendant has leave to refile its motion to dismiss in response to Plaintiff's amended complaint.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge