IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTIANA TORBETT )
as biological parents and next friends of )
minor Plaintiff L.T., )
           )
    Plaintiffs, )
           )
v. )    No. 2:25-cv-00033-DCLC-CRW
           )    JURY DEMANDED
PROVIDENCE ACADEMY, )
           )
    Defendant. )

## NOTICE OF SERVICE OF
## PLAINTIFFS' RESPONSES TO DEFENDANT
## PROVIDENCE ACADEMY'S FIRST INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, the undersigned hereby certifies that all parties to this action were served with a copy of the Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. Said Service was made electronically to all counsel:

Peter C. Robison, Esq.
Lewis Thomason, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219
probison@lewisthomason.com

Mikel A. Towe, Esq.
Lewis Thomason, P.C.
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, Tennessee 37902
mtowe@lewisthomason.com

Respectfully submitted this 15TH day of September, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*