IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT as biological parents and next friends of minor Plaintiff L.T., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 2:25-cv-00033-DCLC-CRW JURY DEMANDED |
| PROVIDENCE ACADEMY, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF
## PLAINTIFFS' RESPONSES TO DEFENDANT PROVIDENCE ACADEMY'S
## FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 34, the undersigned hereby certifies that all

parties to this action were served with a copy of the Plaintiffs' Response to Providence Academy's

First Set of Requests for Production of Documents. Said Service was made electronically to all

counsel:

Peter C. Robison, Esq.
Lewis Thomason, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219
probison@lewisthomason.com

Mikel A. Towe, Esq.
Lewis Thomason, P.C.
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, Tennessee 37902
mtowe@lewisthomason.com

Respectfully submitted this 17TH day of September, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*

Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*