IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT, TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>As biological parents and next friends of )<br>minor Plaintiff L.T., )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>PROVIDENCE ACADEMY, )<br>  )<br>Defendant. ) | Case No.: 2:25-cv-00033<br><br>JURY DEMANDED |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Providence Academy ("Defendant"), by and through counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.01, hereby files this Motion for Summary Judgment as to all claims contained in the Complaint filed by Plaintiffs Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T. (the "minor Plaintiff") (collectively "Plaintiffs").

As argued more fully in the Memorandum of Law filed contemporaneously herewith, Plaintiffs' Amended Complaint asserts two causes of action: violation of Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX"), and a Tennessee state law claim of breach of contract based on the 2023-2024 Providence Academy Student/Parent Handbook (see Docket Entry No. 26-1). Both these claims fail as a matter of law.

First, as briefed in the Memorandum of Law, Defendant did not receive federal funds at any point during the relevant period of the 2023-2024 school year to the present, and Defendant is therefore not subject to Title IX. Plaintiffs' arguments about Defendant having previously received federal funding through the Paycheck Protection Program ('PPP') fail as a matter of law, because Defendant did not receive federal financial assistance "at a time contemporaneous with the alleged

discriminatory conduct." *Davis v. Winston Preparatory Sch.*, 2025 U.S. Dist. LEXIS 123630 at *38 (S.D.N.Y. Jun. 30, 2025). Likewise, Plaintiff's argument that Defendant is subject to Title IX because it holds 501(c)(3) tax-exempt status with the Internal Revenue Service also fails, because tax-exempt status is not a listed form of federal financial assistance under the definitions set forth by the U.S. Department of Education, and courts have repeatedly held that "[t]ax exemption merely allows organizations to keep the money they otherwise would owe in income tax." *Buettner-Hartsoe v. Baltimore Lutheran High School Assoc.* 96 F.4th 707 (4th Cir. 2024).

Second, Plaintiffs' claims under breach of contract fail as a matter of law because the plain language of the 2023-2024 Providence Academy Student/Parent Handbook allow Defendant wide discretion to take disciplinary actions against a student, up to and including expulsion, for the very categories of actions to which the minor Plaintiff pleaded guilty. Moreover, Plaintiffs voluntarily withdrew the minor Plaintiff from school before an expulsion could be entered against him, which refutes Plaintiffs' assertion that the minor Plaintiff was wrongfully expelled.

In support of this Motion, Defendant relies on the Statement of Undisputed Material Facts and Memorandum of Law filed contemporaneously herewith, as well as the following exhibits attached to this Motion:

Exhibit A – Declaration of Benjamin Holland ("Holland Decl.");

Exhibit 1 to the Holland Decl., Grant of Providence Academy's status under 501(c)(3);

Exhibit 2 to the Holland Decl., Payroll Summary for Providence Academy;

Exhibit 3 to the Holland Decl., Providence Academy's PPP Loan Forgiveness Application Form 3508EZ;

Exhibit 4 to the Holland Decl., Notice of Loan Forgiveness from Acclivity Financial and Citizens Bank dated November 6, 2020;

Exhibit 5 to the Holland Decl., 2023-2024 Providence Academy Student/Parent Handbook (see also Docket Entry No. 26-1);

Exhibit 6 to the Holland Decl., Email exchange between Benjamin Holland and Lance Torbett dated February 21, 2024;

Exhibit B – Redacted Responses of Plaintiff Lance Torbett to Defendant's Requests for Admissions[1].

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

---

[1] Defendant has redacted portions of Plaintiff's Responses to Requests for Admissions to avoid details that may identify the minor children involved in the incident that led to the suspension of the minor Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison