# DECLARATION OF BENJAMIN HOLLAND

I, Benjamin Holland, pursuant to 28 U.S.C. § 1746, state and declare under penalty of perjury the following:

1. I am over the age of eighteen years and am qualified to make the following statements based on my own personal knowledge.

2. Since 2018 I have been the Head of School at Providence Academy.

3. Providence Academy is a private Christian school that was formed in 1994, and since 1995 it has held tax-exempt status with the Internal Revenue Service under section 501(c)(3). A copy of the grant of Providence Academy's 501(c)(3) status is attached to this Declaration as Exhibit 1.

4. Like other schools, Providence Academy had to cease in-person operations during the lock-down procedures implemented during the early days of the COVID-19 global pandemic.

5. After the U.S. Congress enacted legislation that created the Paycheck Protection Program ("PPP") through the Small Business Administration ("SBA"), Providence Academy applied to borrow PPP funds from Acclivity Financial, a subsidiary of Citizens Bank, to be able to continue to pay its teachers and staff.

6. Providence Academy borrowed $537,000.00 in PPP loans through Acclivity Financial and Citizens Bank, which funds were used to make payroll payments to its employees from April 17, 2020, through June 30, 2020. All borrowed PPP funds were disbursed prior to June 30, 2020. A copy of a Payroll Summary for Providence Academy for the period from April 17, 2020 through June 30, 2020 is attached as Exhibit 2.

7. Providence Academy later sought forgiveness for the PPP loans and interest it had incurred through the PPP program. A copy of Providence Academy's PPP Loan Forgiveness Application Form 3508EZ is attached to this Declaration as Exhibit 3.

8. On or about November 6, 2020, Providence Academy received a notice from Acclivity Financial and Citizens Bank that its PPP loans had been fully forgiven by the SBA. A copy of that email notice is attached to this Declaration as Exhibit 4.

9. Since November 6, 2020, Providence Academy has never been a recipient of any form of federal funding.

10. At no point during the 2023-2024 scholastic year was Providence Academy a recipient of any form of federal funding.

11. Other than the past PPP loans identified above, Providence Academy did not apply for or receive federal financial assistance for administration, training, or any other benefits of any kind prior to February 2024.

12. The expectations and agreements between Providence Academy and its students for the 2023-2024 school year are set forth in Providence Academy's 2023-2024 Student Handbook. A copy of that handbook is attached to this Declaration as Exhibit 5.

13. Providence Academy has learned that on February 11, 2024, a private party was held at a private residence to watch the broadcast of the Super Bowl (the "Super Bowl party"), and some students of Providence Academy attended that party.

14. The Super Bowl party was not a school function and did not take place on school property. No employee Providence Academy was in attendance.

15. On February 15, 2024, Providence Academy received a report that the minor Plaintiff attended the Super Bowl party, and while there, he and other minors present assaulted another minor child (the "complaining minor") who was also a student at Providence Academy.

16. Immediately after receiving the report of the alleged assault, Providence Academy notified the Department of Children's Services and local law enforcement about the allegations, as I believe is required by law.

17. During Providence Academy's investigation of the allegations, the minor Plaintiff admitted to actions that constituted assault on the complaining Minor.

18. Three other minors who attended the private Super Bowl party and who were also students at Providence Academy were also interviewed and found to have been involved in the incident to a lesser degree.

19. The minor Plaintiff thereafter alleged that the complaining minor had assaulted him first. Providence Academy confirmed with the complaining minor that this did not occur.

20. Providence Academy suspended all the students involved in the assault on the complaining minor, pending investigation. Providence Academy maintained the suspension of the other students involved in the assault, and at the conclusion of its investigation, Providence Academy determined to expel the minor Plaintiff.

21. After the expulsion decision was made on February 21, 2024, I began composing a letter to Plaintiffs Lance and Christiana Torbett to notify them of the expulsion of the minor Plaintiff. However, before I completed the letter, I received an email from Lance Torbett that afternoon notifying me that Plaintiffs were withdrawing the minor plaintiff from Providence Academy effective immediately. I responded to confirm receipt of their notice of withdrawal of the minor Plaintiff, and included the language I had drafted for the letter to them in which they were instructed that the minor Plaintiff would no longer be permitted on campus or at events sponsored by Providence Academy. A copy of that email correspondence is attached to this Declaration as Exhibit 6.

22. I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

Further declarant saith not.

_____
Benjamin Holland
Head of School
Providence Academy

10/20/2025
Date

Case 2:25-cv-00033-DCLC-CRW   Document 48-1   Filed 10/21/25   Page 3 of 3
PageID #: 276