**Jessie Denton**

From: Carol Stoltzfus
Sent: Wednesday, November 11, 2020 11:35 AM
To: Jessie Denton
Subject: Fw: PPP LOAN FORGIVENESS STATUS: APPROVED

---

From: Acclivity Financial <pppforgiveness@acclivityfinancial.com>
Sent: Friday, November 6, 2020 2:38 PM
To: Carol Stoltzfus
Subject: PPP LOAN FORGIVENESS STATUS: APPROVED

 

## PPP LOAN FORGIVENESS STATUS: APPROVED

Dear Providence Academy,

Thank you again for banking with us for your Paycheck Protection Program loan. **Your forgiveness application has been approved and fully forgiven by the Small Business Administration.**

If you have any questions or future financing needs, please do not hesitate to reach out to us.

Citizens Bank and Acclivity Financial thank you for your business.

---

*Acclivity Financial, LLC is a subsidiary of Citizens Bank, Elizabethton TN. Loans are made by Citizens Bank. Citizens Bank is an approved nationwide Preferred Lender with the Small Business Administration (SBA). Loans are subject to credit review and approval.*

