**From:** Ben Holland
**Sent:** Wednesday, February 21, 2024 4:14 PM
**To:** Lance Torbett <ltorbett@comcast.net>; jhicks1941@gmail.com <jhicks1941@gmail.com>; rex@garrisongroupllc.com <rex@garrisongroupllc.com>; matt.jones@johnsoncitykubota.com <matt.jones@johnsoncitykubota.com>; jspuhr@gmail.com <jspuhr@gmail.com>; markbhecht@gmail.com <markbhecht@gmail.com>; ag687@nyu.edu <ag687@nyu.edu>; christy.torbett@concretecraft.com <christy.torbett@concretecraft.com>
**Subject:** RE: Withdrawal

Lance,

It looks like we have made a mutual decision. This communication below was getting ready to be sent to you as I received this communication. I will have admissions follow up with your unenrollment.

Ben Holland

Dear Mr. and Mrs. Torbett,

    As of February 21, 2024 Levi Torbett is expelled from Providence Academy. From this time forward all services from the school will be stopped. Billing will be stopped at the end of this current month of February. Levi is not to return to the campus, or any Providence Academy sponsored events, from this point forward.

    The reason for the expulsion is for acts performed on the evening of February 11th. These actions are in accordance with the Conduct and Discipline section of the Parent and Student Handbook. The grievance policy can be found in the Parent Student Handbook. The handbook can be found under Resource Documents in your FACTS family portal.

Sincerely,

The Administration and Board of Providence Academy

**From:** Lance Torbett <ltorbett@comcast.net>
**Sent:** Wednesday, February 21, 2024 4:06 PM
**To:** PA Receptionist <PAReceptionist@providenceacademy.com>; jhicks1941@gmail.com; rex@garrisongroupllc.com; matt.jones@johnsoncitykubota.com; jspuhr@gmail.com; markbhecht@gmail.com; ag687@nyu.edu; Ben Holland <bholland@providenceacademy.com>; christy.torbett@concretecraft.com
**Subject:** Withdrawal

To Providence Academy,

Christy and I are writing to inform you that we are withdrawing Levi from the school as of today. We can no longer leave him out of school pending this process. We need to know what we need to do to have his records so we can enroll him elsewhere.

EXHIBIT 6

While this was never our intention to do so, we cannot stand behind leaving him at Providence Academy.  We have been a full supporter of this school for years and this breaks our heart as well as Levi's to make this decision.

Lance and Christy Torbett