IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT, TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>As biological parents and next friends of )<br>minor Plaintiff L.T., )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　 )<br>PROVIDENCE ACADEMY, 　　　　　　)<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Defendant. 　　　　　　　　　　)  | Case No.: 2:25-cv-00033<br><br>JURY DEMANDED |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Providence Academy ("Defendant" or "Providence Academy"), pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56.01(c), hereby files this Statement of Undisputed Material Facts in support of its Motion for Summary Judgment as to all claims asserted by Plaintiffs Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T. (the "minor Plaintiff") (collectively "Plaintiffs").

1. Defendant is a private Christian school that was formed in 1994, and since 1995 has held tax-exempt status with the Internal Revenue Service under Section 501(c)(3). Exhibit A, Declaration of Benjamin Holland ("Holland Decl.") ¶ 3; Exhibit 1 to the Holland Decl., Grant of Providence Academy's status under 501(c)(3).

　　RESPONSE:

2. Defendant did not receive funding from the federal government until the extraordinary conditions created by the COVID-19 pandemic and associated lock-down

procedures implemented , when it applied for and received loans through the Paycheck Protection Program ("PPP") Holland Decl. ¶ 4-5.

RESPONSE:

3. Those monies were borrowed from Acclivity Financial, a subsidiary of Citizens Bank, and were used to pay Defendant's teachers and staff from April 17, 2020, through June 30, 2020. *Id*. at ¶ 5-6; Exhibit 2 to the Holland Decl., Payroll Summary for Providence Academy.

RESPONSE:

4. Defendant later sought forgiveness of the PPP loans and interest, which was granted by the Small Business Administration. Holland Decl. ¶ 7-8; Exhibit 3 to the Holland Decl., Providence Academy's PPP Loan Forgiveness Application Form 3508EZ; Exhibit 4 to the Holland Decl., Notice of Loan Forgiveness from Acclivity Financial and Citizens Bank dated November 6, 2020.

RESPONSE:

5. That period was the only time in which Defendant received any federal funds. Holland Decl. ¶ 11. Defendant has never otherwise applied for or received federal financial assistance for administration, training, or other benefits of any kind. *Id*.

RESPONSE:

6. During the 2023-2024 school year, the minor Plaintiff was a student at Defendant's school. Am. Compl. ¶ 3, 9.

RESPONSE:

7. Plaintiffs Lance and Christiana Torbett signed the 2023-2024 Providence Academy Student/Parent Handbook ("Student Handbook"). Exhibit 5 to the Holland Decl. (see also Docket Entry No. 26-1); RFA Responses #13-14.

RESPONSE:

8. On February 11, 2024, the minor Plaintiff attended a Super Bowl party at a private residence (the "Super Bowl party"). *Id*. at ¶ 3; Exhibit B, Plaintiff Lance Torbett's Responses to Request for Admissions ("RFA Responses"), Responses ##1, 17.

RESPONSE:

9. The Super Bowl party was not a school function, it did not take place on school property, and no employee Providence Academy was in attendance. Holland Decl. ¶ 14; RFA Responses ##3, 17.

RESPONSE:

10. On February 15, 2024, Defendant received a report that the minor Plaintiff attended the Super Bowl party, and while there, he and other minors present assaulted another minor child (the "complaining minor") who was also a student at Providence Academy. Holland Decl. at ¶ 15.

RESPONSE:

11. After receiving the report of the alleged assault, Defendant notified the Department of Children's Services and local law enforcement about the allegations. *Id.* at ¶ 16.

RESPONSE:

12. The complaining minor made a report to law enforcement of the incident, and the minor Plaintiff was referred to the Juvenile Court for Washington County, Tennessee, for prosecution. Am. Compl. ¶ 6; RFA Responses # 9.

RESPONSE:

13. The minor Plaintiff ultimately pleaded guilty to a lesser charge and received a sentence of probation. Am. Compl. ¶ 7; RFA Responses ## 9-10.

RESPONSE:

14. At the conclusion of its investigation, Defendant determined to expel the minor Plaintiff on February 21, 2024. Holland Decl. ¶ 20.

RESPONSE:

15. On that same date, February 21, 2024, before Defendant communicated the expulsion to Plaintiffs, Lance Torbett sent Head of School Benjamin Holland an email notifying him that Plaintiffs were withdrawing the minor Plaintiff from Providence Academy effective immediately. Mr. Holland responded to confirm receipt of their notice of withdrawal of the minor

Plaintiff. *Id*. at ¶ 21; <u>Exhibit 6</u> to Holland Decl., Email exchange between Benjamin Holland and Lance Torbett dated February 21, 2024; RFA Responses ## 20-21.

       RESPONSE:

                          Respectfully submitted:

                          LEWIS THOMASON, P.C.

                          */s/ Peter Robison*
                          Peter C. Robison, BPR #27498
                          424 Church Street, Suite 2500
                          P.O. Box 198615
                          Nashville, TN 37219
                          Phone: 615-259-1343
                          probison@lewisthomason.com

                          */s/ Mikel A. Towe*
                          Mikel A. Towe, BPR #32404
                          900 South Gay Street, Suite 300
                          P.O. Box 2425
                          Knoxville, TN 37902
                          Phone: 865-546-4646
                          mtowe@lewisthomason.com

                          *Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison