IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTINA TORBETT
as biological parents and next friends of
minor Plaintiff L.T.,

    Plaintiffs,

v.                                             No. 2:25-cv-00033-DCLC-CRW
                                              JURY DEMANDED

PROVIDENCE ACADEMY,

    Defendant.

## MOTION FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT UP UNTIL AND INCLUDING DECEMBER 5, 2025

Come the Plaintiffs, by and through counsel, and request up until and including December 5, 2025, to file a responsive pleading to Defendant's Motion for Summary Judgment filed on October 21, 2025. The undersigned has completed a trial in federal court in Chattanooga and has two (2) other trials in November in addition to multiple sets of depositions and a mediation. Plaintiff's counsel has contacted counsel for Defendant but has yet to receive a response. It is respectfully submitted that Defendant will suffer no prejudice as a result of this delay.

Respectfully submitted this 22nd day of October, 2025.

                                                          LAW OFFICE OF ARTHUR F. KNIGHT, III

                                                          *s/Arthur F. Knight, III*
                                                          Arthur F. Knight, III, BPR #016178
                                                          Law Office of Arthur F. Knight, III
                                                          3248 Tazewell Pike, Suite 103
                                                          Knoxville, TN 37918
                                                          P: (865) 252-0430
                                                          art@artknightlaw.com
                                                          *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, a copy of the foregoing Motion for Additional Time Up Until and Including December 5, 2025, to Respond to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III