IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LANCE TORBETT, et al., )
)
    Plaintiffs, )
)
v. ) No. 2:25-CV-33
)
PROVIDENCE ACADEMY, )
)
    Defendant. )
)

**ORDER**

    Plaintiffs have filed a Motion for Additional Time to Respond to Motion for Summary Judgment [Doc. 51] in which they seek an extension up to December 5, 2025 to file their response to Defendant's Motion for Summary Judgment, filed on October 21, 2025.[1] As grounds for the motion, Plaintiffs' counsel notes that he has two trials in addition to multiple depositions and a mediation during November. Counsel for Plaintiffs reached out to counsel for Defendant but has not heard back yet.

    Given the fact that there will still be just under one year before the trial date when the response is filed, and the extension will not impact other deadlines, the Court finds the Motion [Doc. 51] to be well-taken and it is **GRANTED**. Plaintiff shall have until and including **December 5, 2025**, within which to file a response to Defendant's Motion for Summary Judgment.

    SO ORDERED:

                                                    /s/Cynthia Richardson Wyrick
                                                    United States Magistrate Judge

---

[1] Per the Local Rules, Plaintiff's brief would normally be due on November 11, 2025. E.D. Tenn. L.R. 7.1(a).