IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>as biological parents and next friends of )<br>minor Plaintiff L.T., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>PROVIDENCE ACADEMY, )<br> )<br>Defendant. ) | No. 2:25-cv-00033-DCLC-CRW<br>JURY DEMANDED |

## PLAINTIFFS' RESPONSE IN OPPOSITION
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Come the Plaintiffs, Lance and Christiana Torbett, as biological parents and next friends of minor Plaintiff L.T., by and through counsel, and respectfully moves the Court pursuant to Federal Rule of Civil Procedure 6 for the entry of an order denying the Motion for Summary Judgment filed by Defendant Providence Academy. In support of their response, Plaintiffs rely upon the record in this cause, as well as the record in *Doe v. Providence Academy, et al*, U.S. District Court No. 2:25-CV-00170-DCLC-CRW, Plaintiffs' Response to the Statement of Material Facts, and the Memorandum of Facts and Law.

WHEREFORE, it is respectfully requested that the Motion for Summary be denied or in the alternative, deferred to a later date in accordance with the Motion to Amend and Motion to Defer Considering Defendant's Motion for Summary Judgment filed contemporaneous herewith.

Respectfully submitted this 5th day of December, 2025.

LAW OFFICE OF ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
Phone: (865) 252-0430
Email: art@artknightlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a copy of the foregoing Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III
