IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT, as biological parents and next friends of minor Plaintiff L.T., | ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| v. | ) ) | Case No. 2:25-cv-33 |
| PROVIDENCE ACADEMY, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Come the Plaintiffs, Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T., by and through counsel, and disclose the following information in accordance with the Federal Rule of Civil Procedure 33 and 34, which require you to answer the following Interrogatories under oath, pursuant to the provisions of those rules.

**DEFINITIONS AND INSTRUCTIONS**

1. As used herein, the terms "you" and "your" or "yourself" refers to the Defendant, each of Defendant's agents, representatives and attorneys, and each person acting or purporting to or on Defendant's behalf.

2. As used herein, the term "person" shall include natural persons, firms, partnerships, associations, joint ventures, corporations, agencies, board, authorities, commission, governmental entities, and any other form of legal or informal entity.

3. "And" as well as "or," as used herein shall read and be applied as though interchangeable, and shall be construed either disjunctively or conjunctively so as to require the fullest and most complete disclosure of all requested information.

4. The term "Document" shall be defined as the original, and if the original is unavailable any copy of any tangible thing or subject matter having any informational content whatsoever, which is now in the actual or constructive possession, custody, or control of you, your attorneys or your representatives of any type whatsoever. Without limiting the generality of the foregoing, and for the

1

purpose of illustration only, the term "Document" shall include, but is not limited to, the following:

- **a.** Handwritten, printed, typewritten, computer-generated, recorded, graphic or photographic material of any kind or character.

- **b.** Any and all tapes, disks, and non-duplicate copies and transcripts thereof; and

- **c.** Any and all memoranda, books, records, filings, reports, notes, desk calendars, diaries, telegrams, transcripts, cables, telex transcriptions, correspondence, graphs, charts, letters lists, minutes, agenda, computer print-outs, data compilations, drafts, contracts, agreements, notations of conversations or conferences, inter-office and intra-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, teletype messages, drawings, tables, financial statements and records, accounting statements and records, invoices, worksheets, ledgers, voucher, receipts, and all other writings of any and every description; and

- **d.** Any and all photographs, movies, tapes, electromagnetic audio or video recordings, laser disks, microfilms, microfiche, computer cards, computer tapes, computer disks or diskettes, computer programs, sound records, and any and all other records of any and every description; and

- **e.** Any and all drafts or copies of any of the objects defined as documents in parts (a)-(d) above, which are not identical to the original of such documents.

5. When an Interrogatory requires you to "state the basis of" a particular claim, contention, or allegations, state in your answer all facts that you think support, refer to, or evidence such claim, contention, or allegations and the identity of each and every evidences of such claim, contention, and allegation.

6. As used herein, "Identify" or "Identification" shall mean:

- **a.** When used in reference to a person, such terms shall call for his or her full name, present or last-known address, telephone number, present or last place of employment and relationship to you, and the events relative to this litigation.

- **b.** When used in reference to a document, such terms shall call for its date, author, the person to whom it was directed (if applicable), the type of document (e.g. letter, memorandum, telegram, chart, etc.), the heading or title of the document (if applicable), its present location, each of its present custodians, and a detailed summary of its contents.

c. If any Interrogatory requests identification of a document and such document as, but is no longer, in the possession or subject to the control of you, state whether it (a) is missing or lost, (b) has been destroyed, and (c) has been transferred to others, or approximate date thereof.

7. In lieu of a summary of the contents of any documents as required by these instructions, you may furnish simultaneously with the filing of answers to these Interrogatories, such document for inspection and copying; and, in the event you choose to produce in lieu of summarizing its contents, your answer to these Interrogatories should state with particularity the document being produced and such document should accompany the answer. When producing the actual document in lieu of a summary of it, you admit the authenticity of the document produced.

8. This singular and plural of words shall be interpreted either in the singular or plural to bring within the scope of these Interrogatories any information that might otherwise be construed to be outside the scope of these Interrogatories and shall not be interpreted so as to exclude any information otherwise within the scope of any one or more of these Interrogatories.

9. As used herein, the present shall always include the past tense.

10. If privilege is claimed as a ground for not answering any Interrogatory or if any Interrogatory is otherwise objected to, describe the legal and factual basis for the claim of privilege or other objection.

11. These Interrogatories are continuing in nature, and supplemental answers should be supplied in the event that additional or different information becomes available. Supplemental answers are to be filed and served pursuant to Rule 26.05 of the Federal Rules of Civil Procedure.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify all individuals affiliated with Defendant involved in or participated in the application of Providence Academy for membership in the TSSAA.

**RESPONSE:**

**INTERROGATORY NO. 2:** Please identify all individuals affiliated with Providence Academy involve in or participated in Providence Academy's affiliation and/or membership with the TSSAA.

3

Case 2:25-cv-00033-DCLC-CRW    Document 56-1    Filed 12/05/25    Page 3 of 5
PageID #: 436

**RESPONSE:**

**INTERROGATORY NO. 3:** Please identify all persons with information or knowledge concerning the allegations contained in Paragraph 118 of the Complaint filed by John and Mary Doe for themselves on behalf of the minor child James Doe in the United States District Court for the Eastern District of Tennessee bearing Docket No. 2:25-CV-00170.

**RESPONSE:**

**INTERROGATORY NO. 4:** Please identify all persons with information or knowledge concerning the allegations contained in Paragraph 119 of the Complaint filed by John and Mary Doe for themselves on behalf of the minor child James Doe in the United States District Court for the Eastern District of Tennessee bearing Docket No. 2:25-CV-00170.

**RESPONSE:**

**INTERROGATORY NO. 5:** Please identify all persons with information or knowledge concerning the allegations contained in Paragraph 120 of the Complaint filed by John and Mary Doe for themselves on behalf of the minor child James Doe in the United States District Court for the Eastern District of Tennessee bearing Docket No. 2:25-CV-00170.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** Produce all communications of any kind between Providence Academy and the TSSAA during the application process for membership in TSSAA.

**RESPONSE:**

**REQUEST NO. 2:** Produce any written communication between Providence Academy and the TSSAA after Providence Academy had become a member of TSSAA.

**RESPONSE:**

**REQUEST NO. 3:** Produce all documents encompassing Providence Academy's membership in the TSSAA.

**RESPONSE:**

**REQUEST NO. 4:** Please produce any and all rules and regulations of the TSSAA to Providence Academy concerning Title IX or any other federal law.

**RESPONSE:**

Respectfully submitted this 5th day of December, 2025.

                        LAW OFFICE OF ARTHUR F. KNIGHT, III

                        *s/Arthur F. Knight, III*
                        Arthur F. Knight, III, BPR #016178
                        Law Office of Arthur F. Knight, III
                        3248 Tazewell Pike, Suite 103
                        Knoxville, TN 37918
                        Phone: (865) 252-0430
                        art@arknightlaw.com
                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a copy of the foregoing Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents to Defendant was served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                        */s/ Arthur F. Knight, III*
                        Arthur F. Knight, III

5

Case 2:25-cv-00033-DCLC-CRW   Document 56-1   Filed 12/05/25   Page 5 of 5
PageID #: 438