IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

**LANCE AND CHRISTINA TORBETT**
as biological parents and next friends of
minor Plaintiff L.T.,

    **Plaintiffs,**

v.                                            No. 2:25-cv-00033-DCLC-CRW
                                                    JURY DEMANDED

**PROVIDENCE ACADEMY,**

    **Defendant.**

## MOTION TO DEFER CONSIDERING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

Come the Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(d) respectfully moves the Court for entry of an Order deferring and/or postponing consideration of the Motion for Summary Judgment filed by the Defendant.

Plaintiffs have filed a Motion for Leave to File a Second Amended Complaint and Proposed Second Amended Complaint. That is predicated on Plaintiffs' contention that Defendant's participation as a member of the Tennessee Secondary School Athletic Association ("TSSAA") subjects it to Title IX. This averment was not included in the Amended Complaint but is proposed now. It is included in the Complaint in *Doe v. Providence Academy, et al*, U.S. District Court, Case No. 2:25-CV-00170-DCLC-CRW filed October 21, 2025, with an answer filed December 3, 2025. The *Doe* complaint concerns the same incident, is filed in the same court, the same judges are assigned, and the same attorneys are representing Providence Academy in *Doe*. As articulated in the reasons in the Affidavit of Arthur F. Knight, III, it is respectfully requested that the Court defer and/or postpone ruling on Defendant's Motion for Summary Judgment until discovery of all claims relative to Defendant's insistence that it is not subject to Title IX be exhausted.

1

WHEREFORE, it is respectfully requested that Plaintiffs' Motion be granted and that the Court defer and/or postpone ruling on Defendant's Motion for Summary Judgment upon the terms and conditions set forth by the Court.

Respectfully submitted this 5th day of December, 2025.

                                            **LAW OFFICE OF ARTHUR F. KNIGHT, III**

                                            *s/Arthur F. Knight, III*
                                            Arthur F. Knight, III, BPR #016178
                                            Law Office of Arthur F. Knight, III
                                            3248 Tazewell Pike, Suite 103
                                            Knoxville, TN 37918
                                            Phone: (865) 252-0430
                                            art@artknightlaw.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a copy of the foregoing Motion to Defer Considering Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                            */s/ Arthur F. Knight, III*
                                            Arthur F. Knight, III