IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTINA TORBETT
as biological parents and next friends of
minor Plaintiff L.T.,

      Plaintiffs,

v.                                                    No. 2:25-cv-00033-DCLC-CRW
                                                       JURY DEMANDED

PROVIDENCE ACADEMY,

      Defendant.

### MEMORANDUM OF FACTS AND LAW IN SUPPORT OF
### MOTION TO DEFER CONSIDERING DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

Defendant has filed a Motion for Summary Judgment in the instant case. The Motion was filed prior to any oral discovery being taken. The parties have exchanged written discovery. Defendant's Motion regarding Title IX simply reflects its argued position that it is not subject to Title IX and specifically cites cases which are not controlling in this Circuit arguing that the receipt of PPP funds and its status as a 501(c)(3) tax exempt corporation is not sufficient to hold it applicable to Title IX. Plaintiffs have cited other cases which are a contrary position. Plaintiffs previously filed cases concerning the applicability of Title IX to the Defendant in litigation over Plaintiffs' Motion to File an Amended Complaint. Again, the cases cited by Defendant are persuasive only as there is no controlling precedent in this Circuit over the issue.

Plaintiffs have cited Providence Academy's receipt of PPP monies as well as its status as a tax exempt corporation as reasons why Providence Academy is subject to Title IX. Additionally, however, in *Doe v. Providence Academy, et al*, 2:25-CV-00170, the complaint lists the additional reason of Providence Academy's application and admission to the TSSAA as a member institution

1

as a reason why Providence Academy is subject to Title IX. The *Doe* complaint was filed October 21, 2025, and an answer was filed by Providence Academy on December 3, 2025. The *Doe* complaint involves the same incident, educational institution, judicial officers, and defense attorneys as the instant case. It is respectfully requested that in light of the fact that the primary defense, at least summarily, to the instant Complaint, as well as the *Doe* complaint is Providence Academy's argument that it is not subject to Title IX, that the Motion for Summary Judgment be deferred and discovery be allowed on the issue of the circumstances concerning Providence Academy's admission as a member school of the TSSAA.

## CONCLUSION

For each and all of the foregoing reasons, it is respectfully requested that the Plaintiffs' Motion be granted.

Respectfully submitted this 5th day of December, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
Phone: (865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, the foregoing Memorandum of Law in Support of Motion to Defer Considering Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III