# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>as biological parents and next friends of )<br>minor Plaintiff L.T., )<br>                                  )<br>    Plaintiffs,                 )<br>                                  )<br>v.                                   )<br>                                  )<br>PROVIDENCE ACADEMY,       )<br>                                  )<br>    Defendant.                ) | No. 2:25-cv-00033-DCLC-CRW<br>JURY DEMANDED |

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

Comes the Plaintiffs, by and through counsel, and respectfully moves the Court pursuant to Federal Rules of Civil Procedure 15 for the entry of an Order for leave allowing Plaintiffs to file a Second Amended Complaint in the discretion of the Court to add the following language to Paragraph 2 of the Amended Complaint:

> Plaintiffs aver that Defendant is subject to Title IX by virtue of its actions and/or inactions regarding obtaining membership in the Tennessee Secondary Schools Athletic Association (the "TSSAA"). Plaintiffs aver, upon information and belief, that Defendant voluntarily agreed to comply with Title IX when it applied for membership and/or alternatively, when it was granted membership in the TSSAA. Additionally, Plaintiffs aver that Defendant ceded control of its operations, including but not limited to the control of its athletic department in which the minor Plaintiff was a participant to the TSSAA. The TSSAA is a recipient of federal financial assistance within the meaning of Title IX. By ceding control of all or part of the operations to the TSSAA, including submitting to the rules and regulations by which its athletic department shall operate, Defendant is subject to Title IX for this additional reason.

The Second Amended Complaint also deletes Paragraph 10 in its entirety. The Proposed Second Amended Complaint is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that Plaintiffs Motion for Leave to File Second Amended Complaint be granted and that it be allowed to file the Second Amended Complaint.

Respectfully submitted this 5th day of December, 2025.

LAW OFFICE OF ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
Phone: (865) 252-0430
Email: art@artknightlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a copy of the foregoing Motion for Leave to File Second Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III