IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTINA TORBETT
as biological parents and next friends of
minor Plaintiff L.T.,

    Plaintiffs,

v.                                                         No. 2:25-cv-00033-DCLC-CRW
                                                                  JURY DEMANDED

PROVIDENCE ACADEMY,

    Defendant.

## MEMORANDUM OF FACTS AND LAW IN SUPPORT OF
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendant has filed a Motion for Summary Judgment in the instant case. The Motion was filed prior to any oral discovery being taken. The parties have exchanged written discovery. Defendant's Motion regarding Title IX simply reflects its argued position that it is not subject to Title IX and specifically cites cases which are not controlling in this Circuit arguing that the receipt of PPP funds and its status as a 501(c)(3) tax exempt corporation is not sufficient to hold it applicable to Title IX. Plaintiffs have cited other cases which are a contrary position. Plaintiffs previously filed cases concerning the applicability of Title IX to the Defendant in litigation over Plaintiffs' Motion to File an Amended Complaint. Again, the cases cited by Defendant are persuasive only as there is no controlling precedent in this Circuit over the issue.

Recently, on October 21, 2025, the *Doe v. Providence Academy, Inc.*, Case No. 2:25-CV-00170 was filed seeking the applicability of Title IX over this incident and in this Court. Providence Academy and Defendant Benjamin Holland filed an Answer December 3, 2025. Providence Academy and Mr. Holland are represented by the same attorneys in both cases.

1

The Complaint in *Doe* specifically alleges that Providence Academy is subject to Title IX by virtue of its receipt of $546,236.40 in financial assistance through the Paycheck Protection Program or "PPP." The Complaint in *Doe* further argues that Title IX applies by virtue of Providence Academy's status as a 501(c)(1) charitable organization. Additionally, however, the *Doe* Complaint avers that Providence Academy is subject to Title IX by virtue of its membership in the Tennessee Secondary School Athletic Association or "TSSAA." The Complaint specifically states that Providence Academy agreed to be subject to Title IX when it was granted membership in the TSSAA. Moreover, the Complaint in *Doe* argues that Providence Academy ceded control of its operation, including, but not limited to its athletic department, to the TSSAA and as the TSSAA is clearly a recipient of federal financial assistance and therefore, Providence Academy is subject to Title IX for this additional reason.

As a result of the TSSAA averments in the *Doe* Complaint, and the Answer to the allegations filed by Providence Academy and Benjamin Holland in their Answer on December 3, 2025, minor Plaintiffs have submitted Interrogatories and Requests for Production to Defendant. The minor Plaintiffs have also requested a taped deposition of anyone with knowledge concerning Providence Academy's application for membership and/or its membership with the TSSAA. The minor Plaintiffs have also filed a Motion to Defer Ruling on Defendant's Motion for Summary Judgment until said discovery can be completed and a response can be filed which reflects all the arguments on the issue of whether Providence Academy is subject to Title IX.

It is respectfully submitted that the applicability of Title IX to Providence Academy is a central issue in not only the instant case, but also the *Doe* case which is pending in this very Court. As stated, Providence Academy is represented by the same attorneys in both cases and accordingly, it is respectfully requested that the Complaint be amended and discovery be allowed to fully litigate the issue of Providence Academy's applicability to Title IX under all theories alleged.

## CONCLUSION

For each and all of the foregoing reasons, it is respectfully requested that the Motion for Leave to File Second Amended Complaint be granted.

Respectfully submitted this 5th day of December, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
Phone: (865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, the foregoing Memorandum of Law in Support of Plaintiff's Leave to File Second Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III