IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT )<br>as biological parents and next friends of )<br>minor Plaintiff L.T., )<br>       )<br>    Plaintiffs, )<br>       )<br>v. )<br>       )<br>PROVIDENCE ACADEMY, )<br>       )<br>    Defendant. ) | No. 2:25-cv-00033-DCLC-CRW<br>JURY DEMANDED |

**NOTICE OF SERVICE OF
PLAINTIFFS' SECOND SET OF INTERROGATORIRES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 33 and 34, the undersigned hereby certifies that all parties to this action were served with a copy of the Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. Said Service was made electronically to all counsel:

Peter C. Robison, Esq.  
Lewis Thomason, P.C.  
424 Church Street, Suite 2500  
P.O. Box 198615  
Nashville, Tennessee 37219  
probison@lewisthomason.com  

Mikel A. Towe, Esq.  
Lewis Thomason, P.C.  
900 S. Gay Street, Suite 300  
P.O. Box 2425  
Knoxville, Tennessee 37902  
mtowe@lewisthomason.com  

Respectfully submitted this 5th day of December, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiffs*