IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE

LANCE AND CHRISTIANA TORBETT
as biological parents and next friends of
minor Plaintiff L.T.,

    Plaintiffs,

v.                                    No. 2:25-cv-00033-DCLC-CRW
                                          JURY DEMANDED

PROVIDENCE ACADEMY,

    Defendant.

## NOTICE OF FILING

Come the Plaintiffs, by and through counsel, and file the Plaintiff Christina Torbett's Responses to Defendant Provident Academy's Requests for Admissions (attached as **Exhibit A** hereto) and Plaintiff Lance Torett's Responses to Defendant Provident Academy's Requests for Admissions (attached as **Exhibit B** hereto) as certain responses are cited in the Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment and Plaintiffs' Responses to Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment.

Respectfully submitted this 5th day of December, 2025.

                                          ARTHUR F. KNIGHT, III

                                          *s/Arthur F. Knight, III*
                                          Arthur F. Knight, III, BPR #016178
                                          Law Office of Arthur F. Knight, III
                                          3248 Tazewell Pike, Suite 103
                                          Knoxville, TN 37918
                                          P: (865) 252-0430
                                          art@arknightlaw.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III