UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT, as biological parents and next of friends of minor Plaintiff L.T., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE ACADEMY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:25-CV-00033-DCLC-CRW |

**ORDER**

This matter is before the Court on a sua sponte review of the record. In a recent filing, Plaintiffs represent that this case "concerns the same incident" as that in *Doe v. Providence Academy et al.*, 2:25-CV-000170-DCLC-CRW (E.D. Tenn. 2025), a pending case that is also before this Court. [Pls.' Mot. to Defer Ruling, Doc. 57, at 1]. The parties are **ORDERED** to confer with Plaintiffs' attorneys in *Doe* and to submit, by **Monday, January 19, 2026**, a joint filing in which they state whether they oppose the consolidation of these two cases. *See* Fed. R. Civ. P. 42(a) (permitting courts to consolidate actions that "involve a common question of law or fact"); *see also Dudenhoefer v. Fifth Third Bancorp*, 1:08-CV-538, 2009 WL 10678974, at *2 (S.D. Ohio Mar. 16, 2009) ("[T]he critical consideration . . . is whether there is at least one common question of law or fact to justify bringing the actions together[.]" (second alteration in original) (quotation omitted)).

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge