UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LANCE AND CHRISTIANA TORBETT, as biological parents and next of friends of minor Plaintiff L.T., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE ACADEMY, <br><br> Defendant. | ) ) ) ) ) ) ) No. 2:25-CV-00033-DCLC-CRW ) ) ) ) ) |

## NOTICE

This matter is before the Court on the parties' Joint Statement Regarding Consolidation [Doc. 69]. At this time, the Court does not intend to order consolidation of this case with *Doe v. Providence Academy et al.*, 2:25-CV-000170-DCLC-CRW (E.D. Tenn. 2025).

**ENTER:**

s/Clifton L. Corker
United States District Judge