# IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT, TENNESSEE
### AT GREENVILLE

LANCE AND CHRISTIANA TORBETT )
As biological parents and next friends of )
minor Plaintiff L.T., )
                                         )
        Plaintiffs, )
                                           )      **Case No.: 2:25-cv-00033**
v. )
                                           )      **JURY DEMANDED**
PROVIDENCE ACADEMY, )
                                           )
        Defendant. )

---

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

---

Comes the Defendant, Providence Academy, by and through counsel, and herby gives notice of serving its Amended Responses to Plaintiffs' Second Interrogatories and Requests for Production of Documents to counsel for Plaintiffs on April 6, 2026.

Respectfully submitted this 6th day of April 2026.

*/s/ Mikel A. Towe*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6t[h] day of April 2026, a copy of the foregoing Notice of Service of Discovery Responses was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Mikel A. Towe*
Mikel A. Towe