# IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT, TENNESSEE
### AT GREENVILLE

| | |
|---|---|
| **LANCE AND CHRISTIANA TORBETT** ) <br> **As biological parents and next friends of** ) <br> **minor Plaintiff L.T.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **PROVIDENCE ACADEMY,** ) <br> ) <br> **Defendant.** ) | **Case No.: 2:25-cv-00033** <br><br> **JURY DEMANDED** |

---

## NOTICE OF CHANGE OF ADDRESS

---

Defendant, Providence Academy, by and through counsel, gives notice of the change of address of Peter C. Robison, and that effective March 30, 2026, all future correspondence and pleadings should be directed to counsel's new address as follows:

**Peter C. Robison, BPR #27498**
**LEWIS THOMASON, P.C.**
**1201 Demonbreun Street, Suite 1000**
**Nashville, Tennessee 37203**
**Phone: 615-259-1343**
**Fax: (615) 259-1389**
**probison@lewisthomason.com**

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Phone: 615-259-1343
probison@lewisthomason.com

Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter C. Robison*
Peter C. Robison