| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT** | ) | |
| **As biological parents and next friends of** | ) | |
| **minor Plaintiff L.T.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.:  2:25-cv-00033** |
| **v.** | ) | |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Providence Academy ("Defendant" or "Providence Academy"), by and through counsel, pursuant to Federal Rule of Civil Procedure 56, hereby files Second Motion for Summary Judgment as to all claims contained in the Second Amended Complaint filed by Plaintiffs Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T. (the "minor Plaintiff") (collectively "Plaintiffs"). To avoid duplication, Defendant incorporates its first Motion for Summary Judgment (Docket Entry No. 48) and Exhibits A and B thereto, as well as the Statement of Undisputed Material Facts (Docket Entry No. 49) and Memorandum of Law in Support (Docket Entry No. 50) as if set forth fully herein.

The sole additional issues raised in Plaintiffs' Second Amended Complaint (Docket Entry No. 71) relate to alleged application of Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") through membership in the Tennessee Secondary School Athletic Association ("TSSAA"), and are addressed in the contemporaneously filed Statement of Undisputed Facts, Memorandum of Law, and the following exhibits:

Exhibit C – Second Declaration of Benjamin Holland, with Exhibit 1 thereto, TSSAA Application Materials of Providence Academy, and Exhibit 2 thereto, 2023-2024 TSSAA Handbook.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison