## SECOND DECLARATION OF BENJAMIN HOLLAND

I, Benjamin Holland, pursuant to 28 U.S.C. § 1746, state and declare under penalty of perjury the following:

1. I am over the age of eighteen years and am qualified to make the following statements based on my own personal knowledge.

2. Since 2018 I have been the Head of School at Providence Academy.

3. In 2021, Providence Academy applied for admission to the Tennessee Secondary School Athletic Association ("TSSAA"), which organizes and coordinates interscholastic athletics.

4. When Providence Academy applied for TSSAA membership it completed a TSSAA New Member Request Form and indicated it wanted to join Division II – Independent Schools. A copy of Providence Academy's application materials to join the TSSAA is attached as Exhibit 1.

5. The purpose of the TSSAA, according to the TSSAA Handbook for 2023-2024, is to "stimulate and regulate interscholastic athletic competition among member schools in accordance with the standards established by those schools in the TSSAA Bylaws." Exhibit 2, 2023-2024 TSSAA Handbook ("TSSAA Handbook") p. 1.

6. Providence Academy was admitted as a member school to Division II on or about February 8, 2022, and agreed ensure that its school teams and coaches abided by the Bylaws of the TSSAA and rules contained in the TSSAA Handbook.

7. None of Providence Academy's operations in the 2023-2024 school year were funded in any way by federal funding.

8. The TSSAA did not and does not control the operations, finances, or managements of Providence Academy.

9. I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

**EXHIBIT C**

Further declarant saith not.

_____
Benjamin Holland
Head of School
Providence Academy

**4/20/26**
_____
Date