# TSSAA New Member Request Form

Thank you for your interest in joining the Tennessee Secondary School Athletic Association.  The information you submit via this form will assist us in creating a correct and complete record of your membership.  Please be as thorough as possible.

Membership in the TSSAA is open to any secondary school in Tennessee, both public and non-public, that meets the following criteria:

1. Includes grade 9 and/or higher.
2. Is approved by the State Department of Education, State Department of Education approved agencies (Schools must be in Category 1, 2, or 3), AdvanceEd, and/or Southern Association of Independent Schools.

Schools meeting the above criteria desiring membership in TSSAA must make application to the Board of Control. By completing the form below, you are asking the TSSAA Board of Control to consider your application for membership at their next Board of Control Meeting.  (This form must be completed at least one week prior to the next Board Meeting.)

Board of Control Meeting Schedule:
August 16, 2021
November 11, 2021
February 7, 2022
June 7, 2022

Further information about membership, including a listing of minimum annual dues, can be found in Article I, Section 1 of the TSSAA Bylaws: http://tssaa.org/tssaa-bylaws-constitution/

Name and Position of individual completing this form *

George Pitts Athletic Director

Email address of individual completing this form *

gpitts@providenceacademy.com

School Details

EXHIBIT C-1

Full Name of School *

Providence Academy

Type of School *

( ) Public

(●) Private

( ) Public Virtual School

Please provide information about the school's accreditation *

Association of Christian Schools International and COGNIA

County in which your school is located *

Washington ▼

School District *

Providence Academy

Grade Configuration *

Pre K-12

Enrollment (please give the number of students enrolled in your school for the current school-year and/or your best estimate for the upcoming school-year; please include grades 9-12 ONLY) *

2021-2022  172   2022-2023  180

## Sports

TSSAA member schools must join for all sports the school offers that are sanctioned by TSSAA. For example, a school may not join for basketball only if the school also offers a football program.

Supplement #14 (page 4)      – 7668 –

Please select all sports your school plans to offer to students:

- ☑ Baseball
- ☑ Basketball (Boys)
- ☑ Basketball (Girls)
- ☐ Bowling (Boys)
- ☐ Bowling (Girls)
- ☑ Cross Country (Boys)
- ☑ Cross Country (Girls)
- ☐ Football
- ☑ Golf (Boys)
- ☑ Golf (Girls)
- ☑ Soccer
- ☑ Soccer (Girls)
- ☐ Softball (Girls)
- ☑ Tennis (Boys)
- ☑ Tennis (Girls)
- ☑ Track & Field (Boys)
- ☑ Track & Field (Girls)
- ☑ Volleyball (Girls)
- ☐ Wrestling
- ☐ Wrestling (Girls)
- ☐ Co-op Only (My school does not plan to host any sports, but rather enter a cooperative agreement with another school)
- ☐ Virtual School - Our students will participate for their zoned public school.

Case 2:25-cv-00033-DCLC-CRW      Document 77-2      Filed 05/13/26      Page 4 of 12
PageID #: 531

If Co-op Only, with which school do you plan to co-op?

## Classification

Please indicate which Division you are interested in joining. *

○ Division I - Public Schools

◉ Division II - Independent Schools

## Contact Information

Principal Name *

Paul Davidhizar

Principal Email *

pdavidhizar@providenceacademy.com

Athletic Director Name *

George Pitts

Athletic Director Email *

gpitts@providenceacademy.com

School Mailing Address *

This address will be used to send correspondence to your school via USPS. Remember to include ZIP code.

Providence Academy 2788 Carroll Creek Rd Johnson City, TN 37615

School Shipping Address

This address will be used to ship packages or awards to your school via UPS or FedEx. Remember to include ZIP code.

same as above

Main Office Phone *

423-854-8958

Main Office Fax

423-854-8958

Additional Information

Please comment below with any additional information you want to provide to TSSAA:

Agreement

By selecting below, I agree that the above information is correct and that my school wishes to apply for membership with TSSAA beginning with the indicated school-year: *

○ 2021-2022 (Effective immediately upon Board approval)

◉ 2022-2023

This form was created inside of TSSAA.

Google Forms



# Tennessee Secondary School Athletic Association

P.O. Box 319 - 3333 Lebanon Road - Hermitage, TN 37076
Phone: (615) 889-6740 - Fax: (615) 889-0544 - www.tssaa.org

October 25, 2021

**_VIA ELECTRONIC MAIL_**

Mr. George Pitts, Athletic Director
Providence Academy
2788 Carroll Creek Road
Johnson City, TN 37615

Dear Mr. Pitts:

This is to acknowledge receipt of the application from Providence Academy requesting TSSAA membership beginning with the 2022-2023 school year. This request will be placed on the TSSAA Board of Control agenda for consideration during their next scheduled meeting on November 10, 2021.

Based on the information submitted, Providence Academy's estimated enrollment next year is 180 students in grades 9-12. If approved, the school will be placed in DII, Class A, East, District 1 in basketball, baseball, girls' volleyball, tennis, track and field, girls' soccer, soccer, cross country, and golf.

We will notify the Providence Academy administration as soon as the Board of Control makes a decision. If you have any questions concerning this, please feel free to contact our office.

Sincerely,

Bernard Childress
Executive Director

BC:lj

cc:     Ms. Shonnie Speicher, TSSAA
        Mr. Bradley Lambert, TSSAA
        Mr. Kennedy Emebunor, TSSAA
        Ms. Heather Carter, TSSAA



**Tennessee Secondary School Athletic Association**

P.O. Box 319 - 3333 Lebanon Road - Hermitage, TN 37076
Phone: (615) 889-6740 - Fax: (615) 889-0544 - www.tssaa.org

November 11, 2021

***VIA ELECTRONIC MAIL***

Mr. George Pitts, Athletic Director
Providence Academy
2788 Carroll Creek Road
Johnson City, TN 37615

Dear Mr. Pitts:

This is to inform you that the TSSAA Board of Control tabled the request submitted by Providence Academy to become a TSSAA member school until their next regularly scheduled meeting on February 7, 2022. We will notify the Providence Academy administration as soon as the Board of Control makes a decision.

If you have any questions concerning this, please feel free to contact our office.

Sincerely,

Bernard Childress
Executive Director

BC:lj

cc:  Ms. Shonnie Speicher, TSSAA
     Mr. Bradley Lambert, TSSAA
     Mr. Kennedy Emebunor, TSSAA
     Ms. Heather Carter, TSSAA



## Tennessee Secondary School Athletic Association

P.O. Box 319 - 3333 Lebanon Road - Hermitage, TN 37076
Phone: (615) 889-6740 - Fax: (615) 889-0544 - www.tssaa.org

February 8, 2022

*VIA ELECTRONIC MAIL*

Mr. George Pitts, Athletic Director
Providence Academy
2788 Carroll Creek Road
Johnson City, TN 37615

Dear Mr. Pitts:

This is to inform you that the TSSAA Board of Control approved the request submitted by Providence Academy to become a TSSAA member school effective with the 2022-23 school year. The school will be placed in DII, Class A, East, District 1 in basketball, baseball, girls' volleyball, tennis, track and field, girls' soccer, soccer, cross country, and golf.

TSSAA membership applications may be obtained by accessing the TSSAA Portal online. You will be e-mailed log-in instructions for the Portal during the summer prior to the start of the school year. If you have questions regarding the application process, please contact Kennedy Emebunor (kemebunor@tssaa.org) at the state office.

If you have any questions regarding this, please feel free to contact our office.

Sincerely,

Bernard Childress
Executive Director

BC:lj

cc:    Ms. Shonnie Speicher, TSSAA
       Mr. Bradley Lambert, TSSAA
       Mr. Kennedy Emebunor, TSSAA
       Ms. Heather Carter, TSSAA

# REQUEST FOR TMSAA MEMBERSHIP

**School:** Providence Academy                    **Type:** Independent

**Address:** 2788 Carroll Creek Rd Johnson City, TN 37615

**Phone:** (423) 854-9819                         **Fax:** (423) 854-8958

**County:** Washington

**Grade Configuration:** PreK - 12        **Enrollment (9th – 12th):** 200

**Principal:** Sherry Chambers
**Email:** schambers@providenceacademy.com

**Athletic Director:** George Pitts
**Email:** gpitts@providenceacademy.com

**Sports:**

Football

Baseball                                          Softball (Girls),

Basketball (Boys)                                 Basketball (Girls)

Cross Country (Boys)                              Cross Country (Girls)

Golf (Boys)                                       Golf (Girls)

Soccer                                            Soccer (Girls)

Track & Field (Boys)                              Track & Field (Girls)

Wrestling                                         Volleyball (Girls)

**Year Desiring Membership:** 2024-25

**George Pitts**

| | |
|---|---|
| **From:** | Shonnie Speicher <sspeicher@tssaa.org> |
| **Sent:** | Tuesday, August 27, 2024 10:12 AM |
| **To:** | George Pitts |
| **Subject:** | Providence Academy - TMSAA Membership |

George,

I just wanted to let you know that your school has been added to the list of TMSAA member schools. The next time you log into the portal, you should have access to the high school and middle school accounts. When you have an opportunity, please submit the Membership Statement and Membership Contract for TMSAA. The portal may restrict your access until you verify the school's directory information. If that message pops up, just close the window, make any necessary changes, and hit the submit button at the bottom of the page.

If I can be of further assistance, please let me know.

--
Shonnie Speicher
Executive Coordinator
TSSAA
3333 Lebanon Road, PO Box 319
Hermitage, TN 37076
P - (615) 889-6740; F - (615) 889-0544

1