# IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT, TENNESSEE
### AT GREENVILLE

| | | |
|---|---|---|
| LANCE AND CHRISTIANA TORBETT | ) | |
| As biological parents and next friends of | ) | |
| minor Plaintiff L.T., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2:25-cv-00033 |
| v. | ) | |
| | ) | JURY DEMANDED |
| PROVIDENCE ACADEMY, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Defendant Providence Academy ("Defendant" or "Providence Academy"), pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56.01(c), hereby files this Statement of Undisputed Material Facts in support of its Second Motion for Summary Judgment as to all claims asserted by Plaintiffs Lance and Christiana Torbett as biological parents and next friends of minor Plaintiff L.T. (the "minor Plaintiff") (collectively "Plaintiffs"). Defendant incorporates by reference its previous Statement of Undisputed Material Facts (Docket Entry No. 49) Nos. 1-15 and provides these additional statements of fact in support of its Second Motion for Summary Judgment:

16.     In 2021, Defendant applied for admission to the Tennessee Secondary School Athletic Association ("TSSAA"). Exhibit C, Second Declaration of Benjamin Holland ("Holland Declaration #2") ¶ 3.

RESPONSE:

17.     The TSSAA promotes and regulates interscholastic athletic competitions among members schools. *Id*. at ¶ 5; Exhibit 2 to Holland Declaration #2, 2023-2024 TSSAA Handbook ("TSSAA Handbook") p. 1.

RESPONSE:

18.     Defendant was admitted as a member school to Division II on or about February 8, 2022. *Id*. at ¶ 6.

RESPONSE:

19.     The TSSAA application materials do not reference Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") or subject its member schools to the application of Title IX. Exhibit 1 to Holland Declaration #2, TSSAA Application Materials of Providence Academy.

RESPONSE:

20.     The TSSAA Constitution and Bylaws do not reference Title IX or subject its member schools to the application of Title IX. Exhibit 2 to Holland Declaration #2, TSSAA Handbook, *infra*.

RESPONSE:

21.     Defendant agreed to abide by the TSSAA Constitution and Bylaws, but did not cede controlling authority of its athletic department or school to the TSSAA. Holland Declaration #2 ¶¶ 6, 8.

RESPONSE:


22.     The TSSAA did not and does not control the operations, finances, or management of Defendant. Holland Declaration #2 ¶ 8.

RESPONSE:


Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison