**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE
AT GREENVILLE**

**LANCE AND CHRISTINA TORBETT
as biological parents and next friends of
minor Plaintiff L.T.,**

       **Plaintiffs,**

**v.**                                      **No. 2:25-cv-00033-DCLC-CRW**
                                            **JURY DEMANDED**

**PROVIDENCE ACADEMY,**

       **Defendant.**

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT UP UNTIL AND INCLUDING JUNE 12, 2026

Come the Plaintiffs, by and through counsel, and request up until and including June 12, 2026, to file a responsive pleading to Defendant's Second Motion for Summary Judgment filed on May 13, 2026. Counsel for Plaintiffs has spoken with counsel for Defendant who has no objection to the extension.

Respectfully submitted this 21st day of May, 2026.

                **LAW OFFICE OF ARTHUR F. KNIGHT, III**

                *s/Arthur F. Knight, III*
                Arthur F. Knight, III, BPR #016178
                Law Office of Arthur F. Knight, III
                3248 Tazewell Pike, Suite 103
                Knoxville, TN 37918
                P: (865) 252-0430
                art@artknightlaw.com
                *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, a copy of the foregoing Motion for Extension of Time to Respond to Defendant's Second Motion for Summary Judgment Up Until and Including June 12, 2026, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Arthur F. Knight, III

Arthur F. Knight, III

2