IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LANCE TORBETT, et al.,                          )
                                                )
            Plaintiffs,                         )
                                                )
v.                                              )      No. 2:25-CV-33
                                                )
PROVIDENCE ACADEMY,                             )
                                                )
            Defendant.                          )
                                                )

**ORDER**

Plaintiffs have filed a Motion for Extension of Time to Respond to Defendant's Second Motion for Summary Judgement [Doc. 80], requesting until June 12, 2026 within which to respond to Defendant's dispositive motion. While Plaintiffs do not provide a specific reason for the requested extension, they note that Defendant does not oppose the requested extension.[1]

Given that there is still plenty of time before the trial, and the extension will not impact other deadlines, the Court finds the Motion [Doc. 80] to be well-taken and it is **GRANTED**. Plaintiff shall have until and including **June 12, 2026**, within which to file a response to Defendant's Second Motion for Summary Judgment.

            SO ORDERED:

                                    /s/Cynthia Richardson Wyrick
                                    United States Magistrate Judge

---

[1] In the future, counsel should include the reason for requesting an extension, even when the requested extension is unopposed.