# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

LANCE AND CHRISTIANA TORBETT )
as biological parents and next friends of )
minor Plaintiff L.T., )
)
      Plaintiffs, )
)
v. )          No. 2:25-cv-00033-DCLC-CRW
)          **JURY DEMANDED**
PROVIDENCE ACADEMY, )
)
      Defendant. )

## PLAINTIFFS' RESPONSE TO DEFENDANT'S
## SECOND MOTION FOR SUMMARY JUDGMENT

Come the Plaintiffs, Lance and Christina Torbett, as biological parents and next friends of

the minor Plaintiff L.T., and respond in opposition to the Second Motion for Summary Judgment

filed by Defendant Providence Academy. In support it its response, Plaintiff submits a

Memorandum of Facts and Law, and a response to the Defendant's Statement of Material Facts.

WHEREFORE, Plaintiffs, Lance and Christina Torbett, as biological parents and next

friends of minor Plaintiff L.T., and respectfully request that Defendant's Second Motion for

Summary Judgment be denied.

Respectfully submitted this 12th day of June, 2026.

LAW OFFICE OF ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
Email: art@artknightlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a copy of the foregoing Plaintiffs' Response to Defendant's Second Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Arthur F. Knight, III
Arthur F. Knight, III

2