# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTIRCT OF TENNESSEE
### AT GREENVILLE

**LANCE AND CHRISTIANA TORBETT**
**as biological parents and next friends of**
**minor Plaintiff L.T.,**

      **Plaintiffs,**

**v.**

                                     **No. 2:25-cv-00033-DCLC-CRW**
                                     **JURY DEMANDED**

**PROVIDENCE ACADEMY,**

      **Defendant.**

## PLAINTIFFS' RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FATS IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Come the Plaintiffs, by and through counsel, and responds to the Statement of Undisputed Material Facts in Support of Defendant's Second Motion for Summary Judgment [Doc. 79] as follows:

16. In 2021, Defendant applied for admission to the Tennessee Secondary School Athletic Association ("TSSAA"). Exhibit C, Second Declaration of Benjamin Holland ("Holland Declaration #2") ¶3.

    **RESPONSE: Admitted for purposes of summary judgment only.**

17. The TSSAA promotes and regulates interscholastic athletic competitions among members schools. *Id.* at ¶ 5; Exhibit 2 to Holland Declaration #2, 2023-2024 TSSAA Handbook ("TSSAA Handbook") p.1.

    **RESPONSE: Admitted for purposes of summary judgment only.**

18. Defendant was admitted as a member school to Division II on or about February 8, 2022. *Id.* at ¶ 6.

    **RESPONSE: Admitted for purposes of summary judgment only.**

1

19.     The TSSAA application materials do not reference Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") or subject its member schools to the application of Title IX.  Exhibit 1 to Holland Declaration #2, TSSAA Application Materials of Providence Academy.

**RESPONSE:  Admitted for purposes of summary judgment only.**

20.     The TSSAA Constitution and Bylaws do not reference Title IX or subject to its member schools to the application of Title IX.  Exhibit 2 to Holland Declaration #2, TSSAA Handbook, *infra.*

**RESPONSE:  Objection.  The phrase "subject to its member schools the application of Title IX" is not only a decision for the Court, but is contrary to both the Handbook attached as an Exhibit to Mr. Holland's Declaration, as well as the TSSAA website found at tssaa.org, and therefore, the phrase is disputed.  The remaining averments of No. 20 are admitted for the purposes of summary judgment only.**

21.     Defendant agreed to abide by the TSSAA Constitution and Bylaws, but did not cede controlling authority of its athletic department or school to the TSSAA.  Holland Declaration #2 ¶¶ 6, 8.

**RESPONSE:  Objection.  The phrase "but did not cede controlling authority of its athletic department or school to the TSSAA", is not only a question for the Court to decide, it is disputed by the Handbook attached to the Declaration of Mr. Holland, as well as the TSSAA website at tssaa.org.**

22.     The TSSAA did not and does not control the operations, finances, or management of Defendant.  Holland Declaration #2 ¶ 8.

**RESPONSE:  Disputed.  See Exhibit C-2 to the Declaration of Mr. Holland, as well as the website of the TSSAA found at tssaa.org.**

2

Respectfully submitted this 12th day of June, 2026.

LAW OFFICE OF ARTHUR F. KNIGHT, III


*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
art@arknightlaw.com
*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a copy of the foregoing Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendant's Second Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.


*/s/ Arthur F. Knight, III*
Arthur F. Knight, III

3