**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 2:25-cv-00033** |
| **v.** | ) | |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT PROVIDENCE ACADEMY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT PRODUCED BY PLAINTIFFS</u>**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, move this Honorable Court *in limine* to exclude any evidence not produced by Plaintiffs Lance and Christina Torbett, as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs") prior to the deadlines established by the Court, including, but not limited to, any undisclosed documents or testimony supporting Plaintiffs' theories of liability, and any documentation, testimony or information pertaining to Plaintiffs' alleged injuries or damages. Defendant reserves the right to object to Plaintiffs' Exhibit List and Witness List consistent with this motion *in limine*. Plaintiffs should not be permitted to offer evidence that it failed to timely produce in response to requested discovery. *See Roberts v. Anderson*, 213 Fed. Appx. 420, 426 (6th Cir. 2007). Admission of such evidence is prejudicial to Defendant to admit undisclosed evidence; exclusion of such evidence is the appropriate sanction.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison