**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:25-cv-00033** |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT PROVIDENCE ACADEMY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ATTORNEYS FEES INCURRED IN OTHER PROCEEDINGS**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, move this Honorable Court *in limine* to exclude any testimony or evidence in the trial of this matter by Plaintiffs Lance and Christina Torbett, as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs") regarding attorneys' fees or expenses incurred in proceedings other than this action before the Court.

As grounds for this motion, Defendant would show that Plaintiffs' Second Amended Complaint asserts only two claims: violation of Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") and breach of a Student Handbook agreement under Tennessee law. Plaintiff's earlier Complaint asserted other state law claims, including negligence, malicious prosecution, false imprisonment, and outrageous conduct. (Docket Entry No. 1.) However, in subsequent amendments, Plaintiffs have narrowed their claims to Title IX and breach of contract.

Defendant issued an Interrogatory to Plaintiffs regarding a calculation of damages, and Plaintiffs responded as follows:[1]

9. Please separately itemize all damages you are claiming in this case, including the amount and the basis for each such amount.

**RESPONSE:**

| | |
|---|---|
| **Attorney Fee (from Criminal prosecution) – Estimate:** | **$ 15,000.00** |
| **Arthur F. Knight, III, Attorney Fee** | **$ To Be Determined** |
| **Loss of work and damage due to not being on site** | **$350,000.00** |
| **Emotional Damage** | **To be Determined** |
| **Counseling for minor Plaintiff** | **$ 2,000.00** |
| **Defamation for minor Plaintiff** | **To be Determined** |

The $15,000 amount of damages identified as "Attorney Fee (from Criminal prosecution) — Estimate." In the Second Amended Complaint, Plaintiffs allege that the minor Plaintiff L.T. was prosecuted in the Juvenile Court for Washington County, Tennessee, that he retained counsel, and that he entered a plea to a lesser charge. Second Amended Complaint ¶¶ 6-7 (Docket Entry No. 71). However, any expenses incurred as part of the defense of the minor Plaintiff L.T. in that juvenile court criminal matter are unrelated and unavailable to Plaintiffs as damages in the surviving claims that remain before the Court. Perhaps a claim for attorneys' fees in a criminal matter could be part of the damages in a malicious prosecution claim, but since that claim was discarded, such evidence is not relevant to any claim or defense in this matter.

Accordingly, Defendants respectfully request the entry of an order excluding any argument, testimony, evidence, or discussion during trial regarding attorneys' fees expended in other legal

[1] The parties in this action entered into an Agreed Protective Order to help safeguard the identities and information of minor children involved in the circumstances of this lawsuit. If necessary to evaluate the pending motion, Defendant will submit a complete copy of the discovery responses under seal upon instruction from the Court.

matters, including the prosecution of the minor Plaintiff L.T. in the Juvenile Court for Washington County, Tennessee.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison