**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT**<br>**As biological parents and next friends of**<br>**minor Plaintiff L.T.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PROVIDENCE ACADEMY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 2:25-cv-00033**<br><br>**JURY DEMANDED** |

**DEFENDANT PROVIDENCE ACADEMY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF INSURANCE OR THE AVAILABILITY THEREOF**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, move this Honorable Court *in limine* to exclude any testimony or evidence in the trial of this matter by Plaintiffs Lance and Christina Torbett, as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs") regarding Defendant's insurance coverage or the availability of insurance coverage to the Defendant or the Plaintiffs. As grounds therefore, Defendant would state that any information concerning insurance coverage or the availability thereof would unduly influence the jury and impermissibly prejudice Defendant under Fed. R. Evid. 402 and 403.

Defendant therefore requests entry of an order to exclude any statements, arguments, references to, or information concerning the Plaintiffs' or Defendant's insurance coverage or the availability thereof to Defendant or Plaintiffs.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison