**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | **Case No.: 2:25-cv-00033** |
| **v.** | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT PROVIDENCE ACADEMY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FINACIAL CONDITION, ASSETS, OR NET WORTH**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, move this Honorable Court *in limine* to exclude any testimony or evidence in the trial of this matter by Plaintiffs Lance and Christina Torbett, as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs") regarding the income, wealth, financial condition, assets, or net worth of Defendant.

As grounds for this motion, Defendant would show that Plaintiffs conducted no discovery and disclosed no information regarding the alleged financial condition or net worth of Plaintiff. As set forth in Defendant's Motion *in Limine* to Exclude Evidence Supporting Claimed Punitive Damages, which is hereby incorporated by reference, Plaintiffs have confessed that they have no evidence supporting punitive damages.

Pursuant to Federal Rule of Evidence 402, "Irrelevant evidence is not admissible." Further, even if there is some arguable basis for relevance, such evidence should be excluded as its probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues. Fed. R. Evid. 402 and 403. Accordingly, Defendants respectfully request the entry of an order excluding

any argument, testimony, evidence, or discussion during trial regarding any Defendant's income, net worth, assets, wealth, and/or financial condition.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison