**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:25-cv-00033** |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT PROVIDENCE ACADEMY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE SUPPORTING CLAIMED PUNITIVE DAMAGES**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, move this Honorable Court *in limine* to exclude any testimony or evidence in the trial of this matter by Plaintiffs Lance and Christina Torbett, as biological parents and next friends of minor Plaintiff L.T. (collectively "Plaintiffs") supporting Plaintiffs' claims of punitive damages.

As grounds for this motion, Defendant would show that Plaintiffs sought in their Second Amended Complaint "compensatory and punitive damages in an amount to be proven at trial[.] Second Amended Complaint, p. 5 (Docket Entry No. 71). Defendant issued a discovery request to Plaintiffs regarding the claims for punitive damages, and Plaintiffs responded as follows:

14. Produce each and every document, record, or thing that supports your claims for punitive damages.

**RESPONSE: None. Will supplement if appropriate.**

Plaintiffs' Response to Request for Production 14. [1] Plaintiffs did not identify any amount of punitive damages as part of their calculation of damages in response to Defendant's Interrogatory 9:

9. Please separately itemize all damages you are claiming in this case, including the amount and the basis for each such amount.

**RESPONSE:**

| | |
|---|---|
| **Attorney Fee (from Criminal prosecution) – Estimate:** | **$ 15,000.00** |
| **Arthur F. Knight, III, Attorney Fee** | **$ To Be Determined** |
| **Loss of work and damage due to not being on site** | **$350,000.00** |
| **Emotional Damage** | **To be Determined** |
| **Counseling for minor Plaintiff** | **$ 2,000.00** |
| **Defamation for minor Plaintiff** | **To be Determined** |

As of the date of the filling of this motion, Plaintiffs have never supplemented their discovery responses.

Accordingly, Defendants respectfully request the entry of an order excluding any argument, testimony, evidence, or discussion during trial regarding any claim of punitive damages. In the alternative, if the Court is inclined to deny this motion, Defendant requests that the trial of this matter be bifurcated, and that all evidence of punitive damages be reserved for a punitive damages phase only upon a jury finding that Plaintiffs have met their burden of proof regarding their entitlement to punitive damages.

[1] The parties in this action entered into an Agreed Protective Order to help safeguard the identities and information of minor children involved in the circumstances of this lawsuit. If necessary to evaluate the pending motion, Defendant will submit a complete copy of the discovery responses under seal upon instruction from the Court.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison



Case 2:25-cv-00033-DCLC-CRW Document 91 Filed 10/02/26 Page 3 of 3 PageID #: 676