**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT**<br>**As biological parents and next friends of**<br>**minor Plaintiff L.T.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PROVIDENCE ACADEMY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 2:25-cv-00033**<br><br>**JURY DEMANDED** |

**DEFENDANT PROVIDENCE ACADEMY'S EXHIBIT LIST**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, and pursuant to the Scheduling Order entered on May 27, 2025, Docket Entry No. 22, submit their Exhibit List, and reserve the right to introduce the following exhibits in the trial of this matter:

1. Summons to Plaintiff L.T. issued February 26, 2024, in the Juvenile Court for Johnson City, Tennessee (TORBETT 000406);

2. Amended Petition and Affidavit of Complaint in Case No. 2024-JD-036 (TORBETT 000226-28);

3. Order in Case No. 96JC1-2024-JD-36 of the Juvenile Court for Johnson City, Tennessee dated April 24, 2024 (TORBETT 000392-94);

4. Order from October 9, 2024 Hearing in Case No. 96JC1-2024-JD-36 (TORBETT 00011);

5. Rules of Court Probation in Case No. 96JC-2024-036 (TORBETT 000388);

6. Providence Academy Payroll Summary from April 17 through June 30, 2020 (PA 000470);

7. Email dated November 6, 2020 from Acclivity Financial regarding PPP Loan Forgiveness (PA 000735);

8. Providence Academy Application Materials to Tennessee Secondary School Athletic Association (PA 2185-94, *see* Docket Entry No. 77-2);

9. 2023-2024 Tennessee Secondary School Athletic Association Handbook (*see* Docket Entry No. 77-3);

10. Re-Enrollment Packet for minor plaintiff L.T. (TORBETT 000368-74);

11. Providence Academy Covenant Discipline Form (K-12) (TORBETT 000238);

12. Email exchange between Ben Holland and Plaintiffs dated February 15 and 16, 2024 (*see* Docket Entry No. 48-7);

13. Emails from Lance Torbett regarding withdrawal of minor plaintiff dated February 21, 2024 (TORBETT 000120);

14. Letter from Lance Torbett to Providence Academy Board of Directors dated March 7, 2024 (PA 000182-186);

15. 2023-2024 Providence Academy Student/Parent Handbook (PA000312-404, *see* Docket Entry No. 48-6);

16. Statement from Elizabeth Bosse (TORBETT 000386-87);

17. Shona Hoover Notes on Interviews on February 15, 2024 (PA 000014-17);

18. Michael Burns Notes on Interviews on February 15, 2024 (PA 000018-21);

19. Student Incident Report (TORBETTT 000232);

20. Confirmation of Referral Submission to Tennessee Department of Children's Services dated February 15, 2024 (PA 000023-24);

21. New Guidance and Support Specialist referral dated February 15, 2024 (PA 000008-09);

22. Email exchange between Lance Torbett and Ben Holland (PA 000027);

23. Email from Christy Torbett (PA 000116);

24. Handwritten letter from L.T. to complaining minor (TORBETT 000395);

25. Letter to Plaintiffs regarding expulsion of Plaintiff L.T. (PA 000037);

26. Letter to Lance and Christiana Torbett regarding expulsion (PA 000037);

27. Plaintiffs' Rule 26 Initial Disclosures;

28. Plaintiffs' Responses to Defendant Providence Academy's First Interrogatories;

29. Plaintiff's Responses to Defendant Providence Academy's First Requests for Admissions;

30. Plaintiffs' Responses to Defendant Providence Academy's First Requests for Production of Documents; and

31. Any exhibit identified by Plaintiffs to which Defendant has no objection.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison