**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:25-cv-00033** |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT PROVIDENCE ACADEMY'S WITNESS LIST**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, and pursuant to the Scheduling Order entered on May 27, 2025, Docket Entry No. 22, submit their Witness List, and reserve the right to call the following witnesses in the trial of this matter:

1. Plaintiff Lance Torbett;
2. Plaintiff Christiana Torbett;
3. The minor Plaintiff L.T.;
4. Elizabeth (Bosse) Jenkins;
5. James Doe/the complaining minor;[1]
6. Benjamin Holland;
7. Shona Hoover;
8. Lindsey Mitchell;
9. Sherry Chambers;

[1] James Doe, as identified in *Doe v. Providence Academy, Inc.*, 2:25-cv-00170, and identified in the Amended Complaint as "the complaining minor," whose identity is known to Plaintiffs. This witness is not identified by his legal name pursuant to the Agreed Protective Order entered on July 2, 2025, Docket Entry No. 34.

10. Michael Burns;

11. Lt. Shane Williams of Johnson City Police Department; and

12. Any witness identified by Plaintiffs to which Defendant has no objection.

The contact information for each of the above witnesses has been disclosed to counsel for Plaintiffs.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison