**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT, TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **LANCE AND CHRISTIANA TORBETT As biological parents and next friends of minor Plaintiff L.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:25-cv-00033** |
| | ) | **JURY DEMANDED** |
| **PROVIDENCE ACADEMY,** | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT PROVIDENCE ACADEMY'S MOTION FOR LEAVE TO EXCUSE ABSENCE OF PETER ROBISON FROM PRETRIAL CONFERENCE</u>**

Defendant Providence Academy ("Defendant" or "Providence"), by and through counsel, moves this Honorable Court to excuse the absence of one of its attorneys, Peter Robison, from the Pretrial Conference of this matter in Greeneville on November 17, 2026.

As grounds for this motion, Defendant would show that it is represented by two attorneys from the law firm of Lewis Thomason, P.C., Peter Robison and Mikel Towe. Mr. Robison is counsel of record in another matter pending in the Eastern District of Tennessee, Case No. 1:24-cv-00029, *BWS Properties, LLC v. Airgas USA, LLC.* The trial of that matter was previously set to begin on July 14, 2026, but was continued at the direction of the Court, and then reset to begin in Chattanooga on November 17, 2026, the same day as the Pretrial Conference in this matter. Mr. Robison notified Judge Christopher Steger in the Chattanooga matter of his conflict with the Pretrial Conference in this matter, and the Court in that matter directed him to advise the Court whether it would continue to be a conflict. A copy of Second Amended Scheduling Order in the Chattanooga matter is attached as <u>Exhibit A</u>.

Defendant previously filed a Second Motion for Summary Judgment (Docket Entry No. 77), which has been pending before the Court since briefing was completed on June 16, 2026. Defendant seeks a ruling on that pending Motion for Summary Judgment, which if granted, would remove the need for this motion. However, in the event that the Court has not granted Defendant's Motion prior to the Pretrial Conference, Defendant seeks leave of the Court for Mr. Robison to be excused from attending the Pretrial Conference so that he may attend the trial of the matter in Case No. 1:24-cv-00029. Mr. Towe, as co-counsel for Defendant, has equal knowledge of the facts and issues in this case, and will attend the Pretrial Conference and handle all motions and matters before the Court. If the Court grants this motion, Mr. Towe will apprise Mr. Robison of the Court's rulings and directions to ensure Mr. Robison's compliance with the Court's orders.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendant Providence Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Arthur Knight, III
LAW OFFICE OF ARTHUR KNIGHT, III
3248 Tazewell Pike, Ste 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*/s/ Peter Robison*
Peter C. Robison