**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| *Defendant*. | ) | |

# SECOND AMENDED SCHEDULING ORDER

The Court conducted a videoconference hearing in this case on July 6, 2026, for the purpose of rescheduling the case for trial and amending certain remaining unexpired pretrial deadlines. Present representing Plaintiff were attorneys Lynzi Archibald and Jessica Wolinsky. Present representing Defendant were attorneys Mary Beth Haltom White and Peter Robinson. The following amended scheduling deadlines[1] shall be observed by the parties and will be altered only upon further order of the Court either at the Court's own initiative or upon motion of a party supported by good cause.

a. **Motions in Limine.** Any additional motions in limine must be filed no later than **October 16, 2026**. Responses to motions in limine shall be filed no later than **October 30, 2026**.

b. **Proposed Findings of Fact and Conclusions of Law.** The parties shall submit to the Court any *amended* proposed findings of fact and conclusions of law, which shall be supported by citations of authority in accordance with Local Rule 52.1, on or before **October 16, 2026**. Proposed findings of fact shall set forth the facts in chronological order that each party intends to prove at trial. Conclusions of law shall include: (1) the elements of each cause of action and each affirmative defense; (2) who bears the burden of proof; (3) the standard by which each cause of action or affirmative defense must be proven; and (4) the appropriate type of remedy or remedies for each cause of action. Further, conclusions of law should be supported with appropriate authority pursuant to Local Rule 7.4 and should not be

[1] This Second Amended Scheduling Order includes only the scheduling deadlines which have been amended. All other instructions and deadlines contained in the original Scheduling Order [Doc. 22] and the First Amended Scheduling Order [Doc. 53] which are not expressly amended herein, shall remain in full force and effect.

**EXHIBIT A**

argumentative. Each party shall send a copy of the prepared proposed findings of fact and conclusion of law as an electronic mail attachment in Word-compatible format to steger_chambers@tned.uscourts.gov.

c. **Final Pretrial Conference**. A final pretrial conference will be held in this case on **November 3, 2026, at 1:00 p.m. (Eastern Time)**. The parties shall prepare and submit a final pretrial order[2] to the Court on or before the date of the final pretrial conference.

d. **Trial**. The trial of this case will be held before the undersigned United States Magistrate Judge beginning on **November 17, 2026.[3]** The trial is expected to last 3 days. Counsel shall be present at **9:00 a.m.** to take up any preliminary matters which may require the Court's attention. The parties shall be prepared to commence trial at 9:30 a.m. on the date which has been assigned. Should the scheduled trial date change for any reason, the other dates contained in this order shall remain as scheduled. Should the parties desire a change in any of the dates contained in this scheduling order, they should file a motion and seek an order changing such dates.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

---

[2] A form Agreed Final Pretrial Order is attached as Exhibit A.

[3] Defendant's counsel, Peter Robinson, notified the Court of a potential scheduling conflict in federal court on Tuesday, November 17, 2026. As the trial date gets closer, Mr. Robinson will monitor that potential conflict and advise the Court if he is unable to start this trial on November 17. In that event, the Court reserves the right to start this trial on November 18, 2026.