UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LANCE and CHRISTIANA TORBETT, as biological parents and next friends of minor Plaintiff L.T., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:25-CV-00033-DCLC-CRW |
| PROVIDENCE ACADEMY, | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

For the reasons stated by the Court in the memorandum opinion filed with this Order, Defendant Providence Academy's Second Motion for Summary Judgment [Doc. 77] is hereby **GRANTED**. All outstanding motions [Docs. 86–92] are **DENIED AS MOOT**, and the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk